# Exhibit B

AST-27
REV. 06/08

**ALABAMA UNIFORM TRAFFIC CRASH REPORT**

Crash Report No. 5654295

| Check if Amendment ✓ | | | | | |
|---|---|---|---|---|---|
| Check if Error Correction ☐ | | | | | |

Sheet 1

| # Vehicles | # Pedestrians | # Injured | # Fatalities | # Unit 1 Type | Unit 2 Type | Local Case No. |
|---|---|---|---|---|---|---|
| 5 | 0 | 4 | 2 | 11 | 6 | 250506003 |

## LOCATION AND TIME

| Date | | | Time | Day of Week | County | City | Rural | Local Zone |
|---|---|---|---|---|---|---|---|---|
| 05 | 06 | 2025 | 1151 MT | Tue | Clarke | Thomasville | | N/A |
| Month | Day | Year | | | | | | |

| Hwy Class. | On Street, Road, Highway | At Intersection of or Between (Node 1) | And (Node 2) |
|---|---|---|---|
| 3 | AL-13 | S. Insdustrial Park Road | |

| (On) Street/Road/Hiway <--- Code | | 1  2 <--- ---> Node Code | | | From Node 1 |
|---|---|---|---|---|---|
| S013 | 350 | N/A | N/A | | |

| Mile Post | Control Access Hwy Loc | Primary Contrib Circums | Primary Contributing Unit # | First Harmful Event | First Harmful Event Location | Most Harmful Event |
|---|---|---|---|---|---|---|
| 88.4 | 1 | 52 | 1 | 22 | 1 | 22 |

| Distance to Fixed Object feet | Roadway Junction/Feature | Manner of Crash | Lat Coordinate | Long Coordinate | Coordinate Type | Hwy Side |
|---|---|---|---|---|---|---|
| N/A | 23 | 7 | 31° 52' 19.704" N | 87° 44' 45.600" W | 1 | 2 |

| School Bus Related | Crash Severity | Distracted Driving |
|---|---|---|
| 1 | K | 52 |

### UNIT NO 1

DRIVER

| Driver Full Name | Street Address | City and State | ZIP | Telephone |
|---|---|---|---|---|
| ANDRII  - DMYTERKO | | PHILADELPHIA PA | 19115 | 99 |

| DOB | | | Race | Sex | DL State | Driver License No. | DL Class | DL Status | Restrict Violations | CDL Status | Endorse Violations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | 1 | 1 | PA | | A | C | 97 | C | 97 |

| Place of Employment | Residence Less Than 25 Miles |
|---|---|
| 4 U S TRASPORTATION COMPANY | No |

| Liability Insurance Co. | Liability Policy No. | Insurance NAIC Number |
|---|---|---|
| OBSIDIAN INSURANCE COMPANY | AWT-00000186-00 | N/A |

| Driver Condition | Sobriety/Officer Opinion | Alcohol: Unknown  Drugs: Unknown | Type Alcohol Test Given | Alcohol Test Results | Type Drug Test Given | Drug Test Results | Maneuver |
|---|---|---|---|---|---|---|---|
| 99 | | | 1 | Unk | 2 | 99 | 1 |

| Most Harmful Event for MV | Travel Road Name | Road Code | Travel Direction | Unit Contributing Circumstance | Total Injuries in Unit |
|---|---|---|---|---|---|
| 22 | AL-13 | S013 | 3 | 99 | 2 |

| Sequence of Events | Event 1 | Event 2 | Event 3 | Event 4 | First Harmful Event Location |
|---|---|---|---|---|---|
| | 22 | 22 | 22 | 22 | 1 |

Areas Damaged Are Shaded

| Veh Year | Make | Veh Model | Body | V.I.N. |
|---|---|---|---|---|
| 2019 | FRHT | 97 | 97 | 1FUJHHDR8KLJW9164 |

| 14 | Under Carriage |

| Owner's Name | License Tag Number | State | Year |
|---|---|---|---|
| 4 U S CORP | P1206291 | IL | 2026 |

| Street or R.F.D. | City | State | Zip |
|---|---|---|---|
| | LAKE ZURICH | IL | 60047 |

| Type | Usage | Emergency Status | Placard Status | Placard Required | Hazardous Cargo | Hazardous Cargo Released? |
|---|---|---|---|---|---|---|
| 11 | 6 | 97 | 3 | 2 | 1 | 97 |

| Attachment | Oversized Load | If Yes, Did Owner Have Permit? | Contrib Defect | Speed Limit | Est Speed | Citation Offense(s) Charged |
|---|---|---|---|---|---|---|
| 4 | No | N/A | 99 | 55 MPH | 57 MPH | None |

| Damage Severity | Towed? | Vehicle Towed By Whom: |
|---|---|---|
| 4 | 1 | CASTILLOW'S TOWING |

Towed To Where: CASTILLOW'S TOWING

97 N/A
16 Totaled
15 Attachment

Point of Initial Impact 12

### UNIT NO 2

DRIVER

| Driver Full Name | Street Address | City and State | ZIP | Telephone |
|---|---|---|---|---|
| ASHLEY MARIE SPRINGER MCDONALD | | JACKSON AL | 365456052 | 99 |

| DOB | | | Race | Sex | DL State | Driver License No. | DL Class | DL Status | Restrict Violations | CDL Status | Endorse Violations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | 1 | 2 | AL | | D | C | 97 | 97 | 97 |

| Place of Employment | Residence Less Than 25 Miles |
|---|---|
| JACK'S | Yes |

| Liability Insurance Co. | Liability Policy No. | Insurance NAIC Number |
|---|---|---|
| Direct General | 2027761031 | |

| Driver Condition | Sobriety/Officer Opinion | Alcohol: Unknown  Drugs: Unknown | Type Alcohol Test Given | Alcohol Test Results | Type Drug Test Given | Drug Test Results | Maneuver |
|---|---|---|---|---|---|---|---|
| 99 | | | 1 | Unk | 1 | 99 | 12 |

| Most Harmful Event for MV | Travel Road Name | Road Code | Travel Direction | Unit Contributing Circumstance | Total Injuries in Unit |
|---|---|---|---|---|---|
| 22 | AL-13 | S013 | 3 | 97 | 1 |

| Sequence of Events | Event 1 | Event 2 | Event 3 | Event 4 | First Harmful Event Location |
|---|---|---|---|---|---|
| | 22 | 22 | 22 | 97 | 1 |

Areas Damaged Are Shaded

| Veh Year | Make | Veh Model | Body | V.I.N. |
|---|---|---|---|---|
| 2006 | MAZD | TRIBUTE 4X2 I | 4 | 4F2YZ02Z06KM29060 |

| 14 | Under Carriage |

| Owner's Name | License Tag Number | State | Year |
|---|---|---|---|
| Same | 16C01UD | AL | 2025 |

| Street or R.F.D. | City | State | Zip |
|---|---|---|---|
| Same | | | |

| Type | Usage | Emergency Status | Placard Status | Placard Required | Hazardous Cargo | Hazardous Cargo Released? |
|---|---|---|---|---|---|---|
| 6 | 1 | 97 | 3 | 97 | 97 | 97 |

| Attachment | Oversized Load | If Yes, Did Owner Have Permit? | Contrib Defect | Speed Limit | Est Speed | Citation Offense(s) Charged |
|---|---|---|---|---|---|---|
| 1 | N/A | N/A | 1 | 55 MPH | 000 MPH | None |

| Damage Severity | Towed? | Vehicle Towed By Whom: |
|---|---|---|
| 4 | 1 | LARRIMORE'S TOWING |

Towed To Where: LARRIMORE'S TOWING

97 N/A
16 Totaled
15 Attachment

Point of Initial Impact 6

## UNIT NO. 3

**DRIVER**

| Driver Full Name | Street Address | City and State | ZIP | Telephone |
|---|---|---|---|---|
| WOODIE EARL BECK III | | CAMDEN AL | 367262350 | 99 |

| DOB Month | Day | Year | Race | Sex | DL State | Driver License No. | DL Class | DL Status | Restrict Violations | CDL Status | Endorse Violations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 1 | AL | | DM | C | 97 | 97 | 97 |

Place of Employment: COACH/TEACHER - CLARKE PREP

Residence Less Than 25 Miles: No

| Liability Insurance Co. | Liability Policy No. | Insurance NAIC Number |
|---|---|---|
| State Farm | 979656593 | |

| Driver Condition | Sobriety/Officer Opinion | Alcohol: | Drugs: | Type Alcohol Test Given | Alcohol Test Results | Type Drug Test Given | Drug Test Results | Maneuver |
|---|---|---|---|---|---|---|---|---|
| 99 | | Unknown | Unknown | 1 | Unk | 1 | 99 | 12 |

| Most Harmful Event for MV | Travel Road Name | Road Code | Travel Direction | Unit Contributing Circumstance | Total Injuries in Unit |
|---|---|---|---|---|---|
| 22 | AL-13 | S013 | 3 | 97 | 1 |

| Sequence of Events | Event 1 | Event 2 | Event 3 | Event 4 | First Harmful Event Location |
|---|---|---|---|---|---|
| | 22 | 22 | 97 | 97 | 1 |

**VEHICLE**

Areas Damaged Are Shaded

| Veh Year | Make | Veh Model | Body | V.I.N. |
|---|---|---|---|---|
| 2015 | HOND | ACCORD | 2 | 1HGCR2F37FA207618 |

Under Carriage: 14

| Owner's Name | License Tag Number | State | Year |
|---|---|---|---|
| TIFFANY A. HINES | 7298BH6 | AL | 2025 |

| Street or R.F.D. | City | State | Zip |
|---|---|---|---|
| | CAMDEN | AL | 36726 |

| Type | Usage | Emergency Status | Placard Status | Placard Required | Hazardous Cargo | Hazardous Cargo Released? |
|---|---|---|---|---|---|---|
| 1 | 1 | 97 | 3 | 97 | 97 | 97 |

| Attachment | Oversized Load | If Yes, Did Owner Have Permit? | Contrib Defect | Speed Limit | Est Speed | Citation Offense(s) Charged |
|---|---|---|---|---|---|---|
| 1 | N/A | N/A | 1 | 55 MPH | 000 MPH | None |

| Damage Severity | Towed? | Vehicle Towed By Whom: |
|---|---|---|
| 4 | 1 | LARRIMORE'S TOWING |

Towed To Where: LARRIMORIE'S TOWING

Point of Initial Impact: 6

Vehicle diagram positions: 12, 11, 10, 9, 8, 7, 6, 1, 2, 3, 4, 5, 13, 14, 16 Totaled, 15 Attachment, 97 N/A

---

## UNIT NO. 4

**DRIVER**

| Driver Full Name | Street Address | City and State | ZIP | Telephone |
|---|---|---|---|---|
| NANCY GAIL CALVERT | | NORTHPORT AL | 354750000 | |

| DOB Month | Day | Year | Race | Sex | DL State | Driver License No. | DL Class | DL Status | Restrict Violations | CDL Status | Endorse Violations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | AL | | DM | C | 97 | 97 | 97 |

Place of Employment: 99

Residence Less Than 25 Miles: No

| Liability Insurance Co. | Liability Policy No. | Insurance NAIC Number |
|---|---|---|
| State Farm | 5953359F0101 | |

| Driver Condition | Sobriety/Officer Opinion | Alcohol: | Drugs: | Type Alcohol Test Given | Alcohol Test Results | Type Drug Test Given | Drug Test Results | Maneuver |
|---|---|---|---|---|---|---|---|---|
| 1 | | No | No | 6 | N/A | 4 | 97 | 12 |

| Most Harmful Event for MV | Travel Road Name | Road Code | Travel Direction | Unit Contributing Circumstance | Total Injuries in Unit |
|---|---|---|---|---|---|
| 22 | AL-13 | S013 | 3 | 97 | 1 |

| Sequence of Events | Event 1 | Event 2 | Event 3 | Event 4 | First Harmful Event Location |
|---|---|---|---|---|---|
| | 21 | 21 | 97 | 97 | 1 |

**VEHICLE**

Areas Damaged Are Shaded

| Veh Year | Make | Veh Model | Body | V.I.N. |
|---|---|---|---|---|
| 2023 | NISS | ROGUE SV FWD | 4 | 5N1BT3BA2PC864978 |

Under Carriage: 14

| Owner's Name | License Tag Number | State | Year |
|---|---|---|---|
| Same | 63A106T | AL | 2026 |

| Street or R.F.D. | City | State | Zip |
|---|---|---|---|
| Same | | | |

| Type | Usage | Emergency Status | Placard Status | Placard Required | Hazardous Cargo | Hazardous Cargo Released? |
|---|---|---|---|---|---|---|
| 6 | 1 | 97 | 3 | 97 | 97 | 97 |

| Attachment | Oversized Load | If Yes, Did Owner Have Permit? | Contrib Defect | Speed Limit | Est Speed | Citation Offense(s) Charged |
|---|---|---|---|---|---|---|
| 1 | N/A | N/A | 1 | 55 MPH | 000 MPH | None |

| Damage Severity | Towed? | Vehicle Towed By Whom: |
|---|---|---|
| 4 | 1 | LARRIMORE'S TOWING |

Towed To Where: LARRIMORE'S TOWING

Point of Initial Impact: 6

Vehicle diagram positions: 12, 11, 10, 9, 8, 7, 6, 1, 2, 3, 4, 5, 13, 14, 16 Totaled, 15 Attachment, 97 N/A

**UNIT NO** 5

- [ ] LEFT SCENE
- [ ] COM VEH
- VEHICLE or NON-MOTORIST: [✓] / [ ]

**DRIVER**

| Driver Full Name | Street Address | City and State | ZIP | Telephone |
|---|---|---|---|---|
| HORACE BRADFORD LARRIMORE | | DICKINSON AL | 364365500 | 99 |

| DOB Month | Day | Year | Race 1 | Sex 1 | DL State AL | Driver License No. | DL Class DM | DL Status C | Restrict Violations 97 | CDL Status 97 | Endorse Violations 97 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Place of Employment | Residence Less Than 25 Miles |
|---|---|
| Retired | Yes |

| Liability Insurance Co. | Liability Policy No. | Insurance NAIC Number |
|---|---|---|
| Alfa Insurance | A0660900 | |

| Driver Condition 1 | Sobriety/ Officer Opinion | Alcohol: No Drugs: No | Type Alcohol Test Given 6 | Alcohol Test Results N/A | Type Drug Test Given 4 | Drug Test Results 97 | Maneuver 12 |
|---|---|---|---|---|---|---|---|

| Most Harmful Event for MV 22 | Travel Road Name AL-13 | Road Code S013 | Travel Direction 3 | Unit Contributing Circumstance 97 | Total Injuries in Unit 1 |
|---|---|---|---|---|---|

| Sequence of Events | Event 1 22 | Event 2 97 | Event 3 97 | Event 4 97 | First Harmful Event Location 1 |
|---|---|---|---|---|---|

Areas Damaged Are Shaded

**VEHICLE**

| Veh Year 2013 | Make TOYT | Veh Model TUNDRA 4X2 DBL CAB 5.7 V8 | Body 97 | V.I.N. 5TFRY5F14DX144371 |
|---|---|---|---|---|

Under Carriage 14

| Owner's Name Same | License Tag Number 51A0CPW | State AL | Year 2025 |
|---|---|---|---|

| Street or R.F.D. Same | City | State | Zip |
|---|---|---|---|

| Type 3 | Usage 1 | Emergency Status 97 | Placard Status 3 | Placard Required 97 | Hazardous Cargo 97 | Hazardous Cargo Released? 97 |
|---|---|---|---|---|---|---|

| Attachment 6 | Oversized Load N/A | If Yes, Did Owner Have Permit? N/A | Contrib Defect 1 | Speed Limit 55 MPH | Est Speed 000 MPH | Citation Offense(s) Charged None |
|---|---|---|---|---|---|---|

| Damage Severity 4 | Towed? 1 | Vehicle Towed By Whom: LARRIMORE'S TOWING |
|---|---|---|

Towed To Where: LARRIMORE'S TOWING

Vehicle damage diagram positions: 12, 11, 10, 9, 8, 7, 6, 5, 4, 3 (16 Totaled), 2, 1, 97 N/A, 13, 15 Attachment

Point of Initial Impact 6

## Seating Position Codes

| 2, 4, or 6 Passenger | 9 Passenger (add): | 12 Passenger (add): | Bicycle, Motorcycle, ATV |
|---|---|---|---|
| 1 2 3 / 4 5 6 | 7 8 9 | 17 18 19 | 10 / 11 |

- 12 - Pedestrian
- 13 - Rider of Domestic Animal
- 14 - Occ. of Non-Motorized Vehicle
- 15 - Passenger of Bus
- 16 - Not in Passenger Compartment
- 97 - Not Applicable
- 98 - Other (Explain)
- 99 - Unknown

# VICTIMS

N/A [ ]

| | Unit No | Seat Pos | Occ. Type | Safety Equip. | Air-bag | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|---|---|
| Name: ANDRII - DMYTERKO | 1 | 1 | 1 | 2 | 4 | 4 | 8 | 1 | 1 | 1 |
| Address: PHILADELPHIA PA 19115 | | | | | | | | | | |
| Taken To: GROVE HILL HOSPITAL | Taken By: NEWMAN'S AMBULANCE | | | | | | | | | |
| Medical Facility: EMS ground | Birth Date: | | | | | | | | | |
| Name: DENYS - KUCHER | 1 | 98 | 2 | 1 | 3 | 4 | 8 | 1 | 1 | 1 |
| Address: WARMINSTER PA 18974 | | | | | | | | | | |
| Taken To: GROVE HILL HOSPITAL | Taken By: NEWMAN'S AMBULANCE | | | | | | | | | |
| Medical Facility: EMS ground | Birth Date: | | | | | | | | | |
| Name: ASHLEY MARIE SPRINGER MCDONALD | 2 | 1 | 1 | 99 | 99 | 1 | 8 | 2 | 1 | 97 |
| Address: JACKSON AL 365456052 | | | | | | | | | | |
| Taken To: ALABAMA DEPT OF FORENSIC SCIENCE | Taken By: CLARKE COUNTY CORONER | | | | | | | | | |
| Medical Facility: Other (explain in narrative) | Birth Date: | | | | | | | | | |
| Name: WOODIE EARL BECK III | 3 | 1 | 1 | 99 | 14 | 1 | 8 | 1 | 1 | 1 |
| Address: CAMDEN AL 367262350 | | | | | | | | | | |
| Taken To: ALABAMA DEPT. OF FORENSIC SCIENCE | Taken By: CLARKE CO. CORONER | | | | | | | | | |
| Medical Facility: Other (explain in narrative) | Birth Date: | | | | | | | | | |

## VICTIMS

| | N/A ☐ | Unit No | Seat Pos | Occ. Type | Safety Equip. | Air-bag | Injury Type | Age | Sex | Ejec-tion | First Aid By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Name** NANCY GAIL CALVERT | | 4 | 1 | 1 | 2 | 14 | 3 | 9 | 2 | 1 | 1 |
| **Address** 1␣␣␣␣␣␣␣␣␣␣ NORTHPORT AL 354750000 | | | | | | | | | | | |
| **Taken To** GROVE HILL HOSPITAL | **Taken By** A.S.A.P. AMUBLANCE | | | | | | | | | | |
| **Medical Facility** EMS ground | **Birth Date** ␣␣␣␣␣␣ | | | | | | | | | | |
| **Name** HORACE BRADFORD LARRIMORE | | 5 | 1 | 1 | 2 | 14 | 3 | 9 | 1 | 1 | 1 |
| **Address** ␣␣␣␣␣␣␣␣ DICKINSON AL 364365500 | | | | | | | | | | | |
| **Taken To** GROVE HILL HOSPITAL | **Taken By** PRIVATE VEHICLE | | | | | | | | | | |
| **Medical Facility** Private vehicle | **Birth Date** ␣␣␣␣␣␣ | | | | | | | | | | |

## DIAGRAM



## NARRATIVE

UNIT 2, UNIT 3, UNIT 4, AND UNIT 5 WERE STOPPED ON ALABAMA HIGHWAY 13 SOUTH BOUND FOR A TRAFFIC LIGHT THAT WAS RED AT THE INTERSECTION OF SOUTH INDUSTRIAL PARK ROAD.   UNIT 1 TRAVELING SOUTH ON ALABAMA 13 DID NOT APPLY IT BRAKES APPROACHING THE TRAFFIC LIGHT.  UNIT 1 STRUCK UNIT 2 FROM BEHIND WHICH PUSHED UNIT 2 INTO UNITS 3, UNIT 4, AND  UNIT 5.  UNIT 1 PUSHED THE OTHER 4 UNITS THROUGH THE INTERSECTION.

UNIT 3 CAME TO REST 238.02 FEET FROM IMPACT UPSIDE DOWN FACING SOUTHEAST NEXT TO THE SOUTHERN MOST TRAFFIC SIGNAL POST.  UNIT 3 REAR END WAS BEND UNDER THE UNIT.  THE UTILITY TRAILER BEING PULLED BY UNIT 5 CAME TO REST IN FRONT AND PARTIALLY UNDER UNIT 3.   THE DRIVER OF UNIT 3 WAS PULLED FROM THE VEHICLE WHERE HE WAS PRONOUNCED DEAD BY EMS.

UNIT 5 WAS PUSHED 350.69 FEET AND CAME TO REST ON IT'S PASSENGER SIDE FACING WEST ON THE  WEST SIDE SHOULDER OF THE HIGHWAY.  UNIT 5'S DRIVER WAS HELPED FROM THE TRUCK.  HIS INJURIES WERE NOT LIFE THREATENING.   HE WAS TAKEN TO GROVE HILL

## NARRATIVE

HOSPITAL BY A PRIVATE VEHICLE

UNIT 4 WAS IMPACTED AND FLIPPED UPSIDE DOWN.   UNIT 4 REMAINED  UPSIDE DOWN AND CAME TO REST 388.79 FEET FROM IMPACT.  UNIT 4 WAS FACING SOUTH IN THE RIGHT SOUTH BOUND LANE.  UNIT 4 CAME TO REST NEXT TO UNIT 2 WHICH BECAME ENGULFED IN FLAMES. THE FLAMES SPREAD TO UNIT 4.  UNIT 4'S DRIVER WAS RESUCED BY DRIVER'S WHO WITTNESSED THE ACCIDENT AND STOPPED TO HELP. UNIT 4'S DRIVER INJUIRES WERE NOT LIFE THREATENING AND WAS TRASPORTED BY EMS TO GROVE HILL HOSPITAL.

UNIT 2 WAS THE IMPACTED AND WAS PUSHED 390.20 FEET FROM THE ORIGNAL POINT OF IMPACT.  UNIT 2 CAME TO REST UPRIGHT FACING EAST IN THE RIGHT SOUTH BOUND LANE. UNIT 2 BRUST INTO FLAMES AND QUICKLY BECAME ENGULFED.  UNIT 2' S DRIVER  WAS LATER IDENTIFIED.

UNIT 1 CONTUNIED TRAVELING SOUTH AND CAME TO REST UPRIGHT 768.54 FEET FROM THE ORIGINAL POINT OF IMPACT.  THE DISTANCE FROM P.O.I. TO THE BREAKING SKID MARK WAS 472.9 FEET.  THE DRIVER OF UNIT WAS TAKEN TO GROVE HILL HOSPITAL WITH NO APARTENT INJUIES.  UNIT 1'S PASSENGER WHO WAS RESTING IN THE UNIT'S SLEEPER AT THE TIME OF THE ACCIDENT.  THE PASSENGER WAS ALSO TRANSPORTED BY EMS TO THE GROVE HILL HOSPITAL WITH NO INJURIES.

A VEHICLE WITH A DASH CAMERA CAPUTRED THE ACCIDENT ON VIDEO.  THE VHICLE WAS IN THE LEFT SOUTH BOUND LANE STOPPED FOR THE TRAFFIC LIGHT.  THE VEHICLE PAINT WAS DAMAGED BY FLING DEBRIS FROM THE COLLISION.

## ROADWAY ENVIRONMENT

| Unit No. | 1 | Involved Road/ Bridge | 1 | Road Surface Type | 1 | Roadway Condition | 1 | Workzone Related? | 1 | Workzone Type | 97 | Workers Present? | NotApplicable | | Workzone Law Enforcement Present? | 97 | Contributing Circumstances Environment | 1 | Contrib Matl In Roadway | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contrib Material Source | 97 | Rdway Curve & Grade | 2 | Vision Obscured By | 1 | Traffic Control | 6 | Traffic Control Functioning | 1 | Opposing Lane Separation | 98 | Trafficway Lanes | 4 | Turn Lanes | 2 | One-Way Street | No | Total # Occupants In Unit | 2 | Total # Injured in Unit | 2 | Total # Killed in Unit | 0 |

| Total Number of Units | 5 | Light | 1 | Weather | 2 | Locale | 4 | Police Present? | No | DOT Railroad Crossing No. | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Unit No. | 2 | Involved Road/ Bridge | 1 | Road Surface Type | 1 | Roadway Condition | 1 | Workzone Related? | 1 | Workzone Type | 97 | Workers Present? | NotApplicable | | Workzone Law Enforcement Present? | 97 | Contributing Circumstances Environment | 1 | Contrib Matl In Roadway | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contrib Material Source | 97 | Rdway Curve & Grade | 2 | Vision Obscured By | 1 | Traffic Control | 6 | Traffic Control Functioning | 1 | Opposing Lane Separation | 98 | Trafficway Lanes | 5 | Turn Lanes | 2 | One-Way Street | No | Total # Occupants In Unit | 1 | Total # Injured in Unit | 0 | Total # Killed in Unit | 1 |

| Total Number of Units | 5 | Light | 1 | Weather | 2 | Locale | 4 | Police Present? | No | DOT Railroad Crossing No. | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Unit No. | 3 | Involved Road/ Bridge | 1 | Road Surface Type | 1 | Roadway Condition | 1 | Workzone Related? | 1 | Workzone Type | 97 | Workers Present? | NotApplicable | | Workzone Law Enforcement Present? | 97 | Contributing Circumstances Environment | 1 | Contrib Matl In Roadway | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contrib Material Source | 97 | Rdway Curve & Grade | 2 | Vision Obscured By | 1 | Traffic Control | 6 | Traffic Control Functioning | 1 | Opposing Lane Separation | 98 | Trafficway Lanes | 5 | Turn Lanes | 2 | One-Way Street | No | Total # Occupants In Unit | 1 | Total # Injured in Unit | 0 | Total # Killed in Unit | 1 |

| Total Number of Units | 5 | Light | 1 | Weather | 2 | Locale | 4 | Police Present? | No | DOT Railroad Crossing No. | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Unit No. | 4 | Involved Road/ Bridge | 1 | Road Surface Type | 1 | Roadway Condition | 1 | Workzone Related? | 1 | Workzone Type | 97 | Workers Present? | NotApplicable | | Workzone Law Enforcement Present? | 97 | Contributing Circumstances Environment | 1 | Contrib Matl In Roadway | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contrib Material Source | 97 | Rdway Curve & Grade | 2 | Vision Obscured By | 1 | Traffic Control | 6 | Traffic Control Functioning | 1 | Opposing Lane Separation | 98 | Trafficway Lanes | 5 | Turn Lanes | 2 | One-Way Street | No | Total # Occupants In Unit | 1 | Total # Injured in Unit | 1 | Total # Killed in Unit | 0 |

| Total Number of Units | 5 | Light | 1 | Weather | 2 | Locale | 4 | Police Present? | No | DOT Railroad Crossing No. | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Unit No. | 5 | Involved Road/ Bridge | 1 | Road Surface Type | 1 | Roadway Condition | 1 | Workzone Related? | 1 | Workzone Type | 97 | Workers Present? | NotApplicable | | Workzone Law Enforcement Present? | 97 | Contributing Circumstances Environment | 1 | Contrib Matl In Roadway | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contrib Material Source | 97 | Rdway Curve & Grade | 2 | Vision Obscured By | 1 | Traffic Control | 6 | Traffic Control Functioning | 1 | Opposing Lane Separation | 98 | Trafficway Lanes | 5 | Turn Lanes | 2 | One-Way Street | No | Total # Occupants In Unit | 1 | Total # Injured in Unit | 1 | Total # Killed in Unit | 0 |

| Total Number of Units | 5 | Light | 1 | Weather | 2 | Locale | 4 | Police Present? | No | DOT Railroad Crossing No. | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|

## INVESTIGATION

| Name of Photographer | CHIEF DETECTIVE JAMARCUS ROBINSON | | |
|---|---|---|---|
| Time Police Notified 1153 MT | Time Police Arrived 1157 MT | Time EMS Arrived 1207 MT | EMS Response Run # N/A |

| Name of Investigating Officer | RANDY - PINKERTON | Officer ID | 807 | Agency ORI | AL0160200 |
|---|---|---|---|---|---|
| Name of Investigating Officer | JAMARCUS - ROBINSON | Officer ID | 850 | Agency ORI | AL0160200 |

The data on this report reflects the best knowledge, opinion, and belief regarding the crash, but no warrant is made as to the factual accuracy thereof.

## Property Damage Description

Description: Paint Damage due to debris from accidentin the next lane    Address: ▓▓▓▓ Thomasville, AL 36784

Owner: Charles Sims    Telephone: ▓▓▓▓

Non-Vehicular Property Damage Severity
3

| Witness Full Name | Address | Telephone |
|---|---|---|
| MARY PRITCHETT AUSTIN | ▓▓▓ THOMASVILLE, AL 367845719 | ▓▓▓ |
| WILLIAM HAMILTON HOUSE  JR | ▓▓▓ FRISCO CITY, AL 364453034 | ▓▓▓ |
| JAMES JUSTIN HARRIS | ▓▓▓ SWEET WATER, AL 367822705 | ▓▓▓ |

| Witness Full Name | Address | Telephone |
|---|---|---|
| HANNAH GRACE WALKER | DICKINSON, AL 364369692 | |

| Witness Full Name | Address | Telephone |
|---|---|---|
| CRYSTAL DAWN SIMS | THOMASVILLE, AL 367846153 | ( |

# ALABAMA UNIFORM TRAFFIC CRASH REPORT
## Truck/Bus Supplemental Sheet

ASF-275 Rev. 06/08

Unit No. _____1_____
(same as on main report)

| General Instructions |
|---|

Complete this form each qualifying vehicle **ONLY** if the crash meets **BOTH** of the Following criteria:

1. The crash involved a qualifying vehicle (a truck with a gross vehicle weight rating (GVWR) or a gross combination weight rating (GCWR) of more than 10,000 pounds, or Haz/Mat placard, or a vehicle designed to carry nine 9 or more, including driver) and;

2. The crash resulted in at least one of the following: **A.** one or more fatalities **B.** one or more persons injured and taken from the scene for immediate medical attention, or **C.** one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

| Screening Information |
|---|

*Number of Qualifying Vehicles:*

Trucks with GVWR or GCWR of more than
10,000 pounds or Haz/Mat placard ____1____

Buses designed to carry 9 or more (including driver) ____0____

Number of vehicles towed from scene due to damage ____5____

*Number of Persons:*

Sustaining fatal injuries ____2____

Transported for **immediate** medical treatment ____4____

| Vehicle Information |
|---|

*Weight Rating of Power Unit of the Truck*

3. - More than 26,000 pounds

*Hazardous Material Involvement*

Did vehicle have a Haz/Mat placard? ☐
If Yes, include following information from placard
**A.** Name or 4-digit number from Diamond or box _____
**B.** The 1-digit number from bottom of diamond _____
Was hazardous material released from THIS vehicle's cargo? ☐

*Vehicle Configuration*
9. - Tractor with semi-trailer

*Bus Usage*
1. - Not a bus

*Cargo Body Type*
98. - Other

*Cargo Type*
3. - Building materials

| Motor Carrier Information |
|---|

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

*Carrier Name* 4 U S TRANSPORTATION COMPANY

*Carrier Phone*

*Carrier Mailing Address (Street or P.O. Box)* 5501 ADAMS ST UNIT J

*City, State, Zip* MATTESON, IL 60443

*None = 0)*

*Motor Carrier Type* 1. - Interstate carrier

*US DOT* 2993809    *ICC MC* 20389    *STATE NO.* Unk

*STATE*    *OTHER COUNTRY AUTHORITY*    *COUNTRY* Unk

| Sequence of Events |
|---|

NOTE: for THIS vehicle -- list up to four   Event #1 __13__   Event #2 __13__   Event #3 __13__   Event #4 __13__

**EVENT CODES**

Non-Collision
1. Ran off road   2. Jackknife   3. Overturned (rollover)   4. Downhill runaway
5. Cargo loss or shift   6. Explosion or fire   7. Separation of units   8. Cross median/centerline
9. Equipment Failure (brake failure, blown tires, etc.)   10. Other non-collision   11. Unknown

Collision with
12. Pedestrian   13. Motor Vehicle in Transport   14. Parked Motor Vehicle   15. Train
16. Pedalcycle   17. Animal   18. Fixed object   19. Work Zone Maintenance equipment
20. Other movable object   21. Unknown movable object

Not applicable
97. Not applicable

Definitions

| Truck | Reportable Crash |
|---|---|
| A motor vehicle designed, used or maintained primarily for the transportation of property. For the purpose of this form the vehicle must also meet one of the following criteria:<br><br> * Have a GVWR or a GCWR of more than 10,000 pounds, **or**<br> * Carry a Hazardous Material Placard<br><br>**Bus**<br><br>A motor vehicle providing seats for 9 or more persons including the driver and used primarily for the transportation of persons.<br><br>**Trailer**<br><br>A non-power vehicle towed by a motor vehicle. | A highway related incident normally investigated by a police officer and reported on a standard crash report form involving one or more trucks or buses (as defined here) which results in:<br><br> * One or more fatalities, **or**<br> * One or more non-fatal injuries requiring transportation for the purpose of obtaining immediate medical treatment, **or**<br> * One or more of the vehicles being removed from the scene as a result of disabling damage, **or**<br> * One or more of the vehicles requiring intervening assistance before proceding under its own power. |

## Typical Vehicle Silhouettes

**1.** Passenger Vehicle




**2.** Light truck (van, mini-van, panel, pickup, sport utility vehicle)



**3.** Bus (seats for 9-15 people, including driver)



**4.** Bus (seats for more than 15 people, including driver)



**5.** Single unit truck - 2 axles / 6 tires



**6.** Single unit truck - 3 axles



**7.** Truck with trailer



**8.** Truck tractor (bobtail)



**9.**



**10.** Tractor with double trailers



**11.** Tractor with triple trailers



## Typical Hazardous Material Placards











## LEGEND

| Location | Category | Code | Description | Location | Category | Code | Description |
|---|---|---|---|---|---|---|---|
| Report Header | Unit Type | 11 | Tractor / semi-trailer | Driver | Harmful Event | 22 | Collision with vehicle in traffic |
| Report Header | Unit Type | 6 | Sport utility vehicle (SUV) | Driver | Liability Ins. Policy Code | 0 | Not Set |
| Location And Time | Contributing Circumstance | 52 | Distracted by use of electronic communication device | Driver | Liability Insurance NAIC Number Code | | Not Set |
| Location And Time | Contributing Unit | 10 | Unit1 | Driver | Liability Insurance NAIC Number Code | N/A | Not Applicable |
| Location And Time | Controlled Access Highway Location | 1 | Main road | Driver | Maneuver | 1 | Movement essentially straight |
| Location And Time | Coordinate Status | Known | Known | Driver | Maneuver | 12 | Stopped for sign / signal |
| Location And Time | Coordinate Type | 1 | From computerized map | Driver | Phone Number Code | 0 | Not Set |
| Location And Time | Crash Manner | 7 | Rear end (front-to-rear) | Driver | Phone Number Code | 99 | Unknown |
| Location And Time | Crash Severity | K | Fatal Injury | Driver | Place of Employment | | Not Set |
| Location And Time | Distance Node Unit | 0 | Unknown | Driver | Place of Employment | 99 | Unknown |
| Location And Time | Distracted Driving | 52 | Distracted by use of electronic communication device | Driver | Place of Employment | Retired | Retired |
| Location And Time | Harmful Event | 22 | Collision with vehicle in traffic | Driver | Race | 1 | White / Caucasian |
| Location And Time | Highway Classification | 3 | State | Driver | Residence Within 25 Miles | No | No |
| Location And Time | Highway Side | 2 | Southbound | Driver | Residence Within 25 Miles | Yes | Yes |
| Location And Time | Roadway Feature | 23 | T-intersection | Driver | Travel Direction | 3 | South |
| Location And Time | School Bus Related | 1 | No school bus involved | Vehicle | Attachment | 1 | None |
| Location And Time | Time Display Format | 20 | Military | Vehicle | Attachment | 4 | Other semi trailer |
| Driver | Alcohol Test Type | 1 | Blood test | Vehicle | Attachment | 6 | Small utility (1 axle) |
| Driver | Alcohol Test Type | 6 | No Test Given | Vehicle | Body | 2 | Four door |
| Driver | Commercial Driver License Status | 97 | Not applicable / unlicensed | Vehicle | Body | 4 | Four door with rear entry |
| Driver | Commercial Driver License Status | C | Current / valid | Vehicle | Body | 97 | Not applicable - not passenger car, personal van, or SUV |
| Driver | Contributing Circumstance | 97 | Not applicable | Vehicle | Citation Offense | 99 | None |
| Driver | Contributing Circumstance | 99 | Unknown | Vehicle | Damage Severity | 4 | Major, disabled |
| Driver | Driver Address Code | 0 | Not Set | Vehicle | Defect | 1 | None |
| Driver | Driver Condition | 1 | Apparently normal | Vehicle | Defect | 99 | Unknown |
| Driver | Driver Condition | 99 | Unknown | Vehicle | Emergency Status | 97 | Not applicable |
| Driver | Driver License Class Code | 0 | Not set | Vehicle | Estimated Speed Code | | Not set |
| Driver | Driver License Endorsement | 97 | Not applicable | Vehicle | Estimated Speed Code | 000 | Stationary |
| Driver | Driver License Number | 0 | Not set | Vehicle | Hazardous Cargo | 1 | None |
| Driver | Driver License Restriction | 97 | Not applicable | Vehicle | Hazardous Cargo | 97 | Not applicable |
| Driver | Driver License State Code | 0 | Not set | Vehicle | Hazardous Cargo Release Type | 97 | Not applicable |
| Driver | Driver License Status | C | Current / valid | Vehicle | K12 Child Going To Or From School | 0 | Not Set |
| Driver | Driver Name Code | 0 | Not Set | Vehicle | Make | FRHT | Freightliner |
| Driver | Drug Test Result | 97 | Not applicable | Vehicle | Make | HOND | Honda |
| Driver | Drug Test Result | 99 | Unknown | Vehicle | Make | MAZD | Mazda |
| Driver | Drug Test Type | 1 | Blood test | Vehicle | Make | NISS | Nissan |
| Driver | Drug Test Type | 2 | Urine test | Vehicle | Make | TOYT | Toyota |
| Driver | Drug Test Type | 4 | No test given | Vehicle | Non-Motorist Action | 0 | Not Set |
| Driver | Gender | 1 | Male | Vehicle | Non-Motorist Location | 0 | Not Set |
| Driver | Gender | 2 | Female | Vehicle | Oversized Load | N/A | NotApplicable |

## LEGEND

| Location | Category | Code | Description | Location | Category | Code | Description |
|---|---|---|---|---|---|---|---|
| Vehicle | Oversized Load | No | No | Victims | Occupant Type | 1 | Driver |
| Vehicle | Oversized Load Permit | N/A | NotApplicable | Victims | Occupant Type | 2 | Passenger |
| Vehicle | Owner Address Code | 0 | Not Set | Victims | Safety Equipment | 1 | None used - motor vehicle occupant |
| Vehicle | Owner Address Code | Same | Same | Victims | Safety Equipment | 2 | Shoulder and lap belt used |
| Vehicle | Owner Name Code | | Not Set | Victims | Safety Equipment | 99 | Unknown |
| Vehicle | Owner Name Code | Same | Same as driver | Victims | Victim Taken By | | Not Set |
| Vehicle | Placard Requirement | 2 | No | Victims | Victim Taken To | | Not Set |
| Vehicle | Placard Requirement | 97 | Not applicable | Roadway Environment | Environmental Contributing Circumstance | 1 | None apparent |
| Vehicle | Placard Status | 3 | Not applicable (placard not required) | Roadway Environment | Light Condition | 1 | Daylight |
| Vehicle | Tag Number | | Not set | Roadway Environment | Locale | 4 | Manufacturing or industrial |
| Vehicle | Tag State | 0 | Not set | Roadway Environment | Opposing Lane Separation | 98 | Other (explain) |
| Vehicle | Tag Year | 0 | Not set | Roadway Environment | Road Bridge Condition | 1 | None apparent |
| Vehicle | Tow Status | 1 | Towed due to disabling damage | Roadway Environment | Road Surface Type | 1 | Asphalt |
| Vehicle | Towed Code | 0 | Not Set | Roadway Environment | Roadway Condtion | 1 | Dry |
| Vehicle | Unit Type | 1 | Passenger car | Roadway Environment | Roadway Curvature And Grade | 2 | Straight, down grade |
| Vehicle | Unit Type | 11 | Tractor / semi-trailer | Roadway Environment | Roadway Material | 1 | None |
| Vehicle | Unit Type | 3 | Pick-up | Roadway Environment | Roadway Material Source | 97 | Not applicable |
| Vehicle | Unit Type | 6 | Sport utility vehicle (SUV) | Roadway Environment | Traffic Control | 6 | Traffic signals |
| Vehicle | Usage | 1 | Personal vehicle | Roadway Environment | Traffic Control Status | 1 | Yes |
| Vehicle | Usage | 6 | Cargo Transportation | Roadway Environment | Trafficway Lane Count | 4 | Four lanes |
| Vehicle | VIN | 0 | Not set | Roadway Environment | Trafficway Lane Count | 5 | Five lanes |
| Vehicle | Year | | Not set | Roadway Environment | Turn Lane Presence | 2 | Left turn lane(s) only |
| Victims | Age Code | 8 | 26 - 64 | Roadway Environment | Vision Obscuration | 1 | Not obscured |
| Victims | Age Code | 9 | 65 or older | Roadway Environment | Weather Condition | 2 | Cloudy |
| Victims | Airbag | 14 | Deployed multiple combinations (all cases) | Roadway Environment | Workzone Law Encorcement Presence | 97 | Not applicable |
| Victims | Airbag | 3 | Not deployed, switch off | Roadway Environment | Workzone Relationship | 1 | Not in / related to workzone |
| Victims | Airbag | 4 | Not deployed, switch on | Roadway Environment | Workzone Type | 97 | Not applicable |
| Victims | Airbag | 99 | Unknown | Investigation | Non-Vehicular Property Damage Severity | 3 | Moderate (between $500 and $10,000) |
| Victims | Birth Date Code | 0 | Not Set | Truck/Bus Supplement | Bus Usage | 1 | Not a bus |
| Victims | Ejection Status | 1 | Not ejected or trapped | Truck/Bus Supplement | Cargo Body Type | 98 | Other |
| Victims | First Aid Provider | 1 | Paramedic / EMT | Truck/Bus Supplement | Cargo Type | 3 | Building materials |
| Victims | First Aid Provider | 97 | None - no first aid | Truck/Bus Supplement | Carrier Address Code | 0 | Not Set |
| Victims | Gender | 1 | Male | Truck/Bus Supplement | Carrier Name Code | 0 | Not Set |
| Victims | Gender | 2 | Female | Truck/Bus Supplement | Carrier Phone Code | 0 | Not Set |
| Victims | Injury Type | 1 | (K) Fatal | Truck/Bus Supplement | Country Number Code | Unk | Unknown |
| Victims | Injury Type | 3 | (B) Suspected minor injury | Truck/Bus Supplement | ICCMC Number Code | 0 | Not Set |
| Victims | Injury Type | 4 | (C) Possible injury | Truck/Bus Supplement | Motor Carrier Type | 1 | Interstate carrier |
| Victims | Medical Facility Transport | 2 | EMS ground | Truck/Bus Supplement | State Number Code | Unk | Unknown |
| Victims | Medical Facility Transport | 4 | Private vehicle | Truck/Bus Supplement | USDOT Number Code | 0 | Not Set |
| Victims | Medical Facility Transport | 98 | Other (explain in narrative) | Truck/Bus Supplement | Vehicle Configuration | 9 | Tractor with semi-trailer |

**LEGEND**

| Location | Category | Code | Description | Location | Category | Code | Description |
|---|---|---|---|---|---|---|---|
| Truck/Bus Supplement | Weight Rating | 3 | More than 26,000 pounds | | | | |