# Exhibit C

**State of Illinois**
**Domestic/Foreign Corporation Annual Report**

| Year | Corporation File No |
|---|---|
| 2025 | 70778408 |

FILED   May 6, 2025

**Alexi Giannoulias, Secretary of State**

1. **Corporate Name** 4US CORP.

   **Registered Agent** ILLIA MALIKOVSKYI

   **Registered Office** 21 BAILAY LN

   **City, IL, Zip Code, County** LAKE ZURICH, IL  60047 LAKE

2. **Principal address of Corporation** 800 E NORTHWEST HWY, STE 407
   PALATINE, IL  60074

3a. **State or Country of Incorporation** ILLINOIS    3b. **Date Incorporated/Qualified** 06-07-2016

4. **The names and addresses of ALL officers & directors MUST be listed here!**

| Officers | |
|---|---|
| Title | PRESIDENT |
| Name & Address | ELI MALIKOVSKY 617 CARNATION D R , OSWEGO, IL 60543 |
| Title | SECRETARY |
| Name & Address | ELI MALIKOVSKY 617 CARNATION D R, OSWEGO,IL 60543 |
| Title | DIRECTOR |
| Name & Address | ELI MALIKOVSKY 617 CARNATION DR OSWEGO, IL  60543 |

5. **If 51% or more of the stock is owned by a minority or female, please check the appropriate box**

   ☐ Minority    ☐ Female    ☐ Both

6. **Number of shares authorized and issued as of** 3-31-2025

| Class | Series | Par Value | Number Authorized | Number Issued |
|---|---|---|---|---|
| COMMON | | 0.000000 | 1000 | 1000.000 |
| | | | | |

7. **The amount of paid-in-capital as of** 3-31-2025 **is  $** 1000

8. **All property owned by the corporation is located in Illinois and all business transacted by the corporation is in Illinois.**

9. **Under the penalty of perjury and as an authorized officer, I declare that this annual report, pursuant to provisions of the Business Corporation Act, has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.**

**By** ELI MALIKOVSKY
**Authorized Officer**

PRESIDENT          May 6, 2025
**Title & Date**

| Fee Summary | |
|---|---|
| Franchise Tax: | $0.00 |
| Filing Fee: | $75.00 |
| Penalty: | $0.00 |
| Interest: | $0.00 |
| Total Fee: | $75.00 |

This document was electronically generated at www.ilsos.gov