# Exhibit D



ELECTRONICALLY FILED
5/9/2025 10:50 AM
16-DC-2025-900173.00
DISTRICT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-80    Rev.12/2022 | ORDER<br>ON INITIAL APPEARANCE | Case Number<br><br>DC 2025-900173 |
|---|---|---|

IN THE _____ District _____ COURT OF _____ Clarke _____, ALABAMA
*(Circuit, District or Municipal)*                *(Name of County or Municipality)*

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____    v. _____ ANDRII DMYTERKO _____
                                                            **Defendant**

The above-named defendant, charged with the criminal offenses) of _____ Homicide by Vehicle x 2 _____,
was duly brought before the Court for initial appearance on _____ May 9, 2025 _____, at **10:20** o'clock **A** .m.,
whereupon the Court did the following, as checked in the appropriate blocks:        Additional Charges:

**(CHECK AS APPLICABLE)**

☑ 1. Name and address of defendant.

    ☑ (a)  Ascertained the true name and address of the defendant to be:
        ANDRII DMYTERKO
        ███████████████  *Philadelphia, PA*

    ☐ (b)  Amended the formal charges to reflect defendant's true name.
    ☑ (c)  Instructed the defendant to notify the Court promptly of any change of address.

☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☐ requested  ☑ did not request court-appointed counsel. If requested counsel, defendant ☐ was ☑ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☑ 5. Bail

    ☐ (a)  Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.

    ☐ (b)  Determined that the defendant shall not be released from custody since charged with one of the non-bailable offenses pursuant to "Aniah's Law," due to the following reason(s)_____
_____

    ☑ (c)  Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:

        ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____.
        ☑ 2.) Execution of a secured appearance bond in the amount of $ 50,000 x 2 _____.
        ☑ 3.) Other conditions (specify) $20,000 Cash Component. Ankle Monitor. Cannot leave the state of Alabama without permission from the court _____.

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☑ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____, _____, an_____(date) at_____o'clock_____.m.

    ☐ (a)  Notified the District Court that such demand was made.
    ☑ (b)  Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____

May 9, 2025 _____
Date

Judge _____