# Exhibit E

ELECTRONICALLY FILED
8/14/2025 3:07 PM
16-CV-2025-900118.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93    Rev. 9/18 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas...<br>16...<br><br>Date of Filing:<br>08/14/2025 | Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA**

**TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, III, DECEASED v. ANDRII D**

**First Plaintiff:** ☐ Business   ☑ Individual   ☐ Government   ☐ Other

**First Defendant:** ☐ Business   ☑ Individual   ☐ Government   ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA  - Wrongful Death
- ☐ TONG  - Negligence: General
- ☑ TOMV  - Negligence: Motor Vehicle
- ☐ TOWA  - Wantonness
- ☐ TOPL  - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM  - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM  - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX  - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE  - Personal Property
- ☐ TORE  - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN  - Abandoned Automobile
- ☐ ACCT  - Account & Nonmortgage
- ☐ APAA  - Administrative Agency Appeal
- ☐ ADPA  - Administrative Procedure Act
- ☐ ANPS  - Adults in Need of Protective Service

**OTHER CIVIL FILINGS  (cont'd)**
- ☐ MSXX  - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT  - Civil Rights
- ☐ COND  - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP  - Contempt of Court
- ☐ CONT  - Contract/Ejectment/Writ of Seizure
- ☐ TOCN  - Conversion
- ☐ EQND  - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD  - Eviction Appeal/Unlawful Detainer
- ☐ FORJ  - Foreign Judgment
- ☐ FORF  - Fruits of Crime Forfeiture
- ☐ MSHC  - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB  - Protection From Abuse
- ☐ EPFA  - Elder Protection From Abuse
- ☐ QTLB  - Quiet Title Land Bank
- ☐ FELA  - Railroad/Seaman (FELA)
- ☐ RPRO  - Real Property
- ☐ WTEG  - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP  - Workers' Compensation
- ☐ CVXX  - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ **INITIAL FILING**       A ☐ **APPEAL FROM DISTRICT COURT**       O ☐ **OTHER**

R ☐ **REMANDED**       T ☐ **TRANSFERRED FROM OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?**   ☑ YES   ☐ NO   **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

CAI012                8/14/2025 3:07:46 PM                /s/ DAVID S CAIN JR.
_____          _____          _____
                            Date                       Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES   ☐ NO   ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**   ☐ YES   ☑ NO

ELECTRONICALLY FILED
8/14/2025 3:07 PM
16-CV-2025-900118.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

**IN THE CIRCUIT COURT OF CLARKE COUNTY, A**

| | | |
|---|---|---|
| **TIFFANY ANDREWS BECK, as Administratrix of THE ESTATE OF WOODIE EARL BECK, III, deceased** | * <br> * <br> * <br> * | |
| **Plaintiff,** | * <br> * | **CIVIL ACTION NO.:** |
| **v.** | * <br> * | **CV-2025-_____** |
| **ANDRII DMYTERKO,** | * <br> * <br> * | |
| **Defendant.** | * | |

## COMPLAINT

TIFFANY ANDREWS BECK, as Administratrix of the ESTATE of WOODIE EARL BECK, III, deceased, alleges against Defendant, ANDRII DMYTERKO, as follows:

### PARTIES, JURISDICTION & VENUE

1.    The Plaintiff is a resident and citizen of the State of Alabama and is over nineteen (19) years of age.

2.    Tiffany Andrews Beck is the Administratrix of the Estate of Woodie Earl Beck, III, having been duly appointed by the Probate Court of Wilcox County, Alabama on May 19, 2025.

3.    Woodie Earl Beck, III was killed in a truck wreck on May 6, 2025.

4.    Decedent, Woodie Earl Beck, III, was a resident and citizen of Wilcox County, Alabama at the time he was killed.

1

5.      Defendant, ANDRII DMYTERKO is over the age of nineteen (19), and a resident of the State of Pennsylvania, who can be served by sheriff in the Clarke County, Alabama detention facility.

6.      The incident made the basis of this case occurred in Clarke County, Alabama.

## FIRST CAUSE OF ACTION
### (Negligence)

7.      Plaintiff realleges and incorporates the allegations contained in all prior paragraphs.

8.      On or about May 6, 2025, Defendant Andrii Dmyterko was operating an 18-wheel tractor/trailer traveling southbound on Alabama Highway 43 in Thomasville, Clarke County, Alabama at or near its intersection with South Industrial Park Road.

9.      On May 6, 2025, at 11:51 a.m., a 2019 Freightliner tractor being operated by Andrii Dmyterko was pulling a box trailer for a RHI US LTD facility in York, Pennsylvania, to Outokumpu Stainless USA, LLD, in Calvert, Alabama.

10.     At the same time and place, Plaintiff's decedent, Woodie Earl Beck, III was traveling southbound on Highway 43 and was stopped at a red traffic signal. At said time, Defendant, Andrii Dmyterko negligently failed to keep a proper lookout, failed to brake when approaching stopped vehicles, and failed to yield to a red traffic signal, striking from the rear the vehicle immediately behind the vehicle being operated by Woodie Earl Beck, III, causing that vehicle to crash into the Beck vehicle as he waited in a line of stopped vehicles at said traffic signal.

2

11.     As a proximate consequence of the above-described negligence of the Defendant, Andrii Dmyterko, Woodie Earl Beck, III was caused to suffer injures that resulted in his death.

**WHEREFORE,** Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, demands judgment against Defendant, Andrii Dmyterko, for damages as may be determined at a trial of this case, plus interest and costs.

## <u>SECOND CAUSE OF ACTION</u>
### (Wantonness)

12.     Plaintiff realleges and incorporates the allegations contained in all prior paragraphs above.

13.     The aforesaid acts and/or omissions of the Defendant, Andrii Dmyterko constitute wantonness.

14.     The wantonness of the Defendant Andrii Dmyterko caused or allowed the Freightliner tractor-trailer to strike from the rear the vehicle immediately behind the vehicle being operated by Woodie Earl Beck, III, causing that vehicle to crash into the Beck vehicle as decedent waited in a line of stopped vehicles at said traffic signal.

15.     As a proximate consequence of the above-described wantonness of the Defendant, Andrii Dmyterko, the Plaintiff's decedent, Woodie Earl Beck, III, was caused to suffer injures that resulted in his death.

**WHEREFORE,** Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, demands judgment against Defendant, Andrii Dmyterko, for damages as may be determined at a trial of this case, plus interest and costs.

Respectfully submitted,

**Attorneys for Plaintiff**

|  |  |
|---|---|
| **UTSEY & UTSEY** | **CUNNINGHAM BOUNDS, LLC** |
| */s/ J. Jefferson Utsey* | */s/ David S. Cain, Jr.* |
| J. JEFFERSON UTSEY (UTS002) | DAVID S. CAIN, JR. (CAI012) |
| E-mail: utseylaw@tds.net | DAVID G. WIRTES, JR. (WIR002) |
| 112 S. Mulberry Avenue | MARGARET J. UTSEY (UTS003) |
| Butler, Alabama   36904 | Post Office Box 66705 |
| T:  (205) 459-3791 | Mobile, Alabama  36660 |
| F: (205) 459-4479 | Email: dsc@cunninghambounds.com |
|  | dgw@cunninghambounds.com |
|  | mju@cunninghambounds.com |
|  | Telephone:  251-471-6191 |
|  | Fax:  251-479-1031 |

**PLAINTIFF RESPECTFULLY DEMANDS A TRIAL BY JURY ON ALL CAUSES OF ACTION.**

           */s/ David S. Cain, Jr.*

**PLEASE SERVE DEFENDANT AS FOLLOWS:**

**ANDRII DMYTERKO**
c/o Clarke County Detention Center
149 Clark Street
Grove Hill, Alabama  36451



AlaFile E-Notice

16-CV-2025-900118.00

To: DAVID S CAIN JR.
     dsc@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following complaint was FILED on 8/14/2025 3:07:50 PM

Notice Date:     8/14/2025 3:07:50 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  ANDRII DMYTERKO
     C/O CLARKE COUNTY JAIL
     149 CLARK STREET
     GROVE HILL, AL, 36451

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following complaint was FILED on 8/14/2025 3:07:50 PM

Notice Date:     8/14/2025 3:07:50 PM

Service by sheriff in 16 – CLARKE County

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>16-CV-2025-900118.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA
### TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I

**NOTICE TO:** ANDRII DMYTERKO, C/O CLARKE COUNTY JAIL 149 CLARK STREET, GROVE HILL, AL 36451

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
DAVID S CAIN JR.                                                                                ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66705, MOBILE, AL 36660                          .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

_____ *[Name(s)]*

| 08/14/2025 | /s/ SUMMER SCRUGGS PADGETT | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

_____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*      *(Name of County)*      *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*      *(Name of County)*      *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

_____        _____        _____
*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

_____        _____
*(Badge or Precinct Number of Sheriff or Constable)*        *(Server's Printed Name)*

_____        _____
*(Badge or Precinct Number of Sheriff or Constable)*        *(Telephone Number of Designated Process Server)*



ELECTRONICALLY FILED
8/14/2025 4:19 PM
16-CV-2025-900118.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

| | | |
|---|---|---|
| **TIFFANY ANDREWS BECK, as Administratrix of THE ESTATE OF WOODIE EARL BECK, III, deceased** | * * * * | |
| **Plaintiff,** | * * | **CIVIL ACTION NO.:** |
| **v.** | * * | **CV-2025-90011800** |
| **ANDRII DMYTERKO; et al.,** | * * | |
| **Defendants.** | * | |

## ANSWER

COMES NOW the Defendant, Andrii Dmyterko, by and through his undersigned counsel, and answers the Complaint of the Plaintiff, Tiffany Andrews Beck, as Administratrix of the Estate of Woodie Earl Beck, III, deceased, as follows:

### ADMISSIONS AND DENIALS

Defendant denies the material allegations in Plaintiff's Complaint and demands strict proof thereof.

### AFFIRMATIVE DEFENSES

Defendant Dmyterko pleads intervening, superseding cause as an affirmative defense.

Defendant reserves the right to amend his answer and affirmative defenses if new information supports the assertion of additional defenses.

By: /s/ ChaLea Tisdale
CHALEA TISDALE (TIS003)

1

THE HERNANDEZ & ASSOCIATES FIRM
1856 Airport Boulevard
Mobile, Alabama     36606
Email:  chalea@equalizingjustice.com
Telephone: (251) 479-1477
Fax: (251) 650-3843

## CERTIFICATE OF SERVICE

 I hereby certify that on the 14th day of August, 2025, I electronically filed the foregoing with the Clerk of Court using the AlaFile system which will send notifications of such filing and/or by depositing a copy of the same in the United States Mail, property addressed and first class pre-paid postage affixed to the following:

**UTSEY & UTSEY**

*/s/ J. Jefferson Utsey*
J. JEFFERSON UTSEY (UTS002)
E-mail: utseylaw@tds.net
112 S. Mulberry Avenue
Butler, Alabama   36904
T:  (205) 459-3791
F: (205) 459-4479

**CUNNINGHAM BOUNDS, LLC**

*/s/ David S. Cain, Jr.*
DAVID S. CAIN, JR. (CAI012)
DAVID G. WIRTES, JR. (WIR002)
MARGARET J. UTSEY (UTS003)
Post Office Box 66705
Mobile, Alabama     36660
Email: dsc@cunninghambounds.com
dgw@cunninghambounds.com
mju@cunninghambounds.com
Telephone:  251-471-6191
Fax:  251-479-1031

/s/ ChaLea Tisdale_____
CHALEA TISDALE
*Attorney for Andrii Dmyterko*



AlaFile E-Notice

16-CV-2025-900118.00

To:  AUDREY CHALEA TISDALE
     chalea@equalizingjustice.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following answer was FILED on 8/14/2025 4:19:55 PM

Notice Date:     8/14/2025 4:19:55 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



**AlaFile E-Notice**

16-CV-2025-900118.00

To: DMYTERKO ANDRII (PRO SE)
C/O CLARKE COUNTY JAIL
149 CLARK STREET
GROVE HILL, AL, 36451-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following answer was FILED on 8/14/2025 4:19:55 PM

Notice Date: 8/14/2025 4:19:55 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



**AlaFile E-Notice**

16-CV-2025-900118.00

To:   CAIN DAVID STEVEN JR.
      dsc@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following answer was FILED on 8/14/2025 4:19:55 PM

Notice Date:      8/14/2025 4:19:55 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  UTSEY JOHN JEFFERSON
     utseylaw3@tds.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following answer was FILED on 8/14/2025 4:19:55 PM

Notice Date:       8/14/2025 4:19:55 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



## AlaFile E-Notice

16-CV-2025-900118.00

To:  UTSEY MARGARET JULIANNA
     mju@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following answer was FILED on 8/14/2025 4:19:55 PM

Notice Date:      8/14/2025 4:19:55 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



## AlaFile E-Notice

16-CV-2025-900118.00

To: WIRTES DAVID GEORGE JR.
dgw@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following answer was FILED on 8/14/2025 4:19:55 PM

Notice Date:     8/14/2025 4:19:55 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>16-CV-2025-900118.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA
### TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I

**NOTICE TO:** ANDRII DMYTERKO, C/O CLARKE COUNTY JAIL 149 CLARK STREET, GROVE HILL, AL 36451

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
DAVID S CAIN JR.

**RECEIVED**

**AUG 1 5 2025**

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66705, MOBILE, AL 36660

*[Address(es) of Plaintiff(s) or Attorney(s)]* **Clarke Country Sheriff**

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

| 08/14/2025 | /s/ SUMMER SCRUGGS PADGETT | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *[Name(s)]* *(Name)* |

☐ Certified Mail is hereby requested.

_____
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

#### Certified Mail

☐ Return receipt of certified mail received in this office on

_____
*(Date)*

#### Personal/Authorized

☑ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
**ANDRII DMYTERKO** in **CLARKE** County, Alabama on **8-28-25**.

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

Document left:

☑ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

#### Return of Non-Service

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☑ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

**PS**     **CLARKE SD**

*(Type of Process Server)*     *(Signature)*     *(Address of Server)*

**JOE LINDSEY**

*(Badge or Precinct Number of Sheriff or Constable)*     *(Server's Printed Name)*



*(Badge or Precinct Number of Sheriff or Constable)*     *(Telephone Number of Designated Process Server)*     **Service Return Copy**



AlaFile E-Notice

16-CV-2025-900118.00

Judge: C ROBERT MONTGOMERY

To:  CAIN DAVID STEVEN JR.
     dsc@cunninghambounds.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following matter was served on 8/28/2025

**D001 DMYTERKO ANDRII**

**Corresponding To**

SERVED PERSONALLY

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



## AlaFile E-Notice

16-CV-2025-900118.00

Judge: C ROBERT MONTGOMERY

To:  UTSEY JOHN JEFFERSON
     utseylaw3@tds.net

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following matter was served on 8/28/2025

**D001 DMYTERKO ANDRII**
**Corresponding To**
SERVED PERSONALLY

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



## AlaFile E-Notice

16-CV-2025-900118.00

Judge: C ROBERT MONTGOMERY

To:  UTSEY MARGARET JULIANNA
     mju@cunninghambounds.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following matter was served on 8/28/2025

**D001 DMYTERKO ANDRII**
**Corresponding To**
SERVED PERSONALLY

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



## AlaFile E-Notice

16-CV-2025-900118.00

Judge: C ROBERT MONTGOMERY

To:   WIRTES DAVID GEORGE JR.
        dgw@cunninghambounds.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following matter was served on 8/28/2025

**D001 DMYTERKO ANDRII**

**Corresponding To**

SERVED PERSONALLY

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363

ELECTRONICALLY FILED
9/10/2025 9:45 AM
16-CV-2025-900118.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY ANDREWS BECK as      *
Administratrix of THE ESTATE OF      *
WOODIE EARL BECK, III,      *
     *
    Plaintiff,      *
     *
v.      *     CASE NO.:  CV-2025-900118
     *
ANDRII DMYTERKO,      *
     *
    Defendant.      *

## NOTICE OF APPEARANCE

Comes now, CHARLES J. POTTS, with the firm, CHARLES J. POTTS LLC, and files his Notice of Appearance as counsel for DEFENDANT, ANDRII DMYTERKO.

Respectfully submitted on September 10, 2025.


           */s/ Charles J. Potts*
           CHARLES J. POTTS (POT007)
           *cpotts@pottslawyer.com*


OF COUNSEL:

CHARLES J. POTTS LLC
P.O. Box 1005
Mobile, Alabama 36633
T: 251-753-9725

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing notice upon all counsel of record at the address listed below by electronic notice of this Court's Alafile online filing system in which same was e-filed on this the 10th day of September.


Attorneys for Plaintiff:

J. Jefferson Utsey, Esq.
*utseylaw@tds.com*
UTSEY & UTSEY
112 S. Mulberry Avenue
Butler, Alabama  36904

David S. Cain, Esq.
*dsc@cunninghambounds.com*
David G. Wirtes, Jr., Esq.
*dgw@cunninghambounds.com*
Margaret J. Utsey, Esq.
*mju@cunninghambounds.com*
CUNNINGHAM BOUNDS, LLC
P.O. Box 66705
Mobile, Alabama  36660


*/s/Charles J. Potts*
OF COUNSEL



AlaFile E-Notice

16-CV-2025-900118.00

To:  CHARLES JOSEPH POTTS
     cpotts@pottslawyer.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following discovery was FILED on 9/10/2025 9:45:24 AM

Notice Date:      9/10/2025 9:45:24 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:   CAIN DAVID STEVEN JR.
      dsc@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following discovery was FILED on 9/10/2025 9:45:24 AM

Notice Date:       9/10/2025 9:45:24 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  UTSEY JOHN JEFFERSON
     utseylaw3@tds.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following discovery was FILED on 9/10/2025 9:45:24 AM

Notice Date:      9/10/2025 9:45:24 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  UTSEY MARGARET JULIANNA
     mju@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following discovery was FILED on 9/10/2025 9:45:24 AM

Notice Date:     9/10/2025 9:45:24 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  WIRTES DAVID GEORGE JR.
     dgw@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following discovery was FILED on 9/10/2025 9:45:24 AM

Notice Date:        9/10/2025 9:45:24 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To: TISDALE AUDREY CHALEA
chalea@equalizingjustice.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following discovery was FILED on 9/10/2025 9:45:24 AM

Notice Date:        9/10/2025 9:45:24 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363

ELECTRONICALLY FILED
9/15/2025 1:34 PM
16-CV-2025-900118.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

**STATE OF ALABAMA**    Revised 3/5/08    **Cas**

Unified Judicial System

16-CLARKE    ☐ **District Court**    ☑ **Circuit Court**    CV2

| | |
|---|---|
| TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I | **CIVIL MOTION COVER SHEET**<br>*Name of Filing Party:* D001 - DMYTERKO ANDRII |

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

CHARLES JOSEPH POTTS

P.O. Box 1005

MOBILE, AL 36633

*Attorney Bar No.:* POT007

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Compel |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Consolidation |
| | ☐ Continue |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Deposition |
| | ☐ Designate a Mediator |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Motion to Intervene ($297.00) | ☐ Disburse Funds |
| ☐ Other | ☐ Extension of Time |
| pursuant to Rule _____ ($50.00) | ☐ In Limine |
| | ☐ Joinder |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ More Definite Statement |
| | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| ☐ Local Court Costs $   0 | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☑ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other |
| | pursuant to Rule _____ (Subject to Filing Fee) |

| | | |
|---|---|---|
| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees)    ☐ | Date:<br>9/15/2025 1:33:52 PM | Signature of Attorney or Party<br>/s/ CHARLES JOSEPH POTTS |

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
9/15/2025 1:34 PM
16-CV-2025-900118.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

| | | |
|---|---|---|
| TIFFANY ANDREWS BECK as Administratrix of THE ESTATE OF WOODIE EARL BECK, III, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CASE NO.:  CV-2025-900118 |
| ANDRII DMYTERKO, | * * * | |
| Defendant. | * | |

## MOTION TO STAY

Comes now, DEFENDANT, ANDRII DMYTERKO, and hereby respectfully moves the Court to stay proceedings against him in the above-styled cause.  As grounds, Defendant would show the court as follows:

1.      This case involves a serious motor vehicle accident that occurred on May 6, 2025.

2.      Subsequent to said accident, Defendant was taken into custody by the Clarke County Sheriff's Office and is currently being prosecuted for homicide by vehicle, a felony.

3.      The pendency of the case against Defendant, including all obligations under the Alabama Rules of Civil Procedure with respect to discovery, place into jeopardy and threaten the Defendant's Fifth Amendment rights against self-incrimination under the United States Constitution, as well as under Section 6 of the

Alabama Constitution, since the criminal prosecution arises from the same motor vehicle accident as the instant case.  In short, these are parallel proceedings.

4.      Balancing the rights of the Parties herein, it would serve the interests of justice and be in the best interests of Defendant's Constitutional Rights afforded to him pursuant to the Fifth Amendment of the United States Constitution, as well as under Section 6 of the Alabama Constitution, for this matter to be stayed indefinitely until the criminal proceedings against him are terminated one way or another.  See, *Ex parte Rawls,* 953 So.2d 374 (Ala.2006).

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully moves the Court to stay proceedings against him in the above-styled cause.

Respectfully submitted on September 15, 2025.

 */s/ Charles J. Potts*
CHARLES J. POTTS (POT007)
*cpotts@pottslawyer.com*
CHALEA TISDALE (TIS003)
*chalea@epualizingjustice.com*

Attorneys for Defendant, Andrii Dmyterko

OF COUNSEL:

**CHARLES J. POTTS LLC**
P.O. Box 1005
Mobile, Alabama 36633
T: 251-753-9725

**THE HERNANDEZ & ASSOCIATES FIRM**

1856 Airport Boulevard
Mobile, Alabama 36606
T:  251-479-1477
F: 251-650-3843

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion upon all counsel of record at the addresses listed below by electronic notice of this Court's Alafile online filing system in which same was e-filed on this the 15th day of September 2025.

Attorneys for Plaintiff:

J. Jefferson Utsey, Esq.
*utseylaw@tds.com*
UTSEY & UTSEY
112 S. Mulberry Avenue
Butler, Alabama  36904

David S. Cain, Esq.
*dsc@cunninghambounds.com*
David G. Wirtes, Jr., Esq.
*dgw@cunninghambounds.com*
Margaret J. Utsey, Esq.
*mju@cunninghambounds.com*
CUNNINGHAM BOUNDS, LLC
P.O. Box 66705
Mobile, Alabama  36660

*/s/Charles J. Potts*
OF COUNSEL



AlaFile E-Notice

16-CV-2025-900118.00

Judge: C ROBERT MONTGOMERY

To: CHARLES JOSEPH POTTS
cpotts@pottslawyer.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following matter was FILED on 9/15/2025 1:34:24 PM

**D001 DMYTERKO ANDRII**

MOTION TO STAY

[Filer: POTTS CHARLES JOSEPH]

Notice Date:        9/15/2025 1:34:24 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

Judge: C ROBERT MONTGOMERY

To:  CAIN DAVID STEVEN JR.
dsc@cunninghambounds.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following matter was FILED on 9/15/2025 1:34:24 PM

**D001 DMYTERKO ANDRII**

MOTION TO STAY

[Filer: POTTS CHARLES JOSEPH]

Notice Date:    9/15/2025 1:34:24 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

Judge: C ROBERT MONTGOMERY

To:  UTSEY JOHN JEFFERSON
     utseylaw3@tds.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following matter was FILED on 9/15/2025 1:34:24 PM

**D001 DMYTERKO ANDRII**

MOTION TO STAY

[Filer: POTTS CHARLES JOSEPH]

Notice Date:     9/15/2025 1:34:24 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

Judge: C ROBERT MONTGOMERY

To:  UTSEY MARGARET JULIANNA
mju@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following matter was FILED on 9/15/2025 1:34:24 PM

**D001 DMYTERKO ANDRII**

MOTION TO STAY

[Filer: POTTS CHARLES JOSEPH]

Notice Date:      9/15/2025 1:34:24 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

Judge: C ROBERT MONTGOMERY

To:  WIRTES DAVID GEORGE JR.
     dgw@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following matter was FILED on 9/15/2025 1:34:24 PM

**D001 DMYTERKO ANDRII**

MOTION TO STAY

[Filer: POTTS CHARLES JOSEPH]

Notice Date:     9/15/2025 1:34:24 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

Judge: C ROBERT MONTGOMERY

To:  TISDALE AUDREY CHALEA
     chalea@equalizingjustice.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following matter was FILED on 9/15/2025 1:34:24 PM

**D001 DMYTERKO ANDRII**

MOTION TO STAY

[Filer: POTTS CHARLES JOSEPH]

Notice Date:      9/15/2025 1:34:24 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



ELECTRONICALLY FILED
9/16/2025 2:24 PM
16-CV-2025-900118.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

| | |
|---|---|
| OF WOODIE EARL BECK, III, DECEASED TIFFANY A. BECK, Plaintiff, | ) ) ) |
| V. | ) Case No.:    CV-2025-900118.00 |
| DMYTERKO ANDRII, Defendant. | ) ) ) ) |

## ORDER

MOTION TO STAY filed by DMYTERKO ANDRII is hereby GRANTED IN PART. The parties may engage in discovery but the Plaintiff and her counsel may not illicit testimony from the Defendant in any form until further notice. If discovery is requested which may potentially encroach upon the Defendant's right to avoid self-incrimination or any other right, the Court encourages the parties to file a specific objection so that discovery disputes under this order may be handled in a timely fashion should they arise.

**DONE this 16th day of September, 2025.**

/s/ C.  ROBERT MONTGOMERY
**CIRCUIT JUDGE**



## AlaFile E-Notice

16-CV-2025-900118.00

Judge: C ROBERT MONTGOMERY

To:  CAIN DAVID STEVEN JR.
dsc@cunninghambounds.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

A court action was entered in the above case on 9/16/2025 2:24:30 PM

ORDER

[Filer: ]

Disposition:     GRANTED IN PART
Judge:           CRM

Notice Date:     9/16/2025 2:24:30 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



**AlaFile E-Notice**

16-CV-2025-900118.00

Judge: C ROBERT MONTGOMERY

To:   UTSEY JOHN JEFFERSON
       utseylaw3@tds.net

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

A court action was entered in the above case on 9/16/2025 2:24:30 PM

ORDER

[Filer: ]

Disposition:    GRANTED IN PART
Judge:          CRM

Notice Date:    9/16/2025 2:24:30 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

Judge: C ROBERT MONTGOMERY

To:  UTSEY MARGARET JULIANNA
     mju@cunninghambounds.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

A court action was entered in the above case on 9/16/2025 2:24:30 PM

ORDER

[Filer: ]

Disposition:    GRANTED IN PART
Judge:          CRM

Notice Date:    9/16/2025 2:24:30 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



**AlaFile E-Notice**

16-CV-2025-900118.00

Judge: C ROBERT MONTGOMERY

To:  WIRTES DAVID GEORGE JR.
dgw@cunninghambounds.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

A court action was entered in the above case on 9/16/2025 2:24:30 PM

ORDER

[Filer: ]

Disposition:     GRANTED IN PART
Judge:           CRM

Notice Date:     9/16/2025 2:24:30 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

Judge: C ROBERT MONTGOMERY

To:  TISDALE AUDREY CHALEA
     chalea@equalizingjustice.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

A court action was entered in the above case on 9/16/2025 2:24:30 PM

ORDER

[Filer: ]

Disposition:   GRANTED IN PART
Judge:         CRM

Notice Date:   9/16/2025 2:24:30 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



**AlaFile E-Notice**

16-CV-2025-900118.00

Judge: C ROBERT MONTGOMERY

To:  POTTS CHARLES JOSEPH
cpotts@pottslawyer.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

A court action was entered in the above case on 9/16/2025 2:24:30 PM

ORDER

[Filer: ]

Disposition:      GRANTED IN PART
Judge:            CRM

Notice Date:      9/16/2025 2:24:30 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363

ELECTRONICALLY FILED
10/6/2025 5:22 PM
16-CV-2025-900118.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

### IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

| | | |
|---|---|---|
| **TIFFANY ANDREWS BECK, as Administratrix of THE ESTATE OF WOODIE EARL BECK, III, deceased** | * * * * | |
| **Plaintiff,** | * * | **CIVIL ACTION NO.:** |
| **v.** | * * | **16-CV-2025-900118** |
| **ANDRII DMYTERKO,** | * * * | |
| **Defendant.** | * * * | |

---

## FIRST AMENDED COMPLAINT

---

Plaintiff respectfully amends her complaint in this action to conform to the facts and evidence, such that the Complaint shall read in its entirety as follows:

| | | |
|---|---|---|
| **TIFFANY ANDREWS BECK, as Administratrix of THE ESTATE OF WOODIE EARL BECK, III, deceased** | * * * * | |
| **Plaintiff,** | * * | **CIVIL ACTION NO.:** |
| **v.** | * * | **16-CV-2025-900118** |
| **4US CORP; MERCEDES-BENZ USA, LLC; MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG; DAIMLER TRUCK NORTH AMERICA, LLC f/k/a DAIMLER TRUCKS NORTH AMERICA LLC, f/k/a FREIGHTLINER LLC; DAIMLER TRUCK HOLDING AG; ALFA MUTUAL INSURANCE COMPANY; ANDRII DMYTERKO; 1-20,** whether singular or plural, the person, firm, corporation or other entity, other than those described above, who operated the motor vehicle that struck Plaintiff's vehicle at the time of the incident made the | * * * * * * * * * * * * * * * | |

basis of this action; **21-40,** whether singular or plural, the person, firm, corporation or other entity, other than those described above, who owned and/or controlled the motor vehicle being operated by Andrii Dmyterko or 1-20 at the time of the incident made the basis of this action; **41-60,** whether singular or plural, the person, firm, corporation or other entity, other than those described above, who negligently and/or wantonly entrusted the motor vehicle involved in the incident made the basis of this suit to Andrii Dmyterko and/or 1-20; **61-80**, whether singular or plural, the person, firm, corporation or other entity, other than those described above, that employed, retained, trained, monitored, hired, recruited, and/or supervised Andrii Dmyterko and/or 1-20 at the time of the incident made the basis of this action; **81-100,** whether singular or plural, the person, firm, corporation or other entity, other than those described above, whose negligence, wantonness, or other wrongful conduct contributed to cause the death of the Plaintiff's husband; **101-120,** whether singular or plural, the persons, firms or corporations, other than those described above, who designed, manufactured, marketed, sold, supplied, distributed, retailed, assembled, built or otherwise made available the 18-wheel tractor/trailer and their component parts involved in the incident made the basis of this action; **121-140,** whether singular or plural, the persons, firms or corporations, other than those described above, responsible for operation, control and/or selection of 18-wheel tractor/trailer and their component parts involved in the occurrence made the basis of this action; **141-160**, whether singular or plural, the persons, firms or corporations, other than those described above, responsible for designing, manufacturing, marketing, selling, supplying, distributing, informing, educating, retailing, warning adequately about or otherwise making available as safe the 18-wheel tractor/trailer for foreseeable uses on Alabama's roadways; **161-180,** whether singular or plural, the persons, firms or

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

2

corporations, other than those described    *
above, responsible for and who did in fact    *
assist or contribute in any way to the tortious    *
conduct made the basis of this suit; all of whose    *
true names and legal identities are otherwise    *
unknown to the Plaintiff but who will be added    *
by amendment when ascertained, separately    *
and severally, **181-200,** whether singular or    *
plural, the insurance company, firm,    *
corporation, or other entity, who issued an    *
insurance policy to Plaintiff, Plaintiff's    *
decedent, or any other party, and/or who is    *
otherwise liable under Alabama law for    *
coverage of the incident made the basis of this    *
action, whose true name and legal identity is    *
otherwise unknown to Plaintiff but who will be    *
substituted by amendment when ascertained.    *
   *

Defendants**.**

---

## COMPLAINT

---

COMES NOW the Plaintiff, TIFFANY ANDREWS BECK, as Administratrix of the ESTATE of WOODIE EARL BECK, III, deceased, by and through the undersigned counsel, and files the following Complaint against the Defendants, 4US CORP; MERCEDES-BENZ USA, LLC; MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG; DAIMLER TRUCK NORTH AMERICA, LLC f/k/a DAIMLER TRUCKS NORTH AMERICA LLC, f/k/a FREIGHTLINER LLC; DAIMLER TRUCK HOLDING AG; ALFA MUTUAL INSURANCE COMPANY; ANDRII DMYTERKO and fictitious defendants 1-200, separately and severally, as follows:

### PARTIES, JURISDICTION & VENUE

1.    Plaintiff, Tiffany Andrews Beck, is over the age of nineteen (19) and is a resident citizen of Camden in Wilcox County, Alabama.

3

2.      On or about May 6, 2025, Woodie Earl Beck, III, died intestate in Clarke County, Alabama, survived by his spouse, Tiffany Andrews Beck.

3.      Plaintiff, Tiffany Andrews Beck, brings this case for the wrongful death of her spouse, Woodie Earl Beck, III.

4.      Tiffany Andrews Beck is the duly appointed Administratrix of the Estate of Woodie Earl Beck, III, by virtue of the Order of Letters of Administration issued by the Probate Court of Wilcox County, Alabama, on May 19, 2025.

5.      Defendant 4US CORP is a corporation organized and existing under the laws of Illinois and was conducting business in Clarke County in the state of Alabama at the time of the incident made the basis of Plaintiff's claims. 4US CORP operates as a motor carrier, transporting non-hazardous general freight in interstate commerce. At all relevant times, 4US CORP conducted operations, including trucking, dispatching, routing, and managing drivers, throughout the United States, including in Clarke County, Alabama.

6.      Defendant, MERCEDES-BENZ USA, LLC ("MBUSA"), which developed, designed, manufactured, and tested the 2019 Freightliner Cascadia truck, is a Delaware corporation with its principal place of business located in Sandy Springs, Georgia. MBUSA regularly conducts business in Alabama, is registered to do business in the state, and is engaged in the business of designing, manufacturing, and selling vehicles in Alabama. MBUSA is owned by and/or is a division of Defendant Mercedes-Benz Group AG f/k/a Daimler AG. MBUSA acts for and is under the control of Mercedes-Benz Group AG f/k/a Daimler AG in connection with the designing, manufacturing, and selling vehicles in the United States, including Alabama. MBUSA's registered agent for service of process

4

in Alabama is 2 North Jackson Street, Suite 605, Montgomery, AL 36104. This defendant is engaged in and doing business throughout the United States, including Clarke County and the state of Alabama, where it sells vehicles and supports multiple dealerships and customers.

7.    Defendant, MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG; ("Mercedes/Daimler"), which developed, designed, manufactured, and tested the 2019 Freightliner Cascadia truck, is a German corporation. In 2022, Daimler AG changed its corporate name to Mercedes-Benz Group AG.  Prior to this name change, Daimler AG owned and controlled both its passenger vehicle and global truck divisions. In December 2021, Daimler AG spun off the truck division into a newly formed, publicly traded company known as Daimler Truck Holding AG, which became the parent company of Daimler Truck North America, LLC—the manufacturer of the 2019 Freightliner Cascadia truck at issue in this case.  Mercedes-Benz Group AG is engaged in and doing business throughout the United States, including Clarke County and the state of Alabama, where it sells vehicles and provides support to dealerships and customers. Service upon Mercedes/Daimler will be made in accordance with the Hague Convention through the German Central Authority, which will effect service at Mercedes/ Daimler's registered office.

8.    Defendant, DAIMLER TRUCK NORTH AMERICA, LLC f/k/a DAIMLER TRUCKS NORTH AMERICA LLC, f/k/a FREIGHTLINER LLC; ("DTNA"), which developed, designed, manufactured, and tested the 2019 Freightliner Cascadia Truck, is a limited liability company headquartered in Portland, Oregon, and engaged in and doing business in and throughout the United States, including the state of Alabama. DTNA was formerly known as Daimler Trucks North America LLC, and is the successor in interest to

Freightliner LLC.  DTNA is a subsidiary or "segment" of Daimler Truck Holding AG (DTH), one of the world's leading commercial vehicle manufacturers. This defendant is engaged in and doing business throughout the United States, including Clarke County and the state of Alabama, where it sells vehicles and supports multiple dealerships and customers. Defendant, DTNA, may be served with process through its registered agent, CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104.

9.      Defendant, DAIMLER TRUCK HOLDING AG ("DTH"), is a German corporation headquartered in Germany, and is the parent company of DTNA. Created in or about 2021 following the spin-off of the truck and bus division from Daimler AG, DTH exercises control over and/or approval authority for the design, engineering, testing, warnings, software, quality systems, recalls, and service campaigns governing Daimler commercial vehicles sold around the world, including the United States and Alabama. Acting directly and through DTNA and authorized dealers, DTH places vehicles into the U.S. stream of commerce with the expectation and intent that they will be sold, distributed, and used in Alabama, including Clarke County, and derives substantial revenue therefrom. Service upon DTH will be made in accordance with the Hague Convention through the German Central Authority, which will effect service at DTH's registered office.

10.      Defendant ALFA MUTUAL INSURANCE COMPANY ("ALFA") is a corporation organized and existing under the laws of the state of Alabama, with its principal place of business in Montgomery County, Alabama, and is authorized to conduct business in the state of Alabama, including Clarke County.

11.      Defendant, ANDRII DMYTERKO is over the age of nineteen (19) and is a foreign national in the United States on a work visa, who currently resides in the Clarke

6

County Jail awaiting trial and has been served at the Clarke County Detention Center/Jail, 149 Clark Street, Grove Hill, AL 36451.

12.    Fictitious parties 1-20, all of whose true names and legal identities are otherwise unknown to the Plaintiff, but who will be added by amendment when ascertained whether singular or plural, the person, firm, corporation or other entity who operated the motor vehicle that struck Plaintiff's vehicle at the time of the incident made the basis of this action.

13.    Fictitious parties 21-40, all of whose true names and legal identities are otherwise unknown to the Plaintiff, but who will be added by amendment when ascertained whether singular or plural, the person, firm, corporation or other entity who owned and/or controlled the motor vehicle being operated by Andrii Dmyterko and/or 1-20 at the time of the incident made the basis of this action.

14.    Fictitious parties 41-60, all of whose true names and legal identities are otherwise unknown to the Plaintiff, but who will be added by amendment when ascertained whether singular or plural, the person, firm, corporation or other entity who negligently and/or wantonly entrusted the motor vehicle involved in the incident made the basis of this suit to Andrii Dmyterko and/or 1-20.

15.    Fictitious parties 61-80, all of whose true names and legal identities are otherwise unknown to the Plaintiff, but who will be added by amendment when ascertained whether singular or plural, the person, firm, corporation or other entity that employed, retained, trained, monitored, hired, recruited, and/or supervised Andrii Dmyterko and/or 1-20 at the time of the incident made the basis of this action.

16.    Fictitious parties 81-100, all of whose true names and legal identities are otherwise unknown to the Plaintiff, but who will be added by amendment when ascertained, whether singular or plural, the person, firm, corporation or other entity, other than described above, whose negligence, wantonness, or other wrongful conduct contributed to cause the death of the Plaintiff's husband.

17.    Fictitious parties 101-120, all of whose true names and legal identities are otherwise unknown to the Plaintiff, but who will be added by amendment when ascertained, whether singular or plural, the persons, firms or corporations who designed, manufactured, marketed, sold, supplied, distributed, retailed or otherwise made available the Cascadia and their component parts involved in the incident made the basis of this action.

18.    Fictitious parties 121-140, all of whose true names and legal identities are otherwise unknown to the Plaintiff, but who will be added by amendment when ascertained, whether singular or plural, the persons, firms or corporations responsible for operation, control and/or selection of Cascadia and their component parts involved in the occurrence made the basis of this action.

19.    Fictitious parties 141-160, all of whose true names and legal identities are otherwise unknown to the Plaintiff, but who will be added by amendment when ascertained, whether singular or plural, the persons, firms or corporations responsible for designing, manufacturing, marketing, selling, supplying, distributing, retailing, warning adequately about or otherwise making available as safe the Cascadia for foreseeable uses on Alabama's roadways.

20.     Fictitious parties 161-180, all of whose true names and legal identities are otherwise unknown to the Plaintiff, but who will be added by amendment when ascertained, whether singular or plural, the persons, firms, or corporations responsible for and who did in fact assist or contribute in any way to the tortious conduct made the basis of this suit.

21.     Fictitious parties 181-200, all of whose true names and legal identities are otherwise unknown to the Plaintiff, but who will be added by amendment when ascertained whether singular or plural, the insurance company, firm, corporation, or other entity, who issued an insurance policy to Plaintiff, Plaintiff's decedent, or any other party, and/or who is otherwise liable under Alabama law for coverage of the incident made the basis of this action, whose true name and legal identity is otherwise unknown to Plaintiff but who will be substituted by amendment when ascertained.

22.     This Court has personal jurisdiction over Mercedes-Benz USA, LLC; Mercedes-Benz Group AG f/k/a Daimler AG; Daimler Truck North America, LLC f/ka Daimler Trucks North America LLC, f/k/a Freightliner LLC, and DAIMLER TRUCK HOLDING AG because, at all relevant times:

a.  These Defendants were transacting business in Alabama;

b.  These Defendants regularly do or solicit business, engage in any other persistent course of conduct, or derive substantial revenue from goods used or consumed or services rendered in Alabama.

c.  These Defendants contracted to supply services or things in Alabama; and

d.  These Defendants market directly to consumers, including in Alabama, that they can access licensed Mercedes/DTNA/Freightliner dealers, where they can service, maintain, and otherwise purchase trucks and trucking materials, supplies, and services for vehicles, including the subject truck, at the following Alabama locations, among others:

9

i.   Mercedes- Benz of Tuscaloosa
     3200 Skyland Blvd. E
     Tuscaloosa, AL 35405

ii.  Mercedes- Benz of Mobile
     3060 Dauphin Street
     Mobile, AL 36606

iii. Mercedes- Benz of Dothan
     2309 Ross Clark Circle.
     Dothan, AL 36301

iv.  Mercedes-Benz of Huntsville
     6520 University, Dr.
     Huntsville, Al 35806

v.   Jack Ingram Mercedes- Benz
     217 Eastern Blvd
     Montgomery, AL 36117

vi.  Mercedes- Benz of Birmingham
     750 Mercedes Way
     Irondale, AL 35210

vii. Mercedes- Benz U.S. International, Inc., Tuscaloosa, AL.
     1 Mercedes Drive
     Vance, AL 35490

viii. Alabama Freightliner, LLC
      5404 Reese Phifer Ave.
      Tuscaloosa, AL 35405

ix.  Birmingham Freightliner, LLC
     401 Daniel Payne Drive
     Birmingham, AL 35214

x.   Empire Truck Sales LLC (Mobile)
     2485 West I-65 Service Road North
     Mobile, AL 36612

xi.  Four Star Freightliner of Dothan
     1507 Reeves Street
     Dothan, AL 36303

xii. Four Star Freightliner of Georgiana
     200 Industrial Park Dr.

10

Georgiana, AL 36033

xiii.  Four Star Freightliner of Montgomery
3140 Haynesville Road
Montgomery, AL 36108

xiv.  Four Star Freightliner of Valley
1051 Four Star Drive
Valley, AL 36854

xv.  Love's Truck Care
1127 Tyson Road
Hope Hull, AL 36043

xvi.  Love's Truck Care
300 Arby Drive
Clanton, AL 35046

xvii.  Love's Truck Care
16101 Highway 84
Evergreen, AL 36401

xviii.  Love's Truck Care
2625 Kelly Creek Rd. S.
Moody, AL 35004

xix.  Love's Truck Care
3771 S. US Highway 231
Ozark, AL 36360

xx.  Love's Truck Care
905 Steele Station Road
Steele, AL 35987

xxi.  Love's Truck Care
2048 Highway 20
Tuscumbia, AL 35674

xxii.  Love's Truck Care
126 E. Flying K Road
Loxley, AL 36551

xxiii.  Love's Truck Care
7561 Mesopotamia Street
Eutaw, AL 35462

    xxiv.  Love's Truck Care
           8400 County Farm Road
           Irvington, AL 36544

    xxv.  Love's Truck Care
           431 Main Street
           Shorter, AL 36075

    xxvi.  Love's Truck Care
           2600 W I-65 Service Road N.
           Mobile, AL 36612

    xxvii.  Love's Truck Care
           83 Carl Cannon Blvd.
           Jasper, AL 35501

    xxviii.  Love's Truck Care
           64 E. Pike Road
           Falkville, AL 35622

    xxix.  Love's Truck Care
           1126 County Hwy 35
           Hamilton, AL 35570

    xxx.  Love's Truck Care
           22183 Highway 216
           McCalla, AL 35111

    xxxi.  Love's Truck Care
           6647 Highway 46
           Heflin, AL 36264

    xxxii.  Speedco
           3120 Buttermilk Road
           Cottondale, AL 35453

    xxxiii.  Velocity Truck Centers
           15151 SW Alabama 20
           Madison, AL 356756

23.    Defendant DTNA represents and advertises that, "At Freightliner, we're focused on your uptime, with hundreds of meticulously prepared service centers across North America, staffed by trained experts in both vehicle and customer service. When

12

you choose Freightliner, you are getting access to over 700 total service locations and the reliability of our dedicated support staff." *See*, https://www.freightliner.com/.

24.    "Freightliner Trucks is a division of Daimler Truck North America LLC, a Daimler company." *See, Id.*

25.    Defendants MBUSA, Mercedes/Daimler, DTNA, DTH and/or fictitious defendants 81-180;

i.    Are and have been engaged in the business of manufacturing, marketing, promoting, advertising, and selling automobiles and other products in the state of Alabama, throughout the United States, and elsewhere;

ii.    Systematically and continuously launch its products into the stream of commerce with the intention that those products get sold in Alabama;

iii.    Regularly does or solicits business, or engages in any other persistent course of conduct, or derives substantial revenue from goods or consumed in Alabama and services provided in Alabama;

iv.    Designed, manufactured, and distributed 2019 Freightliner Cascadia's identical to the vehicle made the basis of this suit to consumers in the state of Alabama, and as such, contemplated being a party to a lawsuit, either as a plaintiff or defendant in the state of Alabama judicial system;

v.    Created a distribution network into the state of Alabama, whereby, they have shipped numerous products;

vi.    Designed the subject 2019 Freightliner Cascadia and shipped these vehicles into Alabama;

vii.    Determine whether its products are defective and aids in the communication of such defects to Alabama dealers and consumers;

viii.    Gather data about product performance in Alabama, and elsewhere, and use that data to redesign its products.

26.    Maintaining suit against Defendants 4USCORP, MBUSA, Mercedes/Daimler, DTNA, DTH, ALFA,  Andrii Dmyterko, and/or fictitious defendants 1-

13

200 in Alabama does not offend traditional notions of fair play and substantial justice, and Defendants 4USCORP, MBUSA, Mercedes/Daimler, DTNA, DTH, ALFA, and/or fictitious defendants 1-200 should reasonably anticipate being hauled into court here, because Defendants and/or fictitious defendants 1-200 have the requisite minimum contacts with Alabama as described herein.

## GENERAL ALLEGATIONS

27.     On May 6, 2025, at approximately 11:51 A.M., Defendant Andrii Dmyterko and/or fictitious defendants 1-20, operating a 2019 Freightliner Cascadia, VIN #1FUJHHDR8KLJW9164, collided with stopped traffic at a controlled intersection on Highway 43 in Clarke County, Alabama.

28.     Plaintiff's Decedent, Woodie Earl Beck, III, suffered catastrophic injuries and died as a result of the crash.

29.     Decedent, Woodie Earl Beck, III, was issued a policy of insurance (Policy No. 19001111817) by ALFA that contained provisions for Uninsured Motorist coverage (UM) or Underinsured Motorist coverage (UIM), which was in full force and effect on the date of the above-referenced crash, and at all other material times herein.

30.     The 2019 Freightliner Cascadia was owned, operated, and dispatched by Defendant 4US CORP and/or fictitious defendants 21-80.

31.     At the time of the collision, Mr. Dmyterko and/or fictitious defendants 1-20 were operating the subject 2019 Freightliner Cascadia in the line and scope of their employment with 4USCorp and/or fictitious defendants 21-80.

32.     Defendants 4US CORP and/or fictitious defendants 21-80, at all times mentioned herein, were the employer(s) of Defendant, Andrii Dmyterko, and were

14

responsible for choosing the subject 2019 Freightliner Cascadia for the subject trip and for allowing Mr. Dmyterko and/or fictitious defendants 1-20 to operate it.

33.    Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, at all times mentioned herein, were engaged in the business of designing, manufacturing, testing, building, assembling, marketing, and distributing the subject 2019 Freightliner Cascadia.

34.    Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, at all times mentioned herein, designed, manufactured, tested, built, assembled, marketed, distributed, and placed into the stream of commerce the subject 2019 Freightliner Cascadia involved in the above-described accident.

35.    Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, at all times mentioned herein, designed, developed, and supplied the defective Crash Avoidance Technology ("CAT"), installed in the 2019 Freightliner Cascadia in a manner and condition so as to render it defective and unsafe for its intended use.

36.    The subject 2019 Freightliner Cascadia was not equipped with properly functioning and available collision-avoidance technology that would have prevented or mitigated this crash.

37.    The subject 2019 Freightliner Cascadia was sold and placed into service without proper, available collision-avoidance technology that would have prevented or mitigated this crash.

15

38.    Because the subject 2019 Freightliner Cascadia was not equipped with properly functioning and effective collision avoidance technology, it failed to provide timely warnings and braking, thereby causing a collision at increased crash severity.

39.    At the time the subject 2019 Freightliner Cascadia was designed, manufactured, marketed, distributed, and placed into the stream of commerce, Defendants MBUSA, Mercedes/Daimler, DTNA, DTH and/or fictitious defendants 81-180 had developed and had ready access to feasible, production-available collision-avoidance technologies including but not limited to forward-collision warning, adaptive cruise control, and automatic emergency braking that were practical for this make/model/year and would have warned of an impending collision, reduced closing speed, stopping distance, prevented the collision and impact forces involved; nevertheless, Defendants sold the subject vehicle without these reasonable properly functioning and effective safety components.

40.    Since at least 2015, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 have designed, manufactured, and sold tractors with safety systems capable of detecting obstacles, including moving and stopped vehicles, in a truck's path, designed to mitigate against, reduce the severity of, and avoid collisions with other vehicles on the roadway.

41.    Since at least 2015, Defendants MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 have designed, manufactured, and sold tractors with safety systems capable of providing a driver with an audible alarm and a visual warning if a driver got too close to another vehicle, designed to mitigate against, reduce the severity of, and potentially avoid collisions with other vehicles on the roadway.

16

42.    Since at least 2015, Defendants MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 have designed, manufactured, and sold tractors with safety systems capable of applying braking to stop a truck, designed to mitigate against, reduce the severity of, and avoid collisions with other vehicles on the roadway.

43.    Since at least 2015, Defendants MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 have designed, manufactured, and sold tractors with safety systems capable of interacting with and implementing braking systems, to mitigate against, reduce the severity of, and avoid collisions with other vehicles on the roadway.

44.    In 2016, Defendants MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 had properly functioning and effective camera and radar-based technology to help provide an audible alarm with a visual warning if a driver got too close to another vehicle, followed by partial braking, and finally full active braking, where the system slows a truck using the transmission, engine brake, and service brakes, designed to mitigate against, reduce the severity of, and avoid collisions with other vehicles on the roadway.

45.    The omission of a properly functioning and designed Detroit Assurance or a similar collision mitigation safety system on the subject 2019 Freightliner Cascadia Truck, which killed Woodie Earl Beck, III, rendered it unreasonably dangerous.

46.    Collision Avoidance Technology is meant to prevent and mitigate rear-end crashes between power units equipped with CAT systems and other vehicles on the road that are stopped or slowing.

47.    CAT technology is meant to intervene when the operator of a power unit fails to appreciate an impending collision with a stopped or slowing vehicle for any

17

reason. In the trucking industry, it is foreseeable that a commercial driver be prevented from appreciating an impending collision for several reasons, including, but not limited to, distraction, impaired visibility, weather conditions, or environmental conditions. Safety testing has revealed that properly working CAT systems eliminate most of these types of crashes and mitigate the severity of others.

48.    Despite knowing that the subject vehicle was defectively and unreasonably dangerous in design, Defendants MBSU, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, nevertheless continued to design, manufacture, assemble, and test the vehicle and its component systems, and to market and sell it to the public for use on public roadways and highways in a manner that was both intended and reasonably foreseeable.

## FIRST CAUSE OF ACTION
### (NEGLIGENCE – 4US CORP & ANDRII DMYTERKO)

Plaintiff Tiffany Andrews Beck, the Administratrix of the Estate of Woodie Earl Beck, III, deceased, alleges against Defendants 4US CORP, their driver, ANDRII DMYTERKO, fictitious defendants 1-180, as follows:

49.    Plaintiff realleges and incorporates the allegations contained in all prior paragraphs.

50.    On or about May 6, 2025, Defendant Andrii Dmyterko, driving for 4US Corp and operating the subject 2019 Freightliner Cascadia, negligently collided with lawfully stopped traffic southbound on Highway 13 in Thomasville, Alabama, at the intersection of South Industrial Park Road.  At the time of the collision, Mr. Dmyterko, and/or fictitious defendants 1-20, were operating the subject 2019 Freightliner Cascadia owned and/or controlled by Defendants 4US CORP and/or fictitious defendants 21-180.

18

51.    Defendant Andrii Dmyterko, and/or Fictitious Defendants 1–20, were operating the subject 2019 Freightliner Cascadia in an unsafe, dangerous, inattentive, negligent, and distracted manner, thereby causing the multi-vehicle collision.

52.    At all times relevant hereto, the subject 2019 Freightliner Cascadia and its component parts were negligently inspected, serviced, maintained, and/or repaired by the Defendant 4US CORP, and/or fictitious defendants 21-180.

53.    Defendants 4US CORP, and/or fictitious defendants 21-80, negligently employed, retained, trained, monitored, and/or supervised Defendant Andrii Dmyterko, and/or fictitious defendants 1-20, thereby contributing to the unsafe operation of the subject vehicle and the resulting fatal collision in one or more of the following respects:

a)    Negligently employing and/or retaining said Defendant as an operator of the subject 2019 Freightliner Cascadia owned and/or controlled by 4US CORP, fictitious defendants 21-100 and fictitious defendants 161-180;

b)    Negligently failing to educate, train, instruct, monitor and/or supervise said Defendant;

c)    Negligently failing to determine whether said Defendant was properly qualified to operate the subject 2019 Freightliner Cascadia owned and/or controlled by 4US CORP, fictitious defendants 21-100 and fictitious defendants 161-180;

d)    Negligently allowing an unqualified and/or incompetent driver to operate the subject 2019 Freightliner Cascadia owned and/or controlled by 4US CORP, fictitious defendants 21-100 and fictitious defendants 161-180;

e)    Negligently failing to provide adequate safety instruction (including, but not limited to, defensive driving instruction) to operators of Cascadia's owned and/or controlled by 4US CORP., fictitious defendants 21-100 and fictitious defendants 161-180; and

f)    Negligently allowing said Defendant to operate the subject 2019 Freightliner Cascadia owned and/or controlled by 4US

19

CORP, fictitious defendants 21-80, and fictitious defendants 161-180.

54.     The aforesaid acts and/or omissions of Defendants 4US CORP, their driver, ANDRII DMYTERKO, and/or fictitious defendants 1-180, were negligent and proximately resulted in the wrongful death of the Plaintiff's husband, Woodie Earl Beck, III.

55.     Pursuant to Ala. Code § 6-5-410, Plaintiff, as the duly appointed Personal Representative of the Estate of Woodie Earl Beck, III, claims damages for his wrongful death.

**WHEREFORE,** Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, demands judgment against 4US CORP, their driver, Andrii Dmyterko, and fictitious defendants 1-180, for punitive damages in excess of the minimum jurisdictional limits of this Court, plus interest and costs.

## SECOND CAUSE OF ACTION
### (WANTONESS – 4US CORP & ANDRII DMYTERKO)

Plaintiff Tiffany Andrews Beck, the Administratrix of the Estate of Woodie Earl Beck, III, deceased, alleges against Defendants 4US CORP, their driver, ANDRII DMYTERKO, and fictitious defendants 1-180, as follows:

56.     Plaintiff realleges and incorporates the allegations contained in all prior paragraphs.

57.     On or about May 6, 2025, Defendant Andrii Dmyterko, driving for 4US Corp and operating the subject 2019 Freightliner Cascadia, wantonly collided with lawfully stopped traffic southbound on Highway 13 in Thomasville, Alabama, at the intersection of South Industrial Park Road.  At the time of the collision, Mr. Dmyterko, and/or fictitious

20

defendants 1-20, were operating the subject 2019 Freightliner Cascadia owned and/or controlled by Defendants 4US CORP and/or fictitious defendants 21-180.

58.     Defendant Andrii Dmyterko, and/or Fictitious Defendants 1–20, were operating the subject 2019 Freightliner Cascadia in an unsafe, dangerous, inattentive, wanton, and distracted manner, thereby causing the multi-vehicle collision.

59.     At all times relevant hereto, the subject 2019 Freightliner Cascadia and its component parts were wantonly inspected, serviced, maintained, and/or repaired by the Defendant 4US CORP, and/or fictitious defendants 21-180.

60.     Defendants 4US CORP, and/or fictitious defendants 21-80, wantonly employed, retained, trained, monitored, and/or supervised Defendant Andrii Dmyterko, and/or fictitious defendants 1-20, thereby contributing to the unsafe operation of the subject 2019 Freightliner Cascadia Truck and the resulting fatal collision in one or more of the following respects:

g)     Wantonly employing and/or retaining said Defendant as an operator of the subject 2019 Freightliner Cascadia truck owned and/or controlled by 4US CORP, fictitious defendants 21-100, and fictitious defendants 161-180;

h)     Wantonly failing to educate, train, instruct, monitor, and/or supervise said Defendant;

i)     Wantonly failing to determine whether said Defendant was properly qualified to operate the subject 2019 Freightliner Cascadia truck owned and/or controlled by 4US CORP, fictitious defendants 21-100, and fictitious defendants 161-180.

j)     Wantonly allowing an unqualified and/or incompetent driver to operate the subject 2019 Freightliner Cascadia truck owned and/or controlled by 4US CORP, fictitious defendants 21-100, and fictitious defendants 161-180.

21

k)  Wantonly failing to provide adequate safety instruction (including, but not limited to, defensive driving instruction) to operators of Cascadia's owned and/or controlled by 4US CORP., fictitious defendants 21-100 and fictitious defendants 161-180; and

l)  Wantonly allowing said Defendant to operate the subject 2019 Freightliner Cascadia truck owned and/or controlled by 4US CORP, fictitious defendants 21-80, and fictitious defendants 161-180.

61.  The aforesaid acts and/or omissions of Defendants 4US CORP, their driver, ANDRII DMYTERKO, and/or fictitious defendants 1-180, were wanton and proximately resulted in the wrongful death of the Plaintiff's husband, Woodie Earl Beck, III.

62.  Pursuant to Ala. Code § 6-5-410, Plaintiff, as the duly appointed Personal Representative of the Estate of Woodie Earl Beck, III, claims damages for his wrongful death.

**WHEREFORE,** Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, demands judgment against 4US CORP, their driver, Andrii Dmyterko, and fictitious defendants 1-180, for punitive damages in excess of the minimum jurisdictional limits of this Court, plus interest and costs.

### THIRD CAUSE OF ACTION
### (NEGLIGENT ENTRUSTMENT – 4US CORP)

Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, alleges against Defendants 4US CORP, fictitious defendants 21-100, and fictitious defendants 161-180, as follows:

63.  Plaintiff realleges and incorporates the allegations contained in all prior paragraphs.

22

64.    Plaintiff avers that at the times and places set forth above, Defendants 4US CORP, fictitious defendants 21-100 and fictitious defendants 161-180, negligently entrusted said 2019 Freightliner Cascadia ruck to Defendant, Andrii Dmyterko, and/or fictitious defendants 1-20, and the wrongful death of Woodie Earl Beck, III was the proximate result of the negligence of said Defendants.

65.    Pursuant to Ala. Code § 6-5-410, Plaintiff, as the duly appointed Personal Representative of the Estate of Woodie Earl Beck, III, claims damages for his wrongful death.

**WHEREFORE,** Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, demands judgment against Defendants 4US CORP, and/or fictitious defendants 21-100 and fictitious defendants 161-180, for punitive damages in excess of the minimum jurisdictional limits of this Court, plus interest and costs.

## FOURTH CAUSE OF ACTION
### (WANTON ENTRUSTMENT – 4US CORP)

Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, alleges against Defendants 4US CORP, fictitious defendants 21-100, and fictitious defendants 161-180, as follows:

66.    Plaintiff realleges and incorporates the allegations contained in all prior paragraphs.

67.    Plaintiff avers that at the times and places set forth above, Defendants 4US CORP, fictitious defendants 21-100 and fictitious defendants 161-180, wantonly entrusted said 2019 Freightliner Cascadia truck to Defendant, Andrii Dmyterko, and/or

23

fictitious defendants 1-20, and the wrongful death of Woodie Earl Beck, III was the proximate result of the negligence of said Defendants.

68.    Pursuant to Ala. Code § 6-5-410, Plaintiff, as the duly appointed Personal Representative of the Estate of Woodie Earl Beck, III, claims damages for his wrongful death.

**WHEREFORE,** Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, demands judgment against Defendants 4US CORP, and/or fictitious defendants 21-100 and fictitious defendants 161-180, for punitive damages in excess of the minimum jurisdictional limits of this Court, plus interest and costs.

## FIFTH CAUSE OF ACTION
### (NEGLIGENCE – MBUSA, MERCEDES/DAIMLER, DTNA, DTH)

The Plaintiff, Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, alleges against Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, as follows:

69.    Plaintiff realleges and incorporates the allegations contained in all prior paragraphs.

70.    Defendants MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 were engaged in the business of designing, manufacturing, building, assembling, marketing, distributing, inspecting, and selling the subject 2019 Freightliner Cascadia truck.

71.    Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, negligently manufactured, assembled, built, inspected, distributed, and sold the subject 2019 Freightliner Cascadia truck involved in this action.

24

72.     On or about May 6, 2025, the subject 2019 Freightliner Cascadia and its component parts were being used for the purposes for which they were intended and, in a manner, reasonably foreseeable by Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180.

73.     Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 negligently designed, manufactured, built, assembled, marketed, inspected, distributed, and sold the subject 2019 Freightliner Cascadia truck in a manner and condition so as to render the subject vehicle defective and unsafe for its intended use.

74.     Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 knew or should have known that the 2019 Freightliner Cascadia would be used to transport drivers, passengers, and cargo and would reach the ultimate users or consumers in the condition that it was in at the time of the accident.

75.     The subject 2019 Freightliner Cascadia truck was defective when it left the possession of Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, and was expected to and did reach Defendants, 4US CORP, and fictitious defendants 21-100, without substantial change in its condition.

76.     The subject truck was not of merchantable quality, was unreasonably dangerous and defective, and was unfit and unsafe for the ordinary purposes for which it was intended and used.  Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180:

   a. Negligently failed to include a proper, adequate, and functioning safety system that could provide an audible alarm with a visual warning if a driver got too close to another vehicle, followed by partial braking, and finally full

25

active braking, where the system slows a truck using the transmission, engine brake, and service brakes.

b. Negligently failed to include a proper, adequate, and functioning safety system that could provide an audible alarm with a visual warning if a driver got too close to another vehicle, followed by partial braking, and finally full active braking, where the system slows a truck using the transmission, engine brake, and service brakes.

c. Possessed Detroit Assurance safety systems, which were capable of warning the defendant, driver, Andrii Dmyterko, and/or fictitious defendants 1-20, of the impending collision with the multiple vehicles stopped at the red traffic light, yet negligently failed to design, manufacture, or sell the subject truck with functioning safety systems.

d. Negligently failed to design, manufacture, and sell the subject truck without adequate and proper safety systems designed to mitigate against, reduce the severity of, and avoid collisions with other vehicles on the roadway.

e. Negligently failed to warn the driver, Defendant Andrii Dmyterko, and/or fictitious defendants 1-20, via the Detroit Assurance or a similar safety system, of the impending collision with the multiple vehicles stopped at the red traffic signal, including the Plaintiff's Decedent.

f. Negligently failed to warn the public that its 2019 model year heavy trucks, like the subject truck, were not installed with properly functioning Detroit Assurance or a similar safety system designed to mitigate against, reduce the severity of, and potentially avoid collisions with other vehicles on the roadway.

g. Negligently failed to track faults, warn, and recall products whose CAT was not operating properly and effectively to prevent collisions.

h. Negligently failed to warn potential customers and purchasers of Freightliner trucks of the failures of the Detroit Assurance system.

i. Negligently failed to recall or remedy the defective CAT system.

j. In the absence of properly functioning safety systems, the subject truck was unreasonably dangerous for its foreseeable and intended uses and other road users.

77. Defendants MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 had a duty, at the time of the design, manufacture, sale, and marketing

26

of the subject 2019 Freightliner Cascadia truck in question, to design, manufacture, market, sell, supply, distribute, assemble and/or retail it in a responsible and safe manner so as not to cause injury to members of the general public, such as the Plaintiff's husband.

78. The defective condition of the subject truck was the proximate cause, or a proximately contributing cause, of Woodie Earl Beck, III's catastrophic injuries and death.

79. Pursuant to Ala. Code § 6-5-410, Plaintiff, as the duly appointed Personal Representative of the Estate of Woodie Earl Beck, III, claims damages for his wrongful death.

**WHEREFORE,** Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, demands judgment against Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, for punitive damages in excess of the minimum jurisdictional limits of this Court, plus interest and costs.

**<u>SIXTH CAUSE OF ACTION</u>**
**(WANTONNESS – MBUSA, MERCEDES/DAIMLER, DTNA, DTH)**

The Plaintiff, Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, alleges against Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, as follows:

80. Plaintiff realleges and incorporates the allegations contained in all prior paragraphs.

81. Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 were engaged in the business of designing, manufacturing, building, assembling, marketing, distributing, inspecting, and selling the subject 2019 Freightliner Cascadia truck. Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious

27

defendants 81-180, wantonly manufactured, assembled, built, inspected, distributed, and sold the subject 2019 Freightliner Cascadia truck involved in this action.

82.     On or about May 6, 2025, the subject 2019 Freightliner Cascadia and its component parts were being used for the purposes for which they were intended and, in a manner, reasonably foreseeable by Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180.

83.     Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 wantonly designed, manufactured, built, assembled, marketed, inspected, distributed, and sold the subject 2019 Freightliner Cascadia truck in a manner and condition so as to render the subject vehicle defective and unsafe for its intended use.

84.     Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 knew or should have known that the 2019 Freightliner Cascadia would be used to transport drivers, passengers, and cargo and would reach the ultimate users or consumers in the condition that it was in at the time of the accident.

85.     The subject 2019 Freightliner Cascadia truck was defective when it left the possession of Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, and was expected to and did reach Defendants, 4US CORP, and fictitious defendants 21-100, without substantial change in its condition.

86.     The subject truck was not of merchantable quality, was unreasonably dangerous and defective, and was unfit and unsafe for the ordinary purposes for which it was intended and used.  Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180:

28

a. Wantonly failed to include a proper, adequate, and functioning safety system that could provide an audible alarm with a visual warning if a driver got too close to another vehicle, followed by partial braking, and finally full active braking, where the system slows a truck using the transmission, engine brake, and service brakes.

b. Wantonly failed to include a proper, adequate, and functioning safety system that could provide an audible alarm with a visual warning if a driver got too close to another vehicle, followed by partial braking, and finally full active braking, where the system slows a truck using the transmission, engine brake, and service brakes.

c. Possessed Detroit Assurance safety systems, which were capable of warning the defendant, driver, Andrii Dmyterko, and/or fictitious defendants 1-20, of the impending collision with the multiple vehicles stopped at the red traffic light, yet wantonly failed to design, manufacture, or sell the subject truck with functioning safety systems.

d. Wantonly failed to design, manufacture, and sell the subject truck without adequate and proper safety systems designed to mitigate against, reduce the severity of, and avoid collisions with other vehicles on the roadway.

e. Wantonly failed to warn the driver, Defendant Andrii Dmyterko, and/or fictitious defendants 1-20, via the Detroit Assurance or a similar safety system, of the impending collision with the multiple vehicles stopped at the red traffic signal, including the Plaintiff's Decedent.

f. Wantonly failed to warn the public that its 2019 model year heavy trucks, like the subject truck, were not installed with properly functioning Detroit Assurance or a similar safety system designed to mitigate against, reduce the severity of, and potentially avoid collisions with other vehicles on the roadway.

g. Wantonly failed to track faults and warn and recall products whose CAT was not operating properly and effectively to prevent collisions.

h. Wantonly failed to warn potential customers and purchasers of Freightliner trucks of the failures of the Detroit Assurance system.

i. Wantonly failed to recall or remedy the defective CAT system.

j. In the absence of properly functioning safety systems, the subject truck was unreasonably dangerous for its foreseeable and intended uses and other road users.

29

87.    Defendants MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 had a duty, at the time of the design, manufacture, sale, and marketing of the subject 2019 Freightliner Cascadia truck in question, to design, manufacture, market, sell, supply, distribute, assemble and/or retail it in a responsible and safe manner so as not to cause injury to members of the general public, such as the Plaintiff's husband.

88.    The defective condition of the subject truck was the proximate cause, or a proximately contributing cause, of Woodie Earl Beck, III's catastrophic injuries and death.

89.    Pursuant to Ala. Code § 6-5-410, Plaintiff, as the duly appointed Personal Representative of the Estate of Woodie Earl Beck, III, claims damages for his wrongful death.

**WHEREFORE,** Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, demands judgment against Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, for punitive damages in excess of the minimum jurisdictional limits of this Court, plus interest and costs.

## NINTH CAUSE OF ACTION
### (AEMLD – MBUSA, MERCEDES/DAIMLER, DTNA, DTH)

Plaintiff, Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, alleges Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, as follows:

90.    Plaintiff realleges and incorporates the allegations contained in all prior paragraphs.

91.    This action is brought pursuant to the Alabama Extended Manufacturers' Liability Doctrine.

92.    Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, at all times relevant hereto, designed, manufactured, marketed, sold, supplied, distributed, and/or retailed the 2019 Freightliner Cascadia and its safety system.

93.    Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 had a duty, at the time of the design, manufacture and marketing of the subject 2019 Freightliner Cascadia in question, to design, manufacture, market, sell, supply, distribute, assemble and/or retail it in a responsible and safe manner so as not to cause injury to members of the general public, such as the Plaintiff's husband.  This includes the duty to design the 2019 Freightliner Cascadia truck safely and to procure safe and suitable components for the 2019 Freightliner Cascadia truck.

94.    The Plaintiff further alleges that at the time the subject 2019 Freightliner 18-wheel tractor/trailer and/or its related component parts were designed, manufactured, marketed, sold, supplied, distributed, assembled, and/or retailed; they were in a defective and unreasonably dangerous condition and were not reasonably safe for their intended use.

95.    As a proximate consequence of the defective and unreasonably dangerous condition of the subject 2019 Freightliner Cascadia and/or its component parts as set forth above, the Plaintiff was caused to suffer the wrongful death of her husband, Woodie Earl Beck, III.

96.    Pursuant to Ala. Code § 6-5-410, Plaintiff, as the duly appointed Personal Representative of the Estate of Woodie Earl Beck, III, claims damages for his wrongful death.

31

**WHEREFORE,** Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, demands judgment against Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, for punitive damages in excess of the minimum jurisdictional limits of this Court, plus interest and costs.

## TENTH CAUSE OF ACTION
### (ALFA – UNINSURED OR UNDERINSURED MOTORIST COVERAGE)

141. Plaintiff realleges and incorporates the allegations contained in all prior paragraphs.

142. Defendant ALFA INSURANCE COMPANY issued a policy of insurance (Policy No. 19001111817) to Woodie Earl Beck, III, deceased, that contained provisions for Uninsured Motorist (UM) coverage and/or Underinsured Motorist coverage (UIM), and that was in full force and effect on the date of the above-referenced crash, and at all other material times hereto.

143. ALFA insured Woodie Earl Beck, III, deceased, in writing in a policy of uninsured and/or underinsured motorist coverage against loss, damage, injury, and other damages incurred as a result of an automobile accident which was the fault of a motorist who does not carry sufficient liability insurance to compensate Plaintiff.

144. In the incident alleged herein, Plaintiff Woodie Earl Beck, III was killed in an automobile accident which was the fault of an uninsured or underinsured motorist as defined in said policy.

**WHEREFORE,** Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, demands judgment against Defendant, ALFA, and/or

32

fictitious defendants 181-200, for punitive damages in accordance with the policy and in excess of the minimum jurisdictional limits of this Court, plus interest and costs.

Respectfully submitted,

**Attorneys for Plaintiff**

| **UTSEY & UTSEY** | **CUNNINGHAM BOUNDS, LLC** |
|---|---|
| */s/ J. Jefferson Utsey* | */s/ David S. Cain, Jr.* |
| J. JEFFERSON UTSEY (UTS002) | DAVID S. CAIN, JR. (CAI012) |
| E-mail: utseylaw@tds.net | DAVID G. WIRTES, JR. (WIR002) |
| 112 S. Mulberry Avenue | MARGARET J. UTSEY (UTS003) |
| Butler, AL 36904 | Post Office Box 66705 |
| T:  (205) 459-3791 | Mobile, Alabama  36660 |
| F: (205) 459-4479 | dsc@cunninghambounds.com |
| | dgw@cunninghambounds.com |
| | mju@cunninghambounds.com |
| | Telephone:  251-471-6191 |
| | Fax:  251-479-1031 |

**PLAINTIFF RESPECTFULLY DEMANDS A TRIAL BY JURY ON ALL CAUSES OF ACTION.**

*/s/ David S. Cain, Jr.*

**THE NEWLY ADDED DEFENDANTS MAYBE SERVED AS FOLLOWS:**

**4US CORP**
c/o Illia Malikovskyi,
21 Bailay Lane
Lake Zurich, IL 60047

**MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG**
Mercedesstraße 120
70372 Stuttgart, Untertürkheim, Germany

**MERCEDES-BENZ USA, LLC**

c/o CT Corporation System
2 North Jackson Street
Suite 605
Montgomery, AL 36104

**DAIMLER TRUCK NORTH AMERICA, LLC**

c/o CT Corporation System
2 North Jackson Street
Suite 605
Montgomery, AL 36104

**DAIMLER TRUCK HOLDING AG**

Mercedesstraße 120
70372 Stuttgart, Untertürkheim, Germany

**ALFA MUTUAL INSURANCE COMPANY**

c/o Angela L. Bradwell
2108 E South Blvd
Montgomery, AL 36116



AlaFile E-Notice

16-CV-2025-900118.00

To:  DAVID S CAIN JR.
     dsc@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following complaint was FILED on 10/6/2025 5:23:00 PM

Notice Date:      10/6/2025 5:23:00 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To: MERCEDES-BENZ GROUP AG F/K/A DAIMLER AG
MERCEDESSTRASSE 120
70372 STUTTGART
UNTERTRUKHEIM, GERMANY, AL, 00000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following complaint was FILED on 10/6/2025 5:23:00 PM

Notice Date:      10/6/2025 5:23:00 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  DAIMLER TRUCK HOLDING AG
     MERCEDESSTRASSE 120
     70372 STUTTGART
     UNTERTRUKHEIM, GERMANY, AL, 00000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following complaint was FILED on 10/6/2025 5:23:00 PM

Notice Date:    10/6/2025 5:23:00 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  4US CORP
C/O ILLIA MALIKOVSKYI
21 BAILAY LANE
LAKE ZURICH, IL, 60047

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following complaint was FILED on 10/6/2025 5:23:00 PM

Notice Date:       10/6/2025 5:23:00 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  DAIMLER TRUCK NORTH AMERICA, LLC
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following complaint was FILED on 10/6/2025 5:23:00 PM

Notice Date:        10/6/2025 5:23:00 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  ALFA MUTUAL INSURANCE COMPANY
     C/O ANGELA L. BRADWELL
     2108 E SOUTH BLVD
     MONTGOMERY,, AL, 36116

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following complaint was FILED on 10/6/2025 5:23:00 PM

Notice Date:      10/6/2025 5:23:00 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  MERCEDES-BENZ USA, LLC
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following complaint was FILED on 10/6/2025 5:23:00 PM

Notice Date:     10/6/2025 5:23:00 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:   UTSEY JOHN JEFFERSON
      utseylaw3@tds.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following complaint was FILED on 10/6/2025 5:23:00 PM

Notice Date:      10/6/2025 5:23:00 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  UTSEY MARGARET JULIANNA
     mju@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following complaint was FILED on 10/6/2025 5:23:00 PM

Notice Date:     10/6/2025 5:23:00 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



## AlaFile E-Notice

16-CV-2025-900118.00

To: WIRTES DAVID GEORGE JR.
dgw@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following complaint was FILED on 10/6/2025 5:23:00 PM

Notice Date: 10/6/2025 5:23:00 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:   TISDALE AUDREY CHALEA
      chalea@equalizingjustice.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following complaint was FILED on 10/6/2025 5:23:00 PM

Notice Date:      10/6/2025 5:23:00 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:   POTTS CHARLES JOSEPH
       cpotts@pottslawyer.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following complaint was FILED on 10/6/2025 5:23:00 PM

Notice Date:     10/6/2025 5:23:00 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2024 | SUMMONS<br>- CIVIL - | Court Case Number<br>16-CV-2025-900118.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA COUNTY, ALABAMA
### TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I

**NOTICE TO:** MERCEDES-BENZ GROUP AG F/K/A DAIMLER AG, MERCEDESSTRASSE 120 70372 STUTTGART, UNTERTRUKHEIM, GERMANY, AL 00000

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID S CAIN JR.                                                                                    ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66705, MOBILE, AL 36660                                    .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of
pursuant to the Alabama Rules of the Civil Procedure.                                    *[Name(s)]*

| 10/06/2025 | /s/ SUMMER SCRUGGS PADGETT | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐    Return receipt of certified mail received in this office on                                    .

*(Date)*

*Personal/Authorized*

☐    I certify that I personally delivered a copy of this Summons and the Complaint or other document to
                            in                            County, Alabama on                            .

*(First and Last Name of Person Served)*                    *(Name of County)*                    *(Date)*

Document left:

☐    with above-named Defendant;

☐    with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐    at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐    I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

☐    I certify that service of process of this Summons and the Complaint or other document was refused by
                            in                            County, Alabama on                            who is:

*(First and Last Name of Person Served)*                    *(Name of County)*                    *(Date)*

☐    the above-named Defendant;

☐    an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐    As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*                    *(Server's Signature)*                    *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*                    *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*                    *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2024 | SUMMONS<br>- CIVIL - | Court Case Number<br>16-CV-2025-900118.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA COUNTY, ALABAMA**
**TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I**

**NOTICE TO:** DAIMLER TRUCK HOLDING AG, MERCEDESSTRASSE 120 70372 STUTTGART, UNTERTRUKHEIM, GERMANY, AL 00000

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
DAVID S CAIN JR.                                                                                                  ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66705, MOBILE, AL 36660                               .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.                                    *[Name(s)]*

| 10/06/2025 | /s/ SUMMER SCRUGGS PADGETT | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
_____ in _____ County, Alabama on _____ .
*(First and Last Name of Person Served)*         *(Name of County)*                              *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
_____ in _____ County, Alabama on _____ who is:
*(First and Last Name of Person Served)*         *(Name of County)*                              *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| | | |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

**State of Alabama**
**Unified Judicial System**
**Form C-34   Rev. 4/2024**

**SUMMONS**
**- CIVIL -**

**Court Case Number**
16-CV-2025-900118.00

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA COUNTY, ALABAMA
## TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I

**NOTICE TO:** 4US CORP, C/O ILLIA MALIKOVSKYI 21 BAILAY LANE, LAKE ZURICH, IL 60047

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
DAVID S CAIN JR.                                                                ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66705, MOBILE, AL 36660                        .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of

OF WOODIE EARL BECK, III, DECEASED TIFFANY A. BECK

pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 10/06/2025 | /s/ SUMMER SCRUGGS PADGETT | By: |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ DAVID S CAIN JR.
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
_____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |

| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |

| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| **State of Alabama**<br>**Unified Judicial System**<br>**Form C-34   Rev. 4/2024** | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>16-CV-2025-900118.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA COUNTY, ALABAMA
### TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I

**NOTICE TO:** DAIMLER TRUCK NORTH AMERICA, LLC, C/O CT CORPORATION SYSTEM 2 N JACKSON ST, STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
DAVID S CAIN JR.                                                                                      ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66705, MOBILE, AL 36660                                 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of
pursuant to the Alabama Rules of the Civil Procedure.

OF WOODIE EARL BECK, III, DECEASED TIFFANY A. BECK

*[Name(s)]*

| 10/06/2025 | /s/ SUMMER SCRUGGS PADGETT | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ DAVID S CAIN JR.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on                                          .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

_____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*   *(Name of County)*                                *(Date)*

Document left:

  ☐ with above-named Defendant;

  ☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

  ☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*   *(Name of County)*                                *(Date)*

  ☐ the above-named Defendant;

  ☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|

| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
|---|---|---|

| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |
|---|---|---|

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2024 | SUMMONS<br>- CIVIL - | Court Case Number<br>16-CV-2025-900118.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA COUNTY, ALABAMA**
**TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I**

**NOTICE TO:** ALFA MUTUAL INSURANCE COMPANY, C/O ANGELA L. BRADWELL 2108 E SOUTH BLVD, MONTGOMERY,, AL 36116

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID S CAIN JR.
,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66705, MOBILE, AL 36660 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of

OF WOODIE EARL BECK, III, DECEASED TIFFANY A. BECK

pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 10/06/2025 | /s/ SUMMER SCRUGGS PADGETT | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ DAVID S CAIN JR.

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

☐ Return receipt of certified mail received in this office on .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

in County, Alabama on .

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

in County, Alabama on who is:

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2024 | SUMMONS<br>- CIVIL - | Court Case Number<br>16-CV-2025-900118.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA COUNTY, ALABAMA
### TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I

**NOTICE TO:** MERCEDES-BENZ USA, LLC, C/O CT CORPORATION SYSTEM 2 N JACKSON ST, STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
DAVID S CAIN JR.
,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66705, MOBILE, AL 36660 .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of

OF WOODIE EARL BECK, III, DECEASED TIFFANY A. BECK
*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/06/2025 | /s/ SUMMER SCRUGGS PADGETT | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ DAVID S CAIN JR.
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on .
*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
_____ in _____ County, Alabama on _____ .
*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
_____ in _____ County, Alabama on _____ who is:
*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|

| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
|---|---|---|

| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |
|---|---|---|

ELECTRONICALLY FILED
10/14/2025 9:25 AM
16-CV-2025-900118.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

| | | |
|---|---|---|
| **State of Alabama**<br>**Unified Judicial System**<br>**Form C-34   Rev. 4/2024** | **SUMMONS**<br><br>**- CIVIL -** | **C**<br>1 |

### IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA CO
### TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I

**NOTICE TO:** MERCEDES-BENZ USA, LLC, C/O CT CORPORATION SYSTEM 2 N JACKSON ST, STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID S CAIN JR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66705, MOBILE, AL 36660 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of

OF WOODIE EARL BECK, III, DECEASED TIFFANY A. BECK

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/06/2025 | /s/ SUMMER SCRUGGS PADGETT | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ DAVID S CAIN JR.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☒ Return receipt of certified mail received in this office on    10/13/25 (see attached US Certified Mail return receipt) .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

_____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*   *(Name of County)*   *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*   *(Name of County)*   *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| | | |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | **Service Return Copy** |



# UNITED STATES
# POSTAL SERVICE™

Date Produced: 10/13/2025

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8336 7339 33. Our records indicate that this item was delivered on 10/10/2025 at 07:35 a.m. in MONTGOMERY, AL 36104. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

MERCEDES-BENZ USA LLC
C/O: CT CORPORATION SYSTEM
2 N JACKSON ST
STE 605
MONTGOMERY AL 36104-3821

Customer Reference Number:        C6259441.38120294

Return Reference Number          25168 - Beck



**Return address:**

CUNNINGHAM BOUNDS
PO BOX 66705
MOBILE AL 36660

**Recipient address:**

MERCEDES-BENZ USA LLC
C/O: CT CORPORATION SYSTEM
2 N JACKSON ST
STE 605
MONTGOMERY AL 36104-3821

MAILING DATE: 10/06/2025
DELIVERY DATE: 10/10/2025



USPS CERTIFIED MAIL

9214 8901 9403 8336 7339 33

**USPS Tracking Label Number:  9214 8901 9403 8336 7339 33**

| USPS Tracking History | Location | Date / Time |
|---|---|---|
| PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | MOBILE,AL 36604 | 10/06/2025 17:59 |
| ORIGIN ACCEPTANCE | MOBILE,AL 36604 | 10/08/2025 07:25 |
| PROCESSED THROUGH USPS FACILITY | MOBILE AL DISTRIBUTION CENTER 36619 | 10/08/2025 08:40 |
| PROCESSED THROUGH USPS FACILITY | MONTGOMERY AL DISTRIBUTION CENT 36119 | 10/09/2025 13:18 |
| PROCESSED THROUGH USPS FACILITY | MONTGOMERY AL DISTRIBUTION CENT 36119 | 10/10/2025 01:34 |
| ARRIVAL AT UNIT | MONTGOMERY,AL 36104 | 10/10/2025 05:54 |
| DELIVERED INDIVIDUAL PICKED UP AT PO | MONTGOMERY,AL 36104 | 10/10/2025 07:35 |

ATTORNEY INITIALS:  DSC/MMS

ELECTRONICALLY FILED
10/14/2025 9:27 AM
16-CV-2025-900118.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2024 | SUMMONS<br>- CIVIL - | |
|---|---|---|

**IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA CO...**
**TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I**

**NOTICE TO:** DAIMLER TRUCK NORTH AMERICA, LLC, C/O CT CORPORATION SYSTEM 2 N JACKSON ST, STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID S CAIN JR.                                                                    ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66705, MOBILE, AL 36660                          .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of

OF WOODIE EARL BECK, III, DECEASED TIFFANY A. BECK

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/06/2025 | /s/ SUMMER SCRUGGS PADGETT | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.       /s/ DAVID S CAIN JR.

*(Plaintiff's/Attorney's Signature)*

---

**RETURN ON SERVICE**

*Certified Mail*

☒ Return receipt of certified mail received in this office on    10/13/25 (see attached US Certified Mail return receipt)

*(Date)*

---

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

_____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*     *(Name of County)*                     *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

---

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*     *(Name of County)*                     *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

---

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | **Service Return Copy** |



**UNITED STATES**
**POSTAL SERVICE**™

Date Produced: 10/13/2025

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8336 7339 57. Our records indicate that this item was delivered on 10/10/2025 at 07:35 a.m. in MONTGOMERY, AL 36104. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

DAIMLER TRUCK NORTH AMERICA LLC
C/O: CT CORPORATION SYSTEM
2 N JACKSON ST
STE 605
MONTGOMERY AL 36104-3821

Customer Reference Number:        C6259441.38120295

Return Reference Number           25168 - Beck



**Return address:**

CUNNINGHAM BOUNDS
PO BOX 66705
MOBILE AL 36660

**Recipient address:**

DAIMLER TRUCK NORTH AMERICA LLC
C/O: CT CORPORATION SYSTEM
2 N JACKSON ST
STE 605
MONTGOMERY AL 36104-3821

MAILING DATE: 10/06/2025
DELIVERY DATE: 10/10/2025



USPS CERTIFIED MAIL

9214 8901 9403 8336 7339 57

## USPS Tracking Label Number:  9214 8901 9403 8336 7339 57

| USPS Tracking History | Location | Date / Time |
|---|---|---|
| PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | MOBILE,AL 36604 | 10/06/2025 17:59 |
| ORIGIN ACCEPTANCE | MOBILE,AL 36604 | 10/08/2025 07:25 |
| PROCESSED THROUGH USPS FACILITY | MOBILE AL DISTRIBUTION CENTER 36619 | 10/08/2025 08:40 |
| PROCESSED THROUGH USPS FACILITY | MONTGOMERY AL DISTRIBUTION CENT 36119 | 10/09/2025 13:18 |
| PROCESSED THROUGH USPS FACILITY | MONTGOMERY AL DISTRIBUTION CENT 36119 | 10/10/2025 01:34 |
| ARRIVAL AT UNIT | MONTGOMERY,AL 36104 | 10/10/2025 05:54 |
| DELIVERED INDIVIDUAL PICKED UP AT PO | MONTGOMERY,AL 36104 | 10/10/2025 07:35 |

ATTORNEY INITIALS:  DSC/MMS



AlaFile E-Notice

16-CV-2025-900118.00

To:  DAVID S CAIN JR.
     dsc@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:25:44
AM

Notice Date:    10/14/2025 9:25:44 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  4US CORP (PRO SE)
C/O ILLIA MALIKOVSKYI
21 BAILAY LANE
LAKE ZURICH, IL, 60047-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:25:44 AM

Notice Date:     10/14/2025 9:25:44 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  MERCEDES-BENZ GROUP AG F/K/A DAIMLER AG (PRO SE)
MERCEDESSTRASSE 120
70372 STUTTGART
UNTERTRUKHEIM,, AL, 00000-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:25:44
AM

Notice Date:    10/14/2025 9:25:44 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363

AlaFile E-Notice

16-CV-2025-900118.00

To:  MERCEDES-BENZ USA, LLC (PRO SE)
     C/O CT CORPORATION SYSTEM
     2 N JACKSON ST, STE 605
     MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:25:44
AM

Notice Date:     10/14/2025 9:25:44 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  DAIMLER TRUCK NORTH AMERICA, LLC (PRO SE)
     C/O CT CORPORATION SYSTEM
     2 N JACKSON ST, STE 605
     MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:25:44
AM

Notice Date:     10/14/2025 9:25:44 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:   DAIMLER TRUCK HOLDING AG (PRO SE)
MERCEDESSTRASSE 120
70372 STUTTGART
UNTERTRUKHEIM,, AL, 00000-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:25:44
AM

Notice Date:      10/14/2025 9:25:44 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  ALFA MUTUAL INSURANCE COMPANY (PRO SE)
C/O ANGELA L. BRADWELL
2108 E SOUTH BLVD
MONTGOMERY,, AL, 36116-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:25:44
AM

Notice Date:        10/14/2025 9:25:44 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  UTSEY JOHN JEFFERSON
     utseylaw3@tds.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:25:44
AM

Notice Date:        10/14/2025 9:25:44 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



**AlaFile E-Notice**

16-CV-2025-900118.00

To:  UTSEY MARGARET JULIANNA
     mju@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:25:44
AM

Notice Date:      10/14/2025 9:25:44 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  WIRTES DAVID GEORGE JR.
     dgw@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:25:44
AM

Notice Date:      10/14/2025 9:25:44 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  TISDALE AUDREY CHALEA
     chalea@equalizingjustice.com

## NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:25:44
AM

Notice Date:        10/14/2025 9:25:44 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  POTTS CHARLES JOSEPH
cpotts@pottslawyer.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:25:44 AM

Notice Date:      10/14/2025 9:25:44 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



**AlaFile E-Notice**

16-CV-2025-900118.00

To:   DAVID S CAIN JR.
      dsc@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:25:44
AM

Notice Date:      10/14/2025 9:25:44 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:    DAVID S CAIN JR.
       dsc@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:27:36
AM

Notice Date:      10/14/2025 9:27:36 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  4US CORP (PRO SE)
     C/O ILLIA MALIKOVSKYI
     21 BAILAY LANE
     LAKE ZURICH, IL, 60047-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:27:36
AM

Notice Date:       10/14/2025 9:27:36 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  MERCEDES-BENZ GROUP AG F/K/A DAIMLER AG (PRO SE)
MERCEDESSTRASSE 120
70372 STUTTGART
UNTERTRUKHEIM,, AL, 00000-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:27:36
AM

Notice Date:      10/14/2025 9:27:36 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  MERCEDES-BENZ USA, LLC (PRO SE)
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:27:36
AM

Notice Date:     10/14/2025 9:27:36 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To: DAIMLER TRUCK NORTH AMERICA, LLC (PRO SE)
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:27:36
AM

Notice Date:    10/14/2025 9:27:36 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  DAIMLER TRUCK HOLDING AG (PRO SE)
MERCEDESSTRASSE 120
70372 STUTTGART
UNTERTRUKHEIM,, AL, 00000-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:27:36
AM

Notice Date:      10/14/2025 9:27:36 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To: ALFA MUTUAL INSURANCE COMPANY (PRO SE)
C/O ANGELA L. BRADWELL
2108 E SOUTH BLVD
MONTGOMERY,, AL, 36116-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:27:36
AM

Notice Date:      10/14/2025 9:27:36 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  UTSEY JOHN JEFFERSON
     utseylaw3@tds.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:27:36
AM

Notice Date:        10/14/2025 9:27:36 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:   UTSEY MARGARET JULIANNA
      mju@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:27:36
AM

Notice Date:      10/14/2025 9:27:36 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  WIRTES DAVID GEORGE JR.
     dgw@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:27:36
AM

Notice Date:      10/14/2025 9:27:36 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  TISDALE AUDREY CHALEA
chalea@equalizingjustice.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:27:36
AM

Notice Date:       10/14/2025 9:27:36 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363

AlaFile E-Notice

16-CV-2025-900118.00

To:  POTTS CHARLES JOSEPH
cpotts@pottslawyer.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:27:36
AM

Notice Date:     10/14/2025 9:27:36 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To: DAVID S CAIN JR.
dsc@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/14/2025 9:27:36
AM

Notice Date:     10/14/2025 9:27:36 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363

ELECTRONICALLY FILED
10/20/2025 10:29 AM
16-CV-2025-900118.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

| | | |
|---|---|---|
| TIFFANY ANDREWS BECK as Administratrix of THE ESTATE OF WOODIE EARL BECK, III, deceased, | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | CASE NO.:  CV-2025-900118 |
| 4US CORP; MERCEDES-BENZ USA, LLC; MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG; DAIMLER TRUCK NORTH AMERICA, LLC f/k/a DAIMLER TRUCKS NORTH AMERICA LLC, f/k/a FREIGHTLINER LLC; DAIMLER TRUCK HOLDING AG; ALFA MUTUAL INSURANCE COMPANY; ANDRII DMYTERKO; *et al.,* | * * * * * * * * * * * * | |
| Defendants. | * | |

### DEFENDANT, ANDRII DMYTERKO'S, ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Comes now, Defendant, ANDRII DMYTERKO, by and through undersigned counsel, and, without waiver of his 5th Amendment Rights under the U.S. Constitution and Section 6 of the Alabama Constitution against self-incrimination, hereby responds to Plaintiff's First Amended Complaint as follows:

### ADMISSIONS AND DENIALS

Defendant Dmyterko denies the material allegations in Plaintiff's First

Amended Complaint and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendant Dmyterko pleads the doctrine of intervening of superseding cause. He reserves all rights to amend his answer and affirmative defenses should the facts indicate that such defenses should be pleaded.

### SECOND AFFIRMATIVE DEFENSE

Defendant Dmyterko pleads sudden emergency doctrine.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's alleged injuries and damages were proximately caused by the acts or omissions of some party other than Defendant Dmyterko; therefore, Plaintiff cannot recover.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claim of punitive damages violates the Fourth, Fifth, Sixth, and Fourteenth Amendments of the Constitution of the United States, and Article I Section 6 of the Constitution of Alabama, on the following grounds:

a.    It is in violation of the Due Process and Equal Protection Clauses of the Fourteenth Amendment of the United States Constitution to impose punitive damages, which are penal in nature, against civil defendants upon the plaintiff's satisfying a burden of proof which is less than the "beyond a reasonable doubt" burden of proof required in criminal cases;

b.    The procedures pursuant to which punitive damages are awarded may result in the award of joint and several judgments against multiple

defendants for different alleged acts of wrongdoing, which infringes the Due Process and Equal Protection Clauses of the Fourteenth Amendment of the United States Constitution;

c.      The procedures pursuant to which punitive damages are awarded fail to provide a reasonable limit on the amount of the award against defendants, which thereby violates the Due Process and Equal Protection Clauses of the Fourteenth Amendment of the United States Constitution;

d.      The procedures pursuant to which punitive damages are awarded fail to provide specific standards, or provides vague or insufficient standards, for the amount of the award of punitive damages which thereby violates the Due Process Clause of the Fourteenth Amendment of the United States Constitution;

e.      The procedures pursuant to which punitive damages are awarded result in the imposition of different penalties for the same or similar acts and, thus, violate the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution;

f.      The procedures pursuant to which punitive damages are awarded permit the imposition of punitive damages in excess of the maximum criminal fine for the same or similar conduct, which thereby infringes the Due Process Clause of the Fifth and Fourteenth Amendments and the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution;

g.      The procedures pursuant to which punitive damages are awarded fail to require that an award of punitive damages be proportioned, or bear a reasonable relationship, to the actual harm incurred.

h.      The procedures pursuant to which punitive damages are awarded fail to provide mitigating factors for the jury's consideration in awarding punitive damages.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claim of punitive damages violates the Due Process Clause of Article I, Section 6 of the Constitution of Alabama on the following grounds:

a.      It is a violation of the Due Process Clause to impose punitive

damages, which are penal in nature, upon civil defendants upon the plaintiff's satisfying a burden of proof less than the "beyond a reasonable doubt" burden of proof required in criminal cases;

b.    The procedures pursuant to which punitive damages are awarded fail to provide a limit on the amount of the award against the defendants;

c.    The procedures pursuant to which punitive damages are awarded are unconstitutionally vague;

d.    The procedures pursuant to which punitive damages are awarded fail to provide specific standards for the amount of the award of punitive damages; and

e.    The award of punitive damages in this case constitutes a deprivation of property without due process of law.

## SIXTH AFFIRMATIVE DEFENSE

The award of punitive damages to the Plaintiff in this action would constitute a deprivation of property without due process of law required under the Fifth and Fourteenth Amendments of the United States Constitution and Article I, Section 6 of the Alabama Constitution.

## SEVENTH AFFIRMATIVE DEFENSE

The award of punitive damages against this Defendant in this action would violate the prohibition against laws that impair the obligations of contracts in violation of Article I, Section 22 of the Constitution of Alabama.

## EIGHTH AFFIRMATIVE DEFENSE

The procedures pursuant to which punitive damages are awarded permit the imposition of punitive damages in excess of the amount established by the legislature

under Ala. Code Section 27-1-17 (1975), in violation of the Due Process Clause of the Fifth and Fourteenth Amendments of the U.S. Constitution and Article I, Section 6, of the Alabama Constitution.

## NINTH AFFIRMATIVE DEFENSE

Defendant Dmyterko pleads all rights against self-incrimination under the 5th Amendment to the U.S. Constitution and Section 6 of the Constitution of the State of Alabama.

Respectfully submitted on October 20, 2025.

/s/ Charles J. Potts
CHARLES J. POTTS (POT007)
*cpotts@pottslawyer.com*
CHALEA TISDALE (TIS003)
*chalea@epualizingjustice.com*

Attorneys for Defendant, Andrii Dmyterko

OF COUNSEL:

**CHARLES J. POTTS LLC**
P.O. Box 1005
Mobile, Alabama 36633
T: 251-753-9725

**THE HERNANDEZ & ASSOCIATES FIRM**
1856 Airport Boulevard
Mobile, Alabama 36606
T:  251-479-1477
F: 251-650-3843

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this the 20th day of October 2025, served a copy of the foregoing answer upon all counsel of record at the email addresses listed below by electronic notice of this Court's Alafile online filing system and upon *pro se* Defendants at the street addresses below by depositing same in the U.S. Mail, appropriate postage paid:

Attorneys for Plaintiff:

J. Jefferson Utsey, Esq.
*utseylaw@tds.com*
UTSEY & UTSEY
112 S. Mulberry Avenue
Butler, Alabama  36904

David S. Cain, Esq.
*dsc@cunninghambounds.com*
David G. Wirtes, Jr., Esq.
*dgw@cunninghambounds.com*
Margaret J. Utsey, Esq.
*mju@cunninghambounds.com*
CUNNINGHAM BOUNDS, LLC
P.O. Box 66705
Mobile, Alabama  36660

*Pro se* Defendants:

Mercedes-Benz Group AG
Mercedesstraße 120
70372 Stuttgart, Untertürkheim, Germany

Mercedes-Benz USA, LLC
C/o CT Corporation System
2 N. Jackson Street, Ste. 605
Montgomery, AL  36104

Daimler Truck North America, LLC
C/o CT Corporation System
2 N. Jackson Street, Ste. 605

Montgomery, AL  36104

Daimler Truck Holding AG
Mercedesstraße 120
70372 Stuttgart, Untertürkheim, Germany

Alfa Mutual Insurance Company
C/o Angela L. Bradwell
2108 E. South Blvd.
Montgomery, AL  36116

/s/Charles J. Potts
OF COUNSEL



AlaFile E-Notice

16-CV-2025-900118.00

To:  CHARLES JOSEPH POTTS
     cpotts@pottslawyer.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following answer was FILED on 10/20/2025 10:29:42 AM

Notice Date:     10/20/2025 10:29:42 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



## AlaFile E-Notice

16-CV-2025-900118.00

To: 4US CORP (PRO SE)
C/O ILLIA MALIKOVSKYI
21 BAILAY LANE
LAKE ZURICH, IL, 60047-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following answer was FILED on 10/20/2025 10:29:42 AM

Notice Date:      10/20/2025 10:29:42 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



## AlaFile E-Notice

16-CV-2025-900118.00

To: MERCEDES-BENZ GROUP AG F/K/A DAIMLER AG (PRO SE)
MERCEDESSTRASSE 120
70372 STUTTGART
UNTERTRUKHEIM,, AL, 00000-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following answer was FILED on 10/20/2025 10:29:42 AM

Notice Date:        10/20/2025 10:29:42 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  MERCEDES-BENZ USA, LLC (PRO SE)
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following answer was FILED on 10/20/2025 10:29:42 AM

Notice Date:     10/20/2025 10:29:42 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  DAIMLER TRUCK NORTH AMERICA, LLC (PRO SE)
     C/O CT CORPORATION SYSTEM
     2 N JACKSON ST, STE 605
     MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following answer was FILED on 10/20/2025 10:29:42 AM

Notice Date:      10/20/2025 10:29:42 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  DAIMLER TRUCK HOLDING AG (PRO SE)
MERCEDESSTRASSE 120
70372 STUTTGART
UNTERTRUKHEIM,, AL, 00000-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following answer was FILED on 10/20/2025 10:29:42 AM

Notice Date:     10/20/2025 10:29:42 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  ALFA MUTUAL INSURANCE COMPANY (PRO SE)
     C/O ANGELA L. BRADWELL
     2108 E SOUTH BLVD
     MONTGOMERY,, AL, 36116-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following answer was FILED on 10/20/2025 10:29:42 AM

Notice Date:    10/20/2025 10:29:42 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



## AlaFile E-Notice

16-CV-2025-900118.00

To:  CAIN DAVID STEVEN JR.
dsc@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following answer was FILED on 10/20/2025 10:29:42 AM

Notice Date:      10/20/2025 10:29:42 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  UTSEY JOHN JEFFERSON
     utseylaw3@tds.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following answer was FILED on 10/20/2025 10:29:42 AM

Notice Date:     10/20/2025 10:29:42 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  UTSEY MARGARET JULIANNA
      mju@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following answer was FILED on 10/20/2025 10:29:42 AM

Notice Date:      10/20/2025 10:29:42 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  WIRTES DAVID GEORGE JR.
     dgw@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following answer was FILED on 10/20/2025 10:29:42 AM

Notice Date:     10/20/2025 10:29:42 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  TISDALE AUDREY CHALEA
     chalea@equalizingjustice.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following answer was FILED on 10/20/2025 10:29:42 AM

Notice Date:    10/20/2025 10:29:42 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363

ELECTRONICALLY FILED
10/28/2025 9:36 AM
16-CV-2025-900118.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

| | | |
|---|---|---|
| TIFFANY ANDREWS BECK, as Administratrix of THE ESTATE OF WOODIE EARL BECK, III, deceased | * * * * | |
| Plaintiff, | * * | CIVIL ACTION NO.: |
| v. | * * | 16-CV-2025-900118 |
| ANDRII DMYTERKO, | * * | |
| Defendant. | * * * | |

---

## FIRST AMENDED COMPLAINT

---

Plaintiff respectfully amends her complaint in this action to conform to the facts and evidence, such that the Complaint shall read in its entirety as follows:

| | | |
|---|---|---|
| **TIFFANY ANDREWS BECK, as Administratrix of THE ESTATE OF WOODIE EARL BECK, III, deceased** | * * * * | |
| Plaintiff, | * * | **CIVIL ACTION NO.:** |
| v. | * * | **16-CV-2025-900118** |
| **4US CORP; MERCEDES-BENZ USA, LLC; MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG; DAIMLER TRUCK NORTH AMERICA, LLC f/k/a DAIMLER TRUCKS NORTH AMERICA LLC, f/k/a FREIGHTLINER LLC; DAIMLER TRUCK HOLDING AG; ALFA MUTUAL INSURANCE COMPANY; ANDRII DMYTERKO; 1-20,** whether singular or plural, the person, firm, corporation or other entity, other than those described above, who operated the motor vehicle that struck Plaintiff's vehicle at the time of the incident made the | * * * * * * * * * * * * * * | |

basis of this action; **21-40,** whether singular or plural, the person, firm, corporation or other entity, other than those described above, who owned and/or controlled the motor vehicle being operated by Andrii Dmyterko or 1-20 at the time of the incident made the basis of this action; **41-60,** whether singular or plural, the person, firm, corporation or other entity, other than those described above, who negligently and/or wantonly entrusted the motor vehicle involved in the incident made the basis of this suit to Andrii Dmyterko and/or 1-20; **61-80**, whether singular or plural, the person, firm, corporation or other entity, other than those described above, that employed, retained, trained, monitored, hired, recruited, and/or supervised Andrii Dmyterko and/or 1-20 at the time of the incident made the basis of this action; **81-100,** whether singular or plural, the person, firm, corporation or other entity, other than those described above, whose negligence, wantonness, or other wrongful conduct contributed to cause the death of the Plaintiff's husband; **101-120,** whether singular or plural, the persons, firms or corporations, other than those described above, who designed, manufactured, marketed, sold, supplied, distributed, retailed, assembled, built or otherwise made available the 18-wheel tractor/trailer and their component parts involved in the incident made the basis of this action; **121-140,** whether singular or plural, the persons, firms or corporations, other than those described above, responsible for operation, control and/or selection of 18-wheel tractor/trailer and their component parts involved in the occurrence made the basis of this action; **141-160**, whether singular or plural, the persons, firms or corporations, other than those described above, responsible for designing, manufacturing, marketing, selling, supplying, distributing, informing, educating, retailing, warning adequately about or otherwise making available as safe the 18-wheel tractor/trailer for foreseeable uses on Alabama's roadways; **161-180,** whether singular or plural, the persons, firms or

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

2

corporations, other than those described   *
above, responsible for and who did in fact   *
assist or contribute in any way to the tortious   *
conduct made the basis of this suit; all of whose   *
true names and legal identities are otherwise   *
unknown to the Plaintiff but who will be added   *
by amendment when ascertained, separately   *
and severally, **181-200,** whether singular or   *
plural, the insurance company, firm,   *
corporation, or other entity, who issued an   *
insurance policy to Plaintiff, Plaintiff's   *
decedent, or any other party, and/or who is   *
otherwise liable under Alabama law for   *
coverage of the incident made the basis of this   *
action, whose true name and legal identity is   *
otherwise unknown to Plaintiff but who will be   *
substituted by amendment when ascertained.   *
  *

Defendants**.**

---

## COMPLAINT

---

COMES NOW the Plaintiff, TIFFANY ANDREWS BECK, as Administratrix of the ESTATE of WOODIE EARL BECK, III, deceased, by and through the undersigned counsel, and files the following Complaint against the Defendants, 4US CORP; MERCEDES-BENZ USA, LLC; MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG; DAIMLER TRUCK NORTH AMERICA, LLC f/k/a DAIMLER TRUCKS NORTH AMERICA LLC, f/k/a FREIGHTLINER LLC; DAIMLER TRUCK HOLDING AG; ALFA MUTUAL INSURANCE COMPANY; ANDRII DMYTERKO and fictitious defendants 1-200, separately and severally, as follows:

### PARTIES, JURISDICTION & VENUE

1.  Plaintiff, Tiffany Andrews Beck, is over the age of nineteen (19) and is a resident citizen of Camden in Wilcox County, Alabama.

3

2.      On or about May 6, 2025, Woodie Earl Beck, III, died intestate in Clarke County, Alabama, survived by his spouse, Tiffany Andrews Beck.

3.      Plaintiff, Tiffany Andrews Beck, brings this case for the wrongful death of her spouse, Woodie Earl Beck, III.

4.      Tiffany Andrews Beck is the duly appointed Administratrix of the Estate of Woodie Earl Beck, III, by virtue of the Order of Letters of Administration issued by the Probate Court of Wilcox County, Alabama, on May 19, 2025.

5.      Defendant 4US CORP is a corporation organized and existing under the laws of Illinois and was conducting business in Clarke County in the state of Alabama at the time of the incident made the basis of Plaintiff's claims. 4US CORP operates as a motor carrier, transporting non-hazardous general freight in interstate commerce. At all relevant times, 4US CORP conducted operations, including trucking, dispatching, routing, and managing drivers, throughout the United States, including in Clarke County, Alabama.

6.      Defendant, MERCEDES-BENZ USA, LLC ("MBUSA"), which developed, designed, manufactured, and tested the 2019 Freightliner Cascadia truck, is a Delaware corporation with its principal place of business located in Sandy Springs, Georgia. MBUSA regularly conducts business in Alabama, is registered to do business in the state, and is engaged in the business of designing, manufacturing, and selling vehicles in Alabama. MBUSA is owned by and/or is a division of Defendant Mercedes-Benz Group AG f/k/a Daimler AG. MBUSA acts for and is under the control of Mercedes-Benz Group AG f/k/a Daimler AG in connection with the designing, manufacturing, and selling vehicles in the United States, including Alabama. MBUSA's registered agent for service of process

4

in Alabama is 2 North Jackson Street, Suite 605, Montgomery, AL 36104. This defendant is engaged in and doing business throughout the United States, including Clarke County and the state of Alabama, where it sells vehicles and supports multiple dealerships and customers.

7.    Defendant, MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG; ("Mercedes/Daimler"), which developed, designed, manufactured, and tested the 2019 Freightliner Cascadia truck, is a German corporation. In 2022, Daimler AG changed its corporate name to Mercedes-Benz Group AG.  Prior to this name change, Daimler AG owned and controlled both its passenger vehicle and global truck divisions. In December 2021, Daimler AG spun off the truck division into a newly formed, publicly traded company known as Daimler Truck Holding AG, which became the parent company of Daimler Truck North America, LLC—the manufacturer of the 2019 Freightliner Cascadia truck at issue in this case.  Mercedes-Benz Group AG is engaged in and doing business throughout the United States, including Clarke County and the state of Alabama, where it sells vehicles and provides support to dealerships and customers. Service upon Mercedes/Daimler will be made in accordance with the Hague Convention through the German Central Authority, which will effect service at Mercedes/ Daimler's registered office.

8.    Defendant, DAIMLER TRUCK NORTH AMERICA, LLC f/k/a DAIMLER TRUCKS NORTH AMERICA LLC, f/k/a FREIGHTLINER LLC; ("DTNA"), which developed, designed, manufactured, and tested the 2019 Freightliner Cascadia Truck, is a limited liability company headquartered in Portland, Oregon, and engaged in and doing business in and throughout the United States, including the state of Alabama. DTNA was formerly known as Daimler Trucks North America LLC, and is the successor in interest to

5

Freightliner LLC.  DTNA is a subsidiary or "segment" of Daimler Truck Holding AG (DTH), one of the world's leading commercial vehicle manufacturers. This defendant is engaged in and doing business throughout the United States, including Clarke County and the state of Alabama, where it sells vehicles and supports multiple dealerships and customers. Defendant, DTNA, may be served with process through its registered agent, CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104.

9.     Defendant, DAIMLER TRUCK HOLDING AG ("DTH"), is a German corporation headquartered in Germany, and is the parent company of DTNA. Created in or about 2021 following the spin-off of the truck and bus division from Daimler AG, DTH exercises control over and/or approval authority for the design, engineering, testing, warnings, software, quality systems, recalls, and service campaigns governing Daimler commercial vehicles sold around the world, including the United States and Alabama. Acting directly and through DTNA and authorized dealers, DTH places vehicles into the U.S. stream of commerce with the expectation and intent that they will be sold, distributed, and used in Alabama, including Clarke County, and derives substantial revenue therefrom. Service upon DTH will be made in accordance with the Hague Convention through the German Central Authority, which will effect service at DTH's registered office.

10.     Defendant ALFA MUTUAL INSURANCE COMPANY ("ALFA") is a corporation organized and existing under the laws of the state of Alabama, with its principal place of business in Montgomery County, Alabama, and is authorized to conduct business in the state of Alabama, including Clarke County.

11.     Defendant, ANDRII DMYTERKO is over the age of nineteen (19) and is a foreign national in the United States on a work visa, who currently resides in the Clarke

6

County Jail awaiting trial and has been served at the Clarke County Detention Center/Jail, 149 Clark Street, Grove Hill, AL 36451.

12.    Fictitious parties 1-20, all of whose true names and legal identities are otherwise unknown to the Plaintiff, but who will be added by amendment when ascertained whether singular or plural, the person, firm, corporation or other entity who operated the motor vehicle that struck Plaintiff's vehicle at the time of the incident made the basis of this action.

13.    Fictitious parties 21-40, all of whose true names and legal identities are otherwise unknown to the Plaintiff, but who will be added by amendment when ascertained whether singular or plural, the person, firm, corporation or other entity who owned and/or controlled the motor vehicle being operated by Andrii Dmyterko and/or 1-20 at the time of the incident made the basis of this action.

14.    Fictitious parties 41-60, all of whose true names and legal identities are otherwise unknown to the Plaintiff, but who will be added by amendment when ascertained whether singular or plural, the person, firm, corporation or other entity who negligently and/or wantonly entrusted the motor vehicle involved in the incident made the basis of this suit to Andrii Dmyterko and/or 1-20.

15.    Fictitious parties 61-80, all of whose true names and legal identities are otherwise unknown to the Plaintiff, but who will be added by amendment when ascertained whether singular or plural, the person, firm, corporation or other entity that employed, retained, trained, monitored, hired, recruited, and/or supervised Andrii Dmyterko and/or 1-20 at the time of the incident made the basis of this action.

7

16.    Fictitious parties 81-100, all of whose true names and legal identities are otherwise unknown to the Plaintiff, but who will be added by amendment when ascertained, whether singular or plural, the person, firm, corporation or other entity, other than described above, whose negligence, wantonness, or other wrongful conduct contributed to cause the death of the Plaintiff's husband.

17.    Fictitious parties 101-120, all of whose true names and legal identities are otherwise unknown to the Plaintiff, but who will be added by amendment when ascertained, whether singular or plural, the persons, firms or corporations who designed, manufactured, marketed, sold, supplied, distributed, retailed or otherwise made available the Cascadia and their component parts involved in the incident made the basis of this action.

18.    Fictitious parties 121-140, all of whose true names and legal identities are otherwise unknown to the Plaintiff, but who will be added by amendment when ascertained, whether singular or plural, the persons, firms or corporations responsible for operation, control and/or selection of Cascadia and their component parts involved in the occurrence made the basis of this action.

19.    Fictitious parties 141-160, all of whose true names and legal identities are otherwise unknown to the Plaintiff, but who will be added by amendment when ascertained, whether singular or plural, the persons, firms or corporations responsible for designing, manufacturing, marketing, selling, supplying, distributing, retailing, warning adequately about or otherwise making available as safe the Cascadia for foreseeable uses on Alabama's roadways.

8

20.    Fictitious parties 161-180, all of whose true names and legal identities are otherwise unknown to the Plaintiff, but who will be added by amendment when ascertained, whether singular or plural, the persons, firms, or corporations responsible for and who did in fact assist or contribute in any way to the tortious conduct made the basis of this suit.

21.    Fictitious parties 181-200, all of whose true names and legal identities are otherwise unknown to the Plaintiff, but who will be added by amendment when ascertained whether singular or plural, the insurance company, firm, corporation, or other entity, who issued an insurance policy to Plaintiff, Plaintiff's decedent, or any other party, and/or who is otherwise liable under Alabama law for coverage of the incident made the basis of this action, whose true name and legal identity is otherwise unknown to Plaintiff but who will be substituted by amendment when ascertained.

22.    This Court has personal jurisdiction over Mercedes-Benz USA, LLC; Mercedes-Benz Group AG f/k/a Daimler AG; Daimler Truck North America, LLC f/ka Daimler Trucks North America LLC, f/k/a Freightliner LLC, and DAIMLER TRUCK HOLDING AG because, at all relevant times:

a.  These Defendants were transacting business in Alabama;

b.  These Defendants regularly do or solicit business, engage in any other persistent course of conduct, or derive substantial revenue from goods used or consumed or services rendered in Alabama.

c.  These Defendants contracted to supply services or things in Alabama; and

d.  These Defendants market directly to consumers, including in Alabama, that they can access licensed Mercedes/DTNA/Freightliner dealers, where they can service, maintain, and otherwise purchase trucks and trucking materials, supplies, and services for vehicles, including the subject truck, at the following Alabama locations, among others:

9

i. Mercedes- Benz of Tuscaloosa
3200 Skyland Blvd. E
Tuscaloosa, AL 35405

ii. Mercedes- Benz of Mobile
3060 Dauphin Street
Mobile, AL 36606

iii. Mercedes- Benz of Dothan
2309 Ross Clark Circle.
Dothan, AL 36301

iv. Mercedes-Benz of Huntsville
6520 University, Dr.
Huntsville, Al 35806

v. Jack Ingram Mercedes- Benz
217 Eastern Blvd
Montgomery, AL 36117

vi. Mercedes- Benz of Birmingham
750 Mercedes Way
Irondale, AL 35210

vii. Mercedes- Benz U.S. International, Inc., Tuscaloosa, AL.
1 Mercedes Drive
Vance, AL 35490

viii. Alabama Freightliner, LLC
5404 Reese Phifer Ave.
Tuscaloosa, AL 35405

ix. Birmingham Freightliner, LLC
401 Daniel Payne Drive
Birmingham, AL 35214

x. Empire Truck Sales LLC (Mobile)
2485 West I-65 Service Road North
Mobile, AL 36612

xi. Four Star Freightliner of Dothan
1507 Reeves Street
Dothan, AL 36303

xii. Four Star Freightliner of Georgiana
200 Industrial Park Dr.

10

Georgiana, AL 36033

xiii.  Four Star Freightliner of Montgomery
       3140 Haynesville Road
       Montgomery, AL 36108

xiv.   Four Star Freightliner of Valley
       1051 Four Star Drive
       Valley, AL 36854

xv.    Love's Truck Care
       1127 Tyson Road
       Hope Hull, AL 36043

xvi.   Love's Truck Care
       300 Arby Drive
       Clanton, AL 35046

xvii.  Love's Truck Care
       16101 Highway 84
       Evergreen, AL 36401

xviii. Love's Truck Care
       2625 Kelly Creek Rd. S.
       Moody, AL 35004

xix.   Love's Truck Care
       3771 S. US Highway 231
       Ozark, AL 36360

xx.    Love's Truck Care
       905 Steele Station Road
       Steele, AL 35987

xxi.   Love's Truck Care
       2048 Highway 20
       Tuscumbia, AL 35674

xxii.  Love's Truck Care
       126 E. Flying K Road
       Loxley, AL 36551

xxiii. Love's Truck Care
       7561 Mesopotamia Street
       Eutaw, AL 35462

xxiv.    Love's Truck Care
8400 County Farm Road
Irvington, AL 36544

xxv.    Love's Truck Care
431 Main Street
Shorter, AL 36075

xxvi.    Love's Truck Care
2600 W I-65 Service Road N.
Mobile, AL 36612

xxvii.    Love's Truck Care
83 Carl Cannon Blvd.
Jasper, AL 35501

xxviii.    Love's Truck Care
64 E. Pike Road
Falkville, AL 35622

xxix.    Love's Truck Care
1126 County Hwy 35
Hamilton, AL 35570

xxx.    Love's Truck Care
22183 Highway 216
McCalla, AL 35111

xxxi.    Love's Truck Care
6647 Highway 46
Heflin, AL 36264

xxxii.    Speedco
3120 Buttermilk Road
Cottondale, AL 35453

xxxiii.    Velocity Truck Centers
15151 SW Alabama 20
Madison, AL 356756

23.    Defendant DTNA represents and advertises that, "At Freightliner, we're focused on your uptime, with hundreds of meticulously prepared service centers across North America, staffed by trained experts in both vehicle and customer service. When

12

you choose Freightliner, you are getting access to over 700 total service locations and the reliability of our dedicated support staff." *See*, https://www.freightliner.com/.

24.    "Freightliner Trucks is a division of Daimler Truck North America LLC, a Daimler company." *See, Id.*

25.    Defendants MBUSA, Mercedes/Daimler, DTNA, DTH and/or fictitious defendants 81-180;

i.    Are and have been engaged in the business of manufacturing, marketing, promoting, advertising, and selling automobiles and other products in the state of Alabama, throughout the United States, and elsewhere;

ii.    Systematically and continuously launch its products into the stream of commerce with the intention that those products get sold in Alabama;

iii.    Regularly does or solicits business, or engages in any other persistent course of conduct, or derives substantial revenue from goods or consumed in Alabama and services provided in Alabama;

iv.    Designed, manufactured, and distributed 2019 Freightliner Cascadia's identical to the vehicle made the basis of this suit to consumers in the state of Alabama, and as such, contemplated being a party to a lawsuit, either as a plaintiff or defendant in the state of Alabama judicial system;

v.    Created a distribution network into the state of Alabama, whereby, they have shipped numerous products;

vi.    Designed the subject 2019 Freightliner Cascadia and shipped these vehicles into Alabama;

vii.    Determine whether its products are defective and aids in the communication of such defects to Alabama dealers and consumers;

viii.    Gather data about product performance in Alabama, and elsewhere, and use that data to redesign its products.

26.    Maintaining suit against Defendants 4USCORP, MBUSA, Mercedes/Daimler, DTNA, DTH, ALFA, Andrii Dmyterko, and/or fictitious defendants 1-

13

200 in Alabama does not offend traditional notions of fair play and substantial justice, and Defendants 4USCORP, MBUSA, Mercedes/Daimler, DTNA, DTH, ALFA, and/or fictitious defendants 1-200 should reasonably anticipate being hauled into court here, because Defendants and/or fictitious defendants 1-200 have the requisite minimum contacts with Alabama as described herein.

## GENERAL ALLEGATIONS

27.    On May 6, 2025, at approximately 11:51 A.M., Defendant Andrii Dmyterko and/or fictitious defendants 1-20, operating a 2019 Freightliner Cascadia, VIN #1FUJHHDR8KLJW9164, collided with stopped traffic at a controlled intersection on Highway 43 in Clarke County, Alabama.

28.    Plaintiff's Decedent, Woodie Earl Beck, III, suffered catastrophic injuries and died as a result of the crash.

29.    Decedent, Woodie Earl Beck, III, was issued a policy of insurance (Policy No. 19001111817) by ALFA that contained provisions for Uninsured Motorist coverage (UM) or Underinsured Motorist coverage (UIM), which was in full force and effect on the date of the above-referenced crash, and at all other material times herein.

30.    The 2019 Freightliner Cascadia was owned, operated, and dispatched by Defendant 4US CORP and/or fictitious defendants 21-80.

31.    At the time of the collision, Mr. Dmyterko and/or fictitious defendants 1-20 were operating the subject 2019 Freightliner Cascadia in the line and scope of their employment with 4USCorp and/or fictitious defendants 21-80.

32.    Defendants 4US CORP and/or fictitious defendants 21-80, at all times mentioned herein, were the employer(s) of Defendant, Andrii Dmyterko, and were

14

responsible for choosing the subject 2019 Freightliner Cascadia for the subject trip and for allowing Mr. Dmyterko and/or fictitious defendants 1-20 to operate it.

33.    Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, at all times mentioned herein, were engaged in the business of designing, manufacturing, testing, building, assembling, marketing, and distributing the subject 2019 Freightliner Cascadia.

34.    Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, at all times mentioned herein, designed, manufactured, tested, built, assembled, marketed, distributed, and placed into the stream of commerce the subject 2019 Freightliner Cascadia involved in the above-described accident.

35.    Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, at all times mentioned herein, designed, developed, and supplied the defective Crash Avoidance Technology ("CAT"), installed in the 2019 Freightliner Cascadia in a manner and condition so as to render it defective and unsafe for its intended use.

36.    The subject 2019 Freightliner Cascadia was not equipped with properly functioning and available collision-avoidance technology that would have prevented or mitigated this crash.

37.    The subject 2019 Freightliner Cascadia was sold and placed into service without proper, available collision-avoidance technology that would have prevented or mitigated this crash.

15

38.   Because the subject 2019 Freightliner Cascadia was not equipped with properly functioning and effective collision avoidance technology, it failed to provide timely warnings and braking, thereby causing a collision at increased crash severity.

39.   At the time the subject 2019 Freightliner Cascadia was designed, manufactured, marketed, distributed, and placed into the stream of commerce, Defendants MBUSA, Mercedes/Daimler, DTNA, DTH and/or fictitious defendants 81-180 had developed and had ready access to feasible, production-available collision-avoidance technologies including but not limited to forward-collision warning, adaptive cruise control, and automatic emergency braking that were practical for this make/model/year and would have warned of an impending collision, reduced closing speed, stopping distance, prevented the collision and impact forces involved; nevertheless, Defendants sold the subject vehicle without these reasonable properly functioning and effective safety components.

40.   Since at least 2015, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 have designed, manufactured, and sold tractors with safety systems capable of detecting obstacles, including moving and stopped vehicles, in a truck's path, designed to mitigate against, reduce the severity of, and avoid collisions with other vehicles on the roadway.

41.   Since at least 2015, Defendants MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 have designed, manufactured, and sold tractors with safety systems capable of providing a driver with an audible alarm and a visual warning if a driver got too close to another vehicle, designed to mitigate against, reduce the severity of, and potentially avoid collisions with other vehicles on the roadway.

42.    Since at least 2015, Defendants MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 have designed, manufactured, and sold tractors with safety systems capable of applying braking to stop a truck, designed to mitigate against, reduce the severity of, and avoid collisions with other vehicles on the roadway.

43.    Since at least 2015, Defendants MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 have designed, manufactured, and sold tractors with safety systems capable of interacting with and implementing braking systems, to mitigate against, reduce the severity of, and avoid collisions with other vehicles on the roadway.

44.    In 2016, Defendants MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 had properly functioning and effective camera and radar-based technology to help provide an audible alarm with a visual warning if a driver got too close to another vehicle, followed by partial braking, and finally full active braking, where the system slows a truck using the transmission, engine brake, and service brakes, designed to mitigate against, reduce the severity of, and avoid collisions with other vehicles on the roadway.

45.    The omission of a properly functioning and designed Detroit Assurance or a similar collision mitigation safety system on the subject 2019 Freightliner Cascadia Truck, which killed Woodie Earl Beck, III, rendered it unreasonably dangerous.

46.    Collision Avoidance Technology is meant to prevent and mitigate rear-end crashes between power units equipped with CAT systems and other vehicles on the road that are stopped or slowing.

47.    CAT technology is meant to intervene when the operator of a power unit fails to appreciate an impending collision with a stopped or slowing vehicle for any

17

reason. In the trucking industry, it is foreseeable that a commercial driver be prevented from appreciating an impending collision for several reasons, including, but not limited to, distraction, impaired visibility, weather conditions, or environmental conditions. Safety testing has revealed that properly working CAT systems eliminate most of these types of crashes and mitigate the severity of others.

48.     Despite knowing that the subject vehicle was defectively and unreasonably dangerous in design, Defendants MBSU, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, nevertheless continued to design, manufacture, assemble, and test the vehicle and its component systems, and to market and sell it to the public for use on public roadways and highways in a manner that was both intended and reasonably foreseeable.

## FIRST CAUSE OF ACTION
### (NEGLIGENCE – 4US CORP & ANDRII DMYTERKO)

Plaintiff Tiffany Andrews Beck, the Administratrix of the Estate of Woodie Earl Beck, III, deceased, alleges against Defendants 4US CORP, their driver, ANDRII DMYTERKO, fictitious defendants 1-180, as follows:

49.     Plaintiff realleges and incorporates the allegations contained in all prior paragraphs.

50.     On or about May 6, 2025, Defendant Andrii Dmyterko, driving for 4US Corp and operating the subject 2019 Freightliner Cascadia, negligently collided with lawfully stopped traffic southbound on Highway 13 in Thomasville, Alabama, at the intersection of South Industrial Park Road.  At the time of the collision, Mr. Dmyterko, and/or fictitious defendants 1-20, were operating the subject 2019 Freightliner Cascadia owned and/or controlled by Defendants 4US CORP and/or fictitious defendants 21-180.

18

51.     Defendant Andrii Dmyterko, and/or Fictitious Defendants 1–20, were operating the subject 2019 Freightliner Cascadia in an unsafe, dangerous, inattentive, negligent, and distracted manner, thereby causing the multi-vehicle collision.

52.     At all times relevant hereto, the subject 2019 Freightliner Cascadia and its component parts were negligently inspected, serviced, maintained, and/or repaired by the Defendant 4US CORP, and/or fictitious defendants 21-180.

53.     Defendants 4US CORP, and/or fictitious defendants 21-80, negligently employed, retained, trained, monitored, and/or supervised Defendant Andrii Dmyterko, and/or fictitious defendants 1-20, thereby contributing to the unsafe operation of the subject vehicle and the resulting fatal collision in one or more of the following respects:

a)     Negligently employing and/or retaining said Defendant as an operator of the subject 2019 Freightliner Cascadia owned and/or controlled by 4US CORP, fictitious defendants 21-100 and fictitious defendants 161-180;

b)     Negligently failing to educate, train, instruct, monitor and/or supervise said Defendant;

c)     Negligently failing to determine whether said Defendant was properly qualified to operate the subject 2019 Freightliner Cascadia owned and/or controlled by 4US CORP, fictitious defendants 21-100 and fictitious defendants 161-180;

d)     Negligently allowing an unqualified and/or incompetent driver to operate the subject 2019 Freightliner Cascadia owned and/or controlled by 4US CORP, fictitious defendants 21-100 and fictitious defendants 161-180;

e)     Negligently failing to provide adequate safety instruction (including, but not limited to, defensive driving instruction) to operators of Cascadia's owned and/or controlled by 4US CORP., fictitious defendants 21-100 and fictitious defendants 161-180; and

f)     Negligently allowing said Defendant to operate the subject 2019 Freightliner Cascadia owned and/or controlled by 4US

19

CORP, fictitious defendants 21-80, and fictitious defendants 161-180.

54.     The aforesaid acts and/or omissions of Defendants 4US CORP, their driver, ANDRII DMYTERKO, and/or fictitious defendants 1-180, were negligent and proximately resulted in the wrongful death of the Plaintiff's husband, Woodie Earl Beck, III.

55.     Pursuant to Ala. Code § 6-5-410, Plaintiff, as the duly appointed Personal Representative of the Estate of Woodie Earl Beck, III, claims damages for his wrongful death.

**WHEREFORE,** Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, demands judgment against 4US CORP, their driver, Andrii Dmyterko, and fictitious defendants 1-180, for punitive damages in excess of the minimum jurisdictional limits of this Court, plus interest and costs.

## SECOND CAUSE OF ACTION
### (WANTONESS – 4US CORP & ANDRII DMYTERKO)

Plaintiff Tiffany Andrews Beck, the Administratrix of the Estate of Woodie Earl Beck, III, deceased, alleges against Defendants 4US CORP, their driver, ANDRII DMYTERKO, and fictitious defendants 1-180, as follows:

56.     Plaintiff realleges and incorporates the allegations contained in all prior paragraphs.

57.     On or about May 6, 2025, Defendant Andrii Dmyterko, driving for 4US Corp and operating the subject 2019 Freightliner Cascadia, wantonly collided with lawfully stopped traffic southbound on Highway 13 in Thomasville, Alabama, at the intersection of South Industrial Park Road.  At the time of the collision, Mr. Dmyterko, and/or fictitious

20

defendants 1-20, were operating the subject 2019 Freightliner Cascadia owned and/or controlled by Defendants 4US CORP and/or fictitious defendants 21-180.

58. Defendant Andrii Dmyterko, and/or Fictitious Defendants 1–20, were operating the subject 2019 Freightliner Cascadia in an unsafe, dangerous, inattentive, wanton, and distracted manner, thereby causing the multi-vehicle collision.

59. At all times relevant hereto, the subject 2019 Freightliner Cascadia and its component parts were wantonly inspected, serviced, maintained, and/or repaired by the Defendant 4US CORP, and/or fictitious defendants 21-180.

60. Defendants 4US CORP, and/or fictitious defendants 21-80, wantonly employed, retained, trained, monitored, and/or supervised Defendant Andrii Dmyterko, and/or fictitious defendants 1-20, thereby contributing to the unsafe operation of the subject 2019 Freightliner Cascadia Truck and the resulting fatal collision in one or more of the following respects:

g) Wantonly employing and/or retaining said Defendant as an operator of the subject 2019 Freightliner Cascadia truck owned and/or controlled by 4US CORP, fictitious defendants 21-100, and fictitious defendants 161-180;

h) Wantonly failing to educate, train, instruct, monitor, and/or supervise said Defendant;

i) Wantonly failing to determine whether said Defendant was properly qualified to operate the subject 2019 Freightliner Cascadia truck owned and/or controlled by 4US CORP, fictitious defendants 21-100, and fictitious defendants 161-180.

j) Wantonly allowing an unqualified and/or incompetent driver to operate the subject 2019 Freightliner Cascadia truck owned and/or controlled by 4US CORP, fictitious defendants 21-100, and fictitious defendants 161-180.

21

k)    Wantonly failing to provide adequate safety instruction (including, but not limited to, defensive driving instruction) to operators of Cascadia's owned and/or controlled by 4US CORP., fictitious defendants 21-100 and fictitious defendants 161-180; and

l)    Wantonly allowing said Defendant to operate the subject 2019 Freightliner Cascadia truck owned and/or controlled by 4US CORP, fictitious defendants 21-80, and fictitious defendants 161-180.

61.    The aforesaid acts and/or omissions of Defendants 4US CORP, their driver, ANDRII DMYTERKO, and/or fictitious defendants 1-180, were wanton and proximately resulted in the wrongful death of the Plaintiff's husband, Woodie Earl Beck, III.

62.    Pursuant to Ala. Code § 6-5-410, Plaintiff, as the duly appointed Personal Representative of the Estate of Woodie Earl Beck, III, claims damages for his wrongful death.

**WHEREFORE,** Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, demands judgment against 4US CORP, their driver, Andrii Dmyterko, and fictitious defendants 1-180, for punitive damages in excess of the minimum jurisdictional limits of this Court, plus interest and costs.

## THIRD CAUSE OF ACTION
### (NEGLIGENT ENTRUSTMENT – 4US CORP)

Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, alleges against Defendants 4US CORP, fictitious defendants 21-100, and fictitious defendants 161-180, as follows:

63.    Plaintiff realleges and incorporates the allegations contained in all prior paragraphs.

22

64.    Plaintiff avers that at the times and places set forth above, Defendants 4US CORP, fictitious defendants 21-100 and fictitious defendants 161-180, negligently entrusted said 2019 Freightliner Cascadia ruck to Defendant, Andrii Dmyterko, and/or fictitious defendants 1-20, and the wrongful death of Woodie Earl Beck, III was the proximate result of the negligence of said Defendants.

65.    Pursuant to Ala. Code § 6-5-410, Plaintiff, as the duly appointed Personal Representative of the Estate of Woodie Earl Beck, III, claims damages for his wrongful death.

**WHEREFORE,** Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, demands judgment against Defendants 4US CORP, and/or fictitious defendants 21-100 and fictitious defendants 161-180, for punitive damages in excess of the minimum jurisdictional limits of this Court, plus interest and costs.

## FOURTH CAUSE OF ACTION
### (WANTON ENTRUSTMENT – 4US CORP)

Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, alleges against Defendants 4US CORP, fictitious defendants 21-100, and fictitious defendants 161-180, as follows:

66.    Plaintiff realleges and incorporates the allegations contained in all prior paragraphs.

67.    Plaintiff avers that at the times and places set forth above, Defendants 4US CORP, fictitious defendants 21-100 and fictitious defendants 161-180, wantonly entrusted said 2019 Freightliner Cascadia truck to Defendant, Andrii Dmyterko, and/or

23

fictitious defendants 1-20, and the wrongful death of Woodie Earl Beck, III was the proximate result of the negligence of said Defendants.

68.    Pursuant to Ala. Code § 6-5-410, Plaintiff, as the duly appointed Personal Representative of the Estate of Woodie Earl Beck, III, claims damages for his wrongful death.

**WHEREFORE,** Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, demands judgment against Defendants 4US CORP, and/or fictitious defendants 21-100 and fictitious defendants 161-180, for punitive damages in excess of the minimum jurisdictional limits of this Court, plus interest and costs.

## FIFTH CAUSE OF ACTION
### (NEGLIGENCE – MBUSA, MERCEDES/DAIMLER, DTNA, DTH)

The Plaintiff, Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, alleges against Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, as follows:

69.    Plaintiff realleges and incorporates the allegations contained in all prior paragraphs.

70.    Defendants MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 were engaged in the business of designing, manufacturing, building, assembling, marketing, distributing, inspecting, and selling the subject 2019 Freightliner Cascadia truck.

71.    Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, negligently manufactured, assembled, built, inspected, distributed, and sold the subject 2019 Freightliner Cascadia truck involved in this action.

24

72.     On or about May 6, 2025, the subject 2019 Freightliner Cascadia and its component parts were being used for the purposes for which they were intended and, in a manner, reasonably foreseeable by Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180.

73.     Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 negligently designed, manufactured, built, assembled, marketed, inspected, distributed, and sold the subject 2019 Freightliner Cascadia truck in a manner and condition so as to render the subject vehicle defective and unsafe for its intended use.

74.     Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 knew or should have known that the 2019 Freightliner Cascadia would be used to transport drivers, passengers, and cargo and would reach the ultimate users or consumers in the condition that it was in at the time of the accident.

75.     The subject 2019 Freightliner Cascadia truck was defective when it left the possession of Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, and was expected to and did reach Defendants, 4US CORP, and fictitious defendants 21-100, without substantial change in its condition.

76.     The subject truck was not of merchantable quality, was unreasonably dangerous and defective, and was unfit and unsafe for the ordinary purposes for which it was intended and used.  Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180:

   a. Negligently failed to include a proper, adequate, and functioning safety system that could provide an audible alarm with a visual warning if a driver got too close to another vehicle, followed by partial braking, and finally full

25

active braking, where the system slows a truck using the transmission, engine brake, and service brakes.

b. Negligently failed to include a proper, adequate, and functioning safety system that could provide an audible alarm with a visual warning if a driver got too close to another vehicle, followed by partial braking, and finally full active braking, where the system slows a truck using the transmission, engine brake, and service brakes.

c. Possessed Detroit Assurance safety systems, which were capable of warning the defendant, driver, Andrii Dmyterko, and/or fictitious defendants 1-20, of the impending collision with the multiple vehicles stopped at the red traffic light, yet negligently failed to design, manufacture, or sell the subject truck with functioning safety systems.

d. Negligently failed to design, manufacture, and sell the subject truck without adequate and proper safety systems designed to mitigate against, reduce the severity of, and avoid collisions with other vehicles on the roadway.

e. Negligently failed to warn the driver, Defendant Andrii Dmyterko, and/or fictitious defendants 1-20, via the Detroit Assurance or a similar safety system, of the impending collision with the multiple vehicles stopped at the red traffic signal, including the Plaintiff's Decedent.

f. Negligently failed to warn the public that its 2019 model year heavy trucks, like the subject truck, were not installed with properly functioning Detroit Assurance or a similar safety system designed to mitigate against, reduce the severity of, and potentially avoid collisions with other vehicles on the roadway.

g. Negligently failed to track faults, warn, and recall products whose CAT was not operating properly and effectively to prevent collisions.

h. Negligently failed to warn potential customers and purchasers of Freightliner trucks of the failures of the Detroit Assurance system.

i. Negligently failed to recall or remedy the defective CAT system.

j. In the absence of properly functioning safety systems, the subject truck was unreasonably dangerous for its foreseeable and intended uses and other road users.

77.    Defendants MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 had a duty, at the time of the design, manufacture, sale, and marketing

26

of the subject 2019 Freightliner Cascadia truck in question, to design, manufacture, market, sell, supply, distribute, assemble and/or retail it in a responsible and safe manner so as not to cause injury to members of the general public, such as the Plaintiff's husband.

78.   The defective condition of the subject truck was the proximate cause, or a proximately contributing cause, of Woodie Earl Beck, III's catastrophic injuries and death.

79.   Pursuant to Ala. Code § 6-5-410, Plaintiff, as the duly appointed Personal Representative of the Estate of Woodie Earl Beck, III, claims damages for his wrongful death.

**WHEREFORE,** Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, demands judgment against Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, for punitive damages in excess of the minimum jurisdictional limits of this Court, plus interest and costs.

## SIXTH CAUSE OF ACTION
### (WANTONNESS – MBUSA, MERCEDES/DAIMLER, DTNA, DTH)

The Plaintiff, Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, alleges against Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, as follows:

80.   Plaintiff realleges and incorporates the allegations contained in all prior paragraphs.

81.   Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 were engaged in the business of designing, manufacturing, building, assembling, marketing, distributing, inspecting, and selling the subject 2019 Freightliner Cascadia truck. Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious

27

defendants 81-180, wantonly manufactured, assembled, built, inspected, distributed, and sold the subject 2019 Freightliner Cascadia truck involved in this action.

82.     On or about May 6, 2025, the subject 2019 Freightliner Cascadia and its component parts were being used for the purposes for which they were intended and, in a manner, reasonably foreseeable by Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180.

83.     Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 wantonly designed, manufactured, built, assembled, marketed, inspected, distributed, and sold the subject 2019 Freightliner Cascadia truck in a manner and condition so as to render the subject vehicle defective and unsafe for its intended use.

84.     Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 knew or should have known that the 2019 Freightliner Cascadia would be used to transport drivers, passengers, and cargo and would reach the ultimate users or consumers in the condition that it was in at the time of the accident.

85.     The subject 2019 Freightliner Cascadia truck was defective when it left the possession of Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, and was expected to and did reach Defendants, 4US CORP, and fictitious defendants 21-100, without substantial change in its condition.

86.     The subject truck was not of merchantable quality, was unreasonably dangerous and defective, and was unfit and unsafe for the ordinary purposes for which it was intended and used.  Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180:

28

a.  Wantonly failed to include a proper, adequate, and functioning safety system that could provide an audible alarm with a visual warning if a driver got too close to another vehicle, followed by partial braking, and finally full active braking, where the system slows a truck using the transmission, engine brake, and service brakes.

b.  Wantonly failed to include a proper, adequate, and functioning safety system that could provide an audible alarm with a visual warning if a driver got too close to another vehicle, followed by partial braking, and finally full active braking, where the system slows a truck using the transmission, engine brake, and service brakes.

c.  Possessed Detroit Assurance safety systems, which were capable of warning the defendant, driver, Andrii Dmyterko, and/or fictitious defendants 1-20, of the impending collision with the multiple vehicles stopped at the red traffic light, yet wantonly failed to design, manufacture, or sell the subject truck with functioning safety systems.

d.  Wantonly failed to design, manufacture, and sell the subject truck without adequate and proper safety systems designed to mitigate against, reduce the severity of, and avoid collisions with other vehicles on the roadway.

e.  Wantonly failed to warn the driver, Defendant Andrii Dmyterko, and/or fictitious defendants 1-20, via the Detroit Assurance or a similar safety system, of the impending collision with the multiple vehicles stopped at the red traffic signal, including the Plaintiff's Decedent.

f.  Wantonly failed to warn the public that its 2019 model year heavy trucks, like the subject truck, were not installed with properly functioning Detroit Assurance or a similar safety system designed to mitigate against, reduce the severity of, and potentially avoid collisions with other vehicles on the roadway.

g.  Wantonly failed to track faults and warn and recall products whose CAT was not operating properly and effectively to prevent collisions.

h.  Wantonly failed to warn potential customers and purchasers of Freightliner trucks of the failures of the Detroit Assurance system.

i.  Wantonly failed to recall or remedy the defective CAT system.

j.  In the absence of properly functioning safety systems, the subject truck was unreasonably dangerous for its foreseeable and intended uses and other road users.

29

87.    Defendants MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 had a duty, at the time of the design, manufacture, sale, and marketing of the subject 2019 Freightliner Cascadia truck in question, to design, manufacture, market, sell, supply, distribute, assemble and/or retail it in a responsible and safe manner so as not to cause injury to members of the general public, such as the Plaintiff's husband.

88.    The defective condition of the subject truck was the proximate cause, or a proximately contributing cause, of Woodie Earl Beck, III's catastrophic injuries and death.

89.    Pursuant to Ala. Code § 6-5-410, Plaintiff, as the duly appointed Personal Representative of the Estate of Woodie Earl Beck, III, claims damages for his wrongful death.

**WHEREFORE,** Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, demands judgment against Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, for punitive damages in excess of the minimum jurisdictional limits of this Court, plus interest and costs.

## NINTH CAUSE OF ACTION
### (AEMLD – MBUSA, MERCEDES/DAIMLER, DTNA, DTH)

Plaintiff, Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, alleges Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, as follows:

90.    Plaintiff realleges and incorporates the allegations contained in all prior paragraphs.

91.    This action is brought pursuant to the Alabama Extended Manufacturers' Liability Doctrine.

30

92.     Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, at all times relevant hereto, designed, manufactured, marketed, sold, supplied, distributed, and/or retailed the 2019 Freightliner Cascadia and its safety system.

93.     Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180 had a duty, at the time of the design, manufacture and marketing of the subject 2019 Freightliner Cascadia in question, to design, manufacture, market, sell, supply, distribute, assemble and/or retail it in a responsible and safe manner so as not to cause injury to members of the general public, such as the Plaintiff's husband.  This includes the duty to design the 2019 Freightliner Cascadia truck safely and to procure safe and suitable components for the 2019 Freightliner Cascadia truck.

94.     The Plaintiff further alleges that at the time the subject 2019 Freightliner 18-wheel tractor/trailer and/or its related component parts were designed, manufactured, marketed, sold, supplied, distributed, assembled, and/or retailed; they were in a defective and unreasonably dangerous condition and were not reasonably safe for their intended use.

95.     As a proximate consequence of the defective and unreasonably dangerous condition of the subject 2019 Freightliner Cascadia and/or its component parts as set forth above, the Plaintiff was caused to suffer the wrongful death of her husband, Woodie Earl Beck, III.

96.     Pursuant to Ala. Code § 6-5-410, Plaintiff, as the duly appointed Personal Representative of the Estate of Woodie Earl Beck, III, claims damages for his wrongful death.

**WHEREFORE,** Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, demands judgment against Defendants, MBUSA, Mercedes/Daimler, DTNA, DTH, and/or fictitious defendants 81-180, for punitive damages in excess of the minimum jurisdictional limits of this Court, plus interest and costs.

## TENTH CAUSE OF ACTION
### (ALFA – UNINSURED OR UNDERINSURED MOTORIST COVERAGE)

141. Plaintiff realleges and incorporates the allegations contained in all prior paragraphs.

142. Defendant ALFA INSURANCE COMPANY issued a policy of insurance (Policy No. 19001111817) to Woodie Earl Beck, III, deceased, that contained provisions for Uninsured Motorist (UM) coverage and/or Underinsured Motorist coverage (UIM), and that was in full force and effect on the date of the above-referenced crash, and at all other material times hereto.

143. ALFA insured Woodie Earl Beck, III, deceased, in writing in a policy of uninsured and/or underinsured motorist coverage against loss, damage, injury, and other damages incurred as a result of an automobile accident which was the fault of a motorist who does not carry sufficient liability insurance to compensate Plaintiff.

144. In the incident alleged herein, Plaintiff Woodie Earl Beck, III was killed in an automobile accident which was the fault of an uninsured or underinsured motorist as defined in said policy.

**WHEREFORE,** Plaintiff Tiffany Andrews Beck, as the Administratrix of the Estate of Woodie Earl Beck, III, deceased, demands judgment against Defendant, ALFA, and/or

fictitious defendants 181-200, for punitive damages in accordance with the policy and in excess of the minimum jurisdictional limits of this Court, plus interest and costs.

Respectfully submitted,

**Attorneys for Plaintiff**

| **UTSEY & UTSEY** | **CUNNINGHAM BOUNDS, LLC** |
|---|---|

*/s/ J. Jefferson Utsey*
J. JEFFERSON UTSEY (UTS002)
E-mail: utseylaw@tds.net
112 S. Mulberry Avenue
Butler, AL 36904
T:  (205) 459-3791
F: (205) 459-4479

 */s/ David S. Cain, Jr.*
DAVID S. CAIN, JR. (CAI012)
DAVID G. WIRTES, JR. (WIR002)
MARGARET J. UTSEY (UTS003)
Post Office Box 66705
Mobile, Alabama  36660
dsc@cunninghambounds.com
dgw@cunninghambounds.com
mju@cunninghambounds.com
Telephone:  251-471-6191
Fax:  251-479-1031

**PLAINTIFF RESPECTFULLY DEMANDS A TRIAL BY JURY ON ALL CAUSES OF ACTION.**

*/s/ David S. Cain, Jr.*

**THE NEWLY ADDED DEFENDANTS MAYBE SERVED AS FOLLOWS:**

**4US CORP**
c/o Illia Malikovskyi,
21 Bailay Lane
Lake Zurich, IL 60047

**MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG**
Mercedesstraße 120
70372 Stuttgart, Untertürkheim, Germany

**MERCEDES-BENZ USA, LLC**

c/o CT Corporation System

2 North Jackson Street

Suite 605

Montgomery, AL 36104

**DAIMLER TRUCK NORTH AMERICA, LLC**

c/o CT Corporation System

2 North Jackson Street

Suite 605

Montgomery, AL 36104

**DAIMLER TRUCK HOLDING AG**

Mercedesstraße 120

70372 Stuttgart, Untertürkheim, Germany

**ALFA MUTUAL INSURANCE COMPANY**

c/o Angela L. Bradwell

2108 E South Blvd

Montgomery, AL 36116



AlaFile E-Notice

16-CV-2025-900118.00

To:   DAVID S CAIN JR.
      dsc@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following alias summons was FILED on 10/28/2025 9:36:34 AM

Notice Date:      10/28/2025 9:36:34 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  ALFA MUTUAL INSURANCE COMPANY
C/O ANGELA L. BRADWELL
2108 E SOUTH BLVD
MONTGOMERY,, AL, 36116

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following alias summons was FILED on 10/28/2025 9:36:34 AM

Notice Date:      10/28/2025 9:36:34 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  4US CORP
     C/O ILLIA MALIKOVSKYI
     617 CARNATION DRIVE
     OSWEGO, IL, 60543

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following alias summons was FILED on 10/28/2025 9:36:34 AM

Notice Date:      10/28/2025 9:36:34 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  MERCEDES-BENZ GROUP AG F/K/A DAIMLER AG (PRO SE)
MERCEDESSTRASSE 120
70372 STUTTGART
UNTERTRUKHEIM,, AL, 00000-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following alias summons was FILED on 10/28/2025 9:36:34 AM

Notice Date:        10/28/2025 9:36:34 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  MERCEDES-BENZ USA, LLC (PRO SE)
     C/O CT CORPORATION SYSTEM
     2 N JACKSON ST, STE 605
     MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following alias summons was FILED on 10/28/2025 9:36:34 AM

Notice Date:     10/28/2025 9:36:34 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  DAIMLER TRUCK NORTH AMERICA, LLC (PRO SE)
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following alias summons was FILED on 10/28/2025 9:36:34 AM

Notice Date:    10/28/2025 9:36:34 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  DAIMLER TRUCK HOLDING AG (PRO SE)
MERCEDESSTRASSE 120
70372 STUTTGART
UNTERTRUKHEIM,, AL, 00000-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following alias summons was FILED on 10/28/2025 9:36:34 AM

Notice Date:    10/28/2025 9:36:34 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  UTSEY JOHN JEFFERSON
     utseylaw3@tds.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following alias summons was FILED on 10/28/2025 9:36:34 AM

Notice Date:       10/28/2025 9:36:34 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  UTSEY MARGARET JULIANNA
     mju@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following alias summons was FILED on 10/28/2025 9:36:34 AM

Notice Date:      10/28/2025 9:36:34 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  WIRTES DAVID GEORGE JR.
     dgw@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following alias summons was FILED on 10/28/2025 9:36:34 AM

Notice Date:      10/28/2025 9:36:34 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  TISDALE AUDREY CHALEA
     chalea@equalizingjustice.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following alias summons was FILED on 10/28/2025 9:36:34 AM

Notice Date:    10/28/2025 9:36:34 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To: POTTS CHARLES JOSEPH
cpotts@pottslawyer.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following alias summons was FILED on 10/28/2025 9:36:34 AM

Notice Date:       10/28/2025 9:36:34 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363

Case 1:25-cv-00454-WS-MU    Doc# 1-5    Filed 11/10/25    Page 197 of 235    PageID#

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2024 | SUMMONS<br>- CIVIL - | Court Case Number<br>16-CV-2025-900118.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA COUNTY, ALABAMA
### TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I

**NOTICE TO:** ALFA MUTUAL INSURANCE COMPANY, C/O ANGELA L. BRADWELL 2108 E SOUTH BLVD, MONTGOMERY,, AL 36116

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
DAVID S CAIN JR.                                                                                              ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66705, MOBILE, AL 36660                                        .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 10/28/2025 | /s/ SUMMER SCRUGGS PADGETT | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on                                            .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

_____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*   *(Name of County)*                          *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*   *(Name of County)*                          *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2024 | SUMMONS<br>- CIVIL - | Court Case Number<br>16-CV-2025-900118.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA COUNTY, ALABAMA**
**TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I**

**NOTICE TO:** 4US CORP, C/O ILLIA MALIKOVSKYI 617 CARNATION DRIVE, OSWEGO, IL 60543
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
DAVID S CAIN JR.
_____,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66705, MOBILE, AL 36660
_____.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of
pursuant to the Alabama Rules of the Civil Procedure.                        *[Name(s)]*

| 10/28/2025 | /s/ SUMMER SCRUGGS PADGETT | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.
_____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

☐   Return receipt of certified mail received in this office on _____.
*(Date)*

*Personal/Authorized*

☐   I certify that I personally delivered a copy of this Summons and the Complaint or other document to
_____ in _____ County, Alabama on _____.
*(First and Last Name of Person Served)*     *(Name of County)*          *(Date)*

Document left:

☐     with above-named Defendant;

☐     with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐     at the above-named Defendant's dwelling house or place or usual place of abode with some
person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐   I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

☐   I certify that service of process of this Summons and the Complaint or other document was refused by
_____ in _____ County, Alabama on _____ who is:
*(First and Last Name of Person Served)*     *(Name of County)*          *(Date)*

☐     the above-named Defendant;

☐     an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐   As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am
at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or
marriage to the party seeking service of process.

_____
*(Type of Process Server)*

_____
*(Server's Signature)*

_____
*(Address of Server)*

_____
*(Badge or Precinct Number of Sheriff or Constable)*

_____
*(Server's Printed Name)*

_____
*(Badge or Precinct Number of Sheriff or Constable)*

_____
*(Telephone Number of Designated Process Server)*

ELECTRONICALLY FILED
10/29/2025 12:39 PM
16-CV-2025-900118.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

**State of Alabama**
**Unified Judicial System**
**Form C-34   Rev. 4/2024**

**SUMMONS**
**- CIVIL -**

**IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA**
**TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I**

**NOTICE TO:** ALFA MUTUAL INSURANCE COMPANY, C/O ANGELA L. BRADWELL 2108 E SOUTH BLVD, MONTGOMERY,, AL 36116

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
DAVID S CAIN JR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66705, MOBILE, AL 36660

Serve Address
2108 E South Blvd, Montgomery, AL 36116-2410

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

10/28/2025                    /s/ SUMMER SCRUGGS PADGETT        By: _____
*(Date)*                          *(Signature of Clerk)*                    *(Name)*

[ ] Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

[ ] Return receipt of certified mail received in this office on _____.
                                                                   *(Date)*

*Personal/Authorized*

[X] I certify that I personally delivered a copy of this Summons and the Complaint or other document to Leah Browder, RECEPTIONIST, for and on behalf of Alfa Mutual Insurance Company c/o Angela L Bradwell in Montgomery County County, Alabama on 10/28/2025 .
*(First and Last Name of Person Served)*        *(Name of County)*                                          *(Date)*

Document left:

[ ] with above-named Defendant;

[X] with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[ ] at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

[ ] I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

[ ] I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:
*(First and Last Name of Person Served)*   *(Name of County)*                          *(Date)*

[ ] the above-named Defendant;

[ ] an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[X] As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

SPS                            /s/ Shayla Currie                2111 Woodward Ave Suite 300 Detroit MI 48201
*(Type of Process Server)*        *(Server's Signature)*            *(Address of Server)*

                                Shayla Currie
*(Badge or Precinct Number of Sheriff or Constable)*   *(Server's Printed Name)*

                                +1 (334) 647-7893                **Service Return Copy**
*(Badge or Precinct Number of Sheriff or Constable)*   *(Telephone Number of Designated Process Server)*



AlaFile E-Notice

16-CV-2025-900118.00

To:   DAVID S CAIN JR.
      dsc@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/29/2025 12:39:35
PM

Notice Date:      10/29/2025 12:39:35 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  4US CORP (PRO SE)
C/O ILLIA MALIKOVSKYI
617 CARNATION DRIVE
OSWEGO, IL, 60543-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/29/2025 12:39:35
PM

Notice Date:      10/29/2025 12:39:35 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  MERCEDES-BENZ GROUP AG F/K/A DAIMLER AG (PRO SE)
MERCEDESSTRASSE 120
70372 STUTTGART
UNTERTRUKHEIM,, AL, 00000-0000

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/29/2025 12:39:35
PM

Notice Date:      10/29/2025 12:39:35 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  MERCEDES-BENZ USA, LLC (PRO SE)
     C/O CT CORPORATION SYSTEM
     2 N JACKSON ST, STE 605
     MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/29/2025 12:39:35
PM

Notice Date:        10/29/2025 12:39:35 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



## AlaFile E-Notice

16-CV-2025-900118.00

To:  DAIMLER TRUCK NORTH AMERICA, LLC (PRO SE)
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/29/2025 12:39:35
PM

Notice Date:       10/29/2025 12:39:35 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



**AlaFile E-Notice**

16-CV-2025-900118.00

To:  DAIMLER TRUCK HOLDING AG (PRO SE)
MERCEDESSTRASSE 120
70372 STUTTGART
UNTERTRUKHEIM,, AL, 00000-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/29/2025 12:39:35
PM

Notice Date:    10/29/2025 12:39:35 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



## AlaFile E-Notice

16-CV-2025-900118.00

To:  ALFA MUTUAL INSURANCE COMPANY (PRO SE)
C/O ANGELA L. BRADWELL
2108 E SOUTH BLVD
MONTGOMERY,, AL, 36116-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/29/2025 12:39:35
PM

Notice Date:     10/29/2025 12:39:35 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  UTSEY JOHN JEFFERSON
     utseylaw3@tds.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/29/2025 12:39:35
PM

Notice Date:        10/29/2025 12:39:35 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  UTSEY MARGARET JULIANNA
mju@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/29/2025 12:39:35
PM

Notice Date:     10/29/2025 12:39:35 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  WIRTES DAVID GEORGE JR.
     dgw@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/29/2025 12:39:35
PM

Notice Date:        10/29/2025 12:39:35 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  TISDALE AUDREY CHALEA
     chalea@equalizingjustice.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/29/2025 12:39:35
PM

Notice Date:     10/29/2025 12:39:35 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:   POTTS CHARLES JOSEPH
      cpotts@pottslawyer.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/29/2025 12:39:35
PM

Notice Date:      10/29/2025 12:39:35 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  DAVID S CAIN JR.
     dsc@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 10/29/2025 12:39:35
PM

Notice Date:        10/29/2025 12:39:35 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363

ELECTRONICALLY FILED
11/3/2025 8:39 AM
16-CV-2025-900118.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

**State of Alabama**
**Unified Judicial System**
**Form C-34   Rev. 4/2024**

# SUMMONS
## - CIVIL -

### IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA CO...
### TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I

**NOTICE TO:** 4US CORP, C/O ILLIA MALIKOVSKYI 617 CARNATION DRIVE, OSWEGO, IL 60543

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID S CAIN JR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66705, MOBILE, AL 36660

Serve Address
617 Carnation Dr, Oswego, IL 60543-8255

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 10/28/2025 | /s/ SUMMER SCRUGGS PADGETT | By: |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

[ ] Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

[ ] Return receipt of certified mail received in this office on

*(Date)*

*Personal/Authorized*

[X] I certify that I personally delivered a copy of this Summons and the Complaint or other document to

Marina Kunayoka, Co-Resident    in    Kendall County    County, Alabama on    10/30/2025

*(First and Last Name of Person Served)* — *(Name of County)* — *(Date)*

Document left:

[ ] with above-named Defendant;

[ ] with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[X] at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

[ ] I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

[ ] I certify that service of process of this Summons and the Complaint or other document was refused by

in    County, Alabama on    who is:

*(First and Last Name of Person Served)* — *(Name of County)* — *(Date)*

[ ] the above-named Defendant;

[ ] an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[X] As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| SPS | /s/ Joel Knoblock | 2111 Woodward Ave Suite 300 Detroit MI 48201 |
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| | Joel Knoblock | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| | +1 (630) 212-0365 | **Service Return Copy** |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |



**AlaFile E-Notice**

16-CV-2025-900118.00

To: DAVID S CAIN JR.
dsc@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 11/3/2025 8:39:47 AM

Notice Date:    11/3/2025 8:39:47 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:   4US CORP (PRO SE)
      C/O ILLIA MALIKOVSKYI
      617 CARNATION DRIVE
      OSWEGO, IL, 60543-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 11/3/2025 8:39:47 AM

Notice Date:      11/3/2025 8:39:47 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



## AlaFile E-Notice

16-CV-2025-900118.00

To:  MERCEDES-BENZ GROUP AG F/K/A DAIMLER AG (PRO SE)
MERCEDESSTRASSE 120
70372 STUTTGART
UNTERTRUKHEIM,, AL, 00000-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 11/3/2025 8:39:47 AM

Notice Date:       11/3/2025 8:39:47 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  MERCEDES-BENZ USA, LLC (PRO SE)
     C/O CT CORPORATION SYSTEM
     2 N JACKSON ST, STE 605
     MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 11/3/2025 8:39:47 AM

Notice Date:     11/3/2025 8:39:47 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To: DAIMLER TRUCK NORTH AMERICA, LLC (PRO SE)
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 11/3/2025 8:39:47 AM

Notice Date:     11/3/2025 8:39:47 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:   DAIMLER TRUCK HOLDING AG (PRO SE)
      MERCEDESSTRASSE 120
      70372 STUTTGART
      UNTERTRUKHEIM,, AL, 00000-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 11/3/2025 8:39:47 AM

Notice Date:      11/3/2025 8:39:47 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  ALFA MUTUAL INSURANCE COMPANY (PRO SE)
     C/O ANGELA L. BRADWELL
     2108 E SOUTH BLVD
     MONTGOMERY,, AL, 36116-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 11/3/2025 8:39:47 AM

Notice Date:      11/3/2025 8:39:47 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:   UTSEY JOHN JEFFERSON
      utseylaw3@tds.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 11/3/2025 8:39:47 AM

Notice Date:      11/3/2025 8:39:47 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:   UTSEY MARGARET JULIANNA
      mju@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 11/3/2025 8:39:47 AM

Notice Date:     11/3/2025 8:39:47 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:  WIRTES DAVID GEORGE JR.
     dgw@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 11/3/2025 8:39:47 AM

Notice Date:      11/3/2025 8:39:47 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:   TISDALE AUDREY CHALEA
       chalea@equalizingjustice.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 11/3/2025 8:39:47 AM

Notice Date:      11/3/2025 8:39:47 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To:   POTTS CHARLES JOSEPH
      cpotts@pottslawyer.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 11/3/2025 8:39:47 AM

Notice Date:      11/3/2025 8:39:47 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2025-900118.00

To: DAVID S CAIN JR.
dsc@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I
16-CV-2025-900118.00

The following RETURN ON SERVICE - SERVED was FILED on 11/3/2025 8:39:47 AM

Notice Date:        11/3/2025 8:39:47 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363

# Just One Look ™

Alabama's ON-DEMAND Public Access to Trial Court Records.

www.AlacourtAccess.com

## ALABAMA SJIS CASE DETAIL



**PREPARED FOR: LANE MORRISON**
11/10/2025 1:06:37 PM

County: **16**    Case Number: **CV-2025-900118.00**    Court Action:

Style: **TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I**

**Real Time**

## Case

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **16-CLARKE** | Case Number: | **CV-2025-900118.00** | Judge: | **CRM:C ROBERT MONTGOMERY** |
| Style: | **TIFFANY A. BECK, AS ADMINSTRATRIX OF THE ESTATE OF WOODIE EARL BECK, I** | | | | |
| Filed: | **08/14/2025** | Case Status: | **ACTIVE** | Case Type: | **NEGLIGENCE MOTOR VEH** |
| Trial Type: | **JURY** | Track: | | Appellate Case: | **0** |
| No of Plaintiffs: | **1** | No of Defendants: | **7** | | |

### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | **0.00** | Punitive Damages: | **0.00** | General Damages: | **0.00** |
| No Damages: | | Compensatory Damages: | **0.00** | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: | |
| Num of Trial days: | **0** | Num of Liens: | **0** | Judgment For: | |
| Dispositon Date of Appeal: | | Disposition Judge: | **:** | Disposition Type: | |
| Revised Judgement Date: | | Minstral: | | Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | | |

### Comments

| | |
|---|---|
| Comment 1: | **MOTION TO STAY GRANTED IN PART** |
| Comment 2: | |

### Appeal Information

| | | | | | |
|---|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: | |
| Appeal Status: | | Orgin Of Appeal: | | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: | |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | | |

### Administrative Information

| | | | | | |
|---|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: | |
| Number of Subponeas: | | Last Update: | **10/20/2025** | Updated By: | **AJA** |

## Settings

### Settings

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 4 | 10/14/2025 | 004 | 09:00 AM | STAT - STATUS REVIEW/DKT |

**Parties**

**Party 1 - Plaintiff INDIVIDUAL - OF WOODIE EARL BECK, III, DECEASED TIFFANY A. BECK**

### Party Information

| | | | | |
|---|---|---|---|---|
| Party: | **C001-Plaintiff** | Name: | **OF WOODIE EARL BECK, III, DECEASED TIFFANY A. BECK** | Type: **I-INDIVIDUAL** |
| Index: | **D DMYTERKO AND** | Alt Name: | | Hardship: **No**    JID: **CRM** |
| Address 1: | **406 WHISKEY RUN ROAD** | | | Phone: **(334) 000-0000** |
| Address 2: | **APT 8** | | | |
| City: | **CAMDEN** | State: **AL** | | Zip: **36726-0000**  Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: **F**   Race: |

### Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: **$0.00** | Court Action For: | Exemptions: |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

### Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Notice of No Answer: / Served By: |
| Answer: | Answer Type: | Notice of No Service: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | CAI012 | | CAIN DAVID STEVEN JR. | DSC@ CUNNINGHAMBOUNDS.COM | (251) 471-6191 |
| Attorney 2 | UTS002 | | UTSEY JOHN JEFFERSON | UTSEYLAW@TDS.NET | (205) 459-3791 |
| Attorney 3 | UTS003 | | UTSEY MARGARET JULIANNA | MJU@ CUNNINGHAMBOUNDS.COM | (205) 457-4815 |
| Attorney 4 | WIR002 | | WIRTES DAVID GEORGE JR. | DGW@ CUNNINGHAMBOUNDS.COM | (251) 471-6191 |

**Party 2 - Defendant INDIVIDUAL - DMYTERKO ANDRII**

### Party Information

| | | | | |
|---|---|---|---|---|
| Party: | **D001-Defendant** | Name: | **DMYTERKO ANDRII** | Type: **I-INDIVIDUAL** |
| Index: | **C OF WOODIE EA** | Alt Name: | | Hardship: **No**    JID: **CRM** |
| Address 1: | **C/O CLARKE COUNTY JAIL** | | | Phone: **(334) 000-0000** |
| Address 2: | **149 CLARK STREET** | | | |
| City: | **GROVE HILL** | State: **AL** | | Zip: **36451-0000**  Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: **06/29/1979** | | Sex: **M**   Race: |

### Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: **$0.00** | Court Action For: | Exemptions: |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | **08/14/2025** | Issued Type: | **S-SHERIFF** | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | **08/28/2025** | Service Type | **S-SERVED PERSONALLY** | Service On: | Served By: |
| Answer: | **10/20/2025** | Answer Type: | **D-COMPLAINT DENIED** | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | TIS003 | | TISDALE AUDREY CHALEA | **CHALEA@ EQUALIZINGJUSTICE.COM** | (251) 281-8477 |
| Attorney 2 | POT007 | | POTTS CHARLES JOSEPH | **CPOTTS@POTTSLAWYER. COM** | (251) 753-9725 |

## Party 3 - Defendant BUSINESS - 4US CORP

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | **D002-Defendant** | Name: | **4US CORP** | | | Type: | **B-BUSINESS** |
| Index: | **C OF WOODIE EA** | Alt Name: | | Hardship: | **No** | JID: | **CRM** |
| Address 1: | **C/O ILLIA MALIKOVSKYI** | | | Phone: | **(334) 000-0000** | | |
| Address 2: | **617 CARNATION DRIVE** | | | | | | |
| City: | **OSWEGO** | State: | **IL** | Zip: | **60543-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Issued: | **10/06/2025** | Issued Type: | **F-CERTIFIED MAIL BY FIL** | Reissue: | **10/28/2025** | Reissue Type: **A-PROCESS SERVER** |
| Return: | | Return Type: | | Return: | | Return Type: |
| Served: | **10/30/2025** | Service Type | **A-AUTHORIZED SERVICE** | Service On: | | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 4 - Defendant BUSINESS - MERCEDES-BENZ GROUP AG F/K/A DAIMLER AG

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | **D003-Defendant** | Name: | **MERCEDES-BENZ GROUP AG F/K/A DAIMLER AG** | | | Type: | **B-BUSINESS** |
| Index: | **C OF WOODIE EA** | Alt Name: | | Hardship: | **No** | JID: | **CRM** |
| Address 1: | **MERCEDESSTRASSE 120** | | | Phone: | **(334) 000-0000** | | |
| Address 2: | **70372 STUTTGART** | | | | | | |
| City: | **UNTERTRUKHEIM,** | State: | **AL** | Zip: | **00000-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

## Court Action

Court Action:

| | | |
|---|---|---|
| Amount of Judgement: **$0.00** | Court Action For: | Exemptions: |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | | |

Court Action Date:

Status Description:

Warrant Action Date:      Warrant Action Status:

## Service Information

| | | | |
|---|---|---|---|
| Issued: **10/06/2025** | Issued Type: **A-PROCESS SERVER** | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Notice of No Answer: / Served By: |
| Answer: | Answer Type: | Notice of No Service: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

### Party 5 - Defendant BUSINESS - MERCEDES-BENZ USA, LLC

## Party Information

| | | | |
|---|---|---|---|
| Party: **D004-Defendant** | Name: **MERCEDES-BENZ USA, LLC** | Type: **B-BUSINESS** | |
| Index: **C OF WOODIE EA** | Alt Name: | Hardship: **No** | JID: **CRM** |
| Address 1: **C/O CT CORPORATION SYSTEM** | | Phone: **(334) 000-0000** | |
| Address 2: **2 N JACKSON ST, STE 605** | | | |
| City: **MONTGOMERY** | State: **AL** | Zip: **36104-0000** | Country: **US** |
| SSN: **XXX-XX-X999** | DOB: | Sex: | Race: |

## Court Action

Court Action:

| | | |
|---|---|---|
| Amount of Judgement: **$0.00** | Court Action For: | Exemptions: |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

Court Action Date:

## Service Information

| | | | |
|---|---|---|---|
| Issued: **10/06/2025** | Issued Type: **F-CERTIFIED MAIL BY FIL** | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: **10/10/2025** | Service Type **C-CERTIFIED MAIL** | Service On: | Notice of No Answer: / Served By: |
| Answer: | Answer Type: | Notice of No Service: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

### Party 6 - Defendant BUSINESS - DAIMLER TRUCK NORTH AMERICA, LLC

## Party Information

| | | | |
|---|---|---|---|
| Party: **D005-Defendant** | Name: **DAIMLER TRUCK NORTH AMERICA, LLC** | Type: **B-BUSINESS** | |
| Index: **C OF WOODIE EA** | Alt Name: | Hardship: **No** | JID: **CRM** |
| Address 1: **C/O CT CORPORATION SYSTEM** | | Phone: **(334) 000-0000** | |

Address 2:    **2 N JACKSON ST, STE 605**

City:    **MONTGOMERY**    State:    **AL**    Zip:    **36104-0000**    Country:    **US**

SSN:    **XXX-XX-X999**    DOB:    Sex:    Race:

## Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: **$0.00** | Court Action For: | Exemptions: |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: **10/06/2025** | Issued Type: **F-CERTIFIED MAIL BY FIL** | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: **10/10/2025** | Service Type **C-CERTIFIED MAIL** | Service On: | Notice of No Answer: Served By: |
| Answer: | Answer Type: | Notice of No Service: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 7 - Defendant BUSINESS - DAIMLER TRUCK HOLDING AG

### Party Information

| | | | |
|---|---|---|---|
| Party: **D006-Defendant** | Name: **DAIMLER TRUCK HOLDING AG** | | Type: **B-BUSINESS** |
| Index: **C OF WOODIE EA** | Alt Name: | Hardship: **No** | JID: **CRM** |
| Address 1: **MERCEDESSTRASSE 120** | | Phone: **(334) 000-0000** | |
| Address 2: **70372 STUTTGART** | | | |
| City: **UNTERTRUKHEIM,** | State: **AL** | Zip: **00000-0000** Country: **US** | |
| SSN: **XXX-XX-X999** | DOB: | Sex: | Race: |

### Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: **$0.00** | Court Action For: | Exemptions: |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

### Service Information

| | | | |
|---|---|---|---|
| Issued: **10/06/2025** | Issued Type: **A-PROCESS SERVER** | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Notice of No Answer: Served By: |
| Answer: | Answer Type: | Notice of No Service: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 8 - Defendant BUSINESS - ALFA MUTUAL INSURANCE COMPANY

## Party Information

| | | | | |
|---|---|---|---|---|
| Party: | **D007-Defendant** | Name: | **ALFA MUTUAL INSURANCE COMPANY** | Type: **B-BUSINESS** |
| Index: | **C OF WOODIE EA** | Alt Name: | | Hardship: **No**    JID: **CRM** |
| Address 1: | **C/O ANGELA L. BRADWELL** | | Phone: **(334) 000-0000** | |
| Address 2: | **2108 E SOUTH BLVD** | | | |
| City: | **MONTGOMERY,** | State: **AL** | Zip: **36116-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | Sex: | Race: |

## Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: **$0.00** | Court Action For: | Exemptions: |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: **10/06/2025** | Issued Type: **F-CERTIFIED MAIL BY FIL** | Reissue: **10/28/2025** | Reissue Type: **A-PROCESS SERVER** |
| Return: | Return Type: | Return: | Return Type: |
| Served: **10/28/2025** | Service Type **V-PROCESS SERVER** | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | CONV - CONV FEE | C001 | | $21.09 | $23.19 | -$2.10 | $0.00 | 0 |
| ACTIVE | N | CV05 - CV OVER $50K | C001 | | $356.00 | $356.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD - JURY DEMAND | C001 | | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | LSF3 - SOLICITOR | C001 | | $25.00 | $25.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | SERA - SER ADD | C001 | | $20.00 | $40.00 | -$20.00 | $0.00 | 0 |
| ACTIVE | N | VADM - VADM FEE | C001 | | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $567.09 | $589.19 | -$22.10 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/15/2025 | CREDIT | CONV - CONV FEE | 2025214 | 21412100 | $21.09 | C001 | 000 | Cash | N | | | JEJ |
| 08/15/2025 | RECEIPT | CV05 - CV OVER $50K | 2025214 | 21412200 | $356.00 | C001 | 000 | Credit Card | N | | | JEJ |
| 08/15/2025 | RECEIPT | JDMD - JURY DEMAND | 2025214 | 21412300 | $100.00 | C001 | 000 | Credit Card | N | | | JEJ |
| 08/15/2025 | RECEIPT | LSF3 - SOLICITOR | 2025214 | 21412400 | $25.00 | C001 | 000 | Credit Card | N | | | JEJ |
| 08/15/2025 | RECEIPT | VADM - VADM FEE | 2025214 | 21412500 | $45.00 | C001 | 000 | Credit Card | N | | | JEJ |
| 10/07/2025 | CREDIT | CONV - CONV | 2026006 | 21552200 | $1.05 | C001 | 000 | Cash | N | | | JEJ |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/07/2025 | RECEIPT | SERA - SER ADD FEE | 2026006 | 21552300 | $20.00 | C001 | 000 | Credit Card | N | | JEJ |
| 10/28/2025 | CREDIT | CONV - CONV FEE | 2026020 | 21601900 | $1.05 | C001 | 000 | Cash | N | | JEJ |
| 10/28/2025 | RECEIPT | SERA - SER ADD | 2026020 | 21602000 | $20.00 | C001 | 000 | Credit Card | N | | JEJ |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 8/14/2025 | 3:07 PM | ECOMP | COMPLAINT E-FILED. | CAI012 |
| 8/14/2025 | 3:10 PM | FILE | FILED THIS DATE: 08/14/2025          (AV01) | AJA |
| 8/14/2025 | 3:10 PM | EORD | E-ORDER FLAG SET TO "Y"          (AV01) | AJA |
| 8/14/2025 | 3:10 PM | ASSJ | ASSIGNED TO JUDGE: C ROBERT MONTGOMERY     (AV01) | AJA |
| 8/14/2025 | 3:10 PM | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | AJA |
| 8/14/2025 | 3:10 PM | TDMJ | JURY TRIAL REQUESTED          (AV01) | AJA |
| 8/14/2025 | 3:10 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | AJA |
| 8/14/2025 | 3:10 PM | ORIG | ORIGIN: INITIAL FILING          (AV01) | AJA |
| 8/14/2025 | 3:10 PM | C001 | C001 PARTY ADDED: OF WOODIE EARL BECK, III, DECEAS | AJA |
| 8/14/2025 | 3:10 PM | C001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 8/14/2025 | 3:10 PM | C001 | LISTED AS ATTORNEY FOR C001: CAIN DAVID STEVEN JR | AJA |
| 8/14/2025 | 3:10 PM | C001 | LISTED AS ATTORNEY FOR C001: UTSEY JOHN JEFFERSON | AJA |
| 8/14/2025 | 3:10 PM | C001 | LISTED AS ATTORNEY FOR C001: UTSEY MARGARET JULIA | AJA |
| 8/14/2025 | 3:10 PM | C001 | LISTED AS ATTORNEY FOR C001: WIRTES DAVID GEORGE | AJA |
| 8/14/2025 | 3:10 PM | C001 | C001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 8/14/2025 | 3:10 PM | D001 | D001 PARTY ADDED: DMYTERKO ANDRII          (AV02) | AJA |
| 8/14/2025 | 3:10 PM | D001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 8/14/2025 | 3:10 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE          (AV02) | AJA |
| 8/14/2025 | 3:10 PM | D001 | SHERIFF ISSUED: 08/14/2025 TO D001          (AV02) | AJA |
| 8/14/2025 | 3:10 PM | D001 | D001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 8/14/2025 | 4:19 PM | D001 | LISTED AS ATTORNEY FOR D001: TISDALE AUDREY CHALE | AJA |
| 8/14/2025 | 4:19 PM | D001 | ANSWER OF COMP DENIED ON 08/14/2025 FOR D001(AV02) | AJA |
| 8/14/2025 | 4:19 PM | EANSW | D001 - COMPLAINT DENIED E-FILED. | TIS003 |
| 8/20/2025 | 9:52 AM | DAT4 | CIVIL DOCKET SET ON 10/14/2025 FOR STATUS RE(AV24) | JEJ |
| 8/20/2025 | 10:38 AM | DOCK | NOTICE SENT: 08/20/2025 UTSEY JOHN JEFFERSON | JEJ |
| 8/20/2025 | 10:39 AM | DOCK | NOTICE SENT: 08/20/2025 CAIN DAVID STEVEN JR | JEJ |
| 8/20/2025 | 10:39 AM | DOCK | NOTICE SENT: 08/20/2025 UTSEY MARGARET JULIANNA | JEJ |
| 8/20/2025 | 10:39 AM | DOCK | NOTICE SENT: 08/20/2025 WIRTES DAVID GEORGE JR | JEJ |
| 8/20/2025 | 10:39 AM | DOCK | NOTICE SENT: 08/20/2025 TISDALE AUDREY CHALEA | JEJ |
| 9/2/2025 | 8:06 AM | D001 | SERVICE OF SERVED PERSON ON 08/28/2025 FOR D001 | JEJ |
| 9/2/2025 | 8:06 AM | ESERC | SERVICE RETURN | JEJ |
| 9/10/2025 | 9:45 AM | EDISC | NOTICE OF DISCOVERY E-FILED. | POT007 |
| 9/15/2025 | 1:34 PM | EMOT | D001-STAY FILED. | POT007 |
| 9/15/2025 | 1:55 PM | D001 | LISTED AS ATTORNEY FOR D001: POTTS CHARLES JOSEPH | AJA |
| 9/15/2025 | 1:55 PM | EMOT | D001-STAY /DOCKETED | JEJ |
| 9/16/2025 | 2:24 PM | JEORDE | ORDER GENERATED FOR STAY - RENDERED & ENTERED: 9/16/2025 2:24:30 PM - ORDER | J |
| 10/6/2025 | 5:22 PM | D002 | D002 PARTY ADDED: 4US CORP          (AV02) | AJA |
| 10/6/2025 | 5:22 PM | D002 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 10/6/2025 | 5:22 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE          (AV02) | AJA |
| 10/6/2025 | 5:22 PM | D002 | CERT MAIL-FIL ISSUED: 10/06/2025 TO D002    (AV02) | AJA |
| 10/6/2025 | 5:22 PM | D002 | D002 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 10/6/2025 | 5:22 PM | D003 | D003 PARTY ADDED: MERCEDES-BENZ GROUP AG F/K/A DAI | AJA |
| 10/6/2025 | 5:22 PM | D003 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 10/6/2025 | 5:22 PM | D003 | LISTED AS ATTORNEY FOR D003: PRO SE          (AV02) | AJA |

| Date | Time | Party | Description | User |
|------|------|-------|-------------|------|
| 10/6/2025 | 5:22 PM | D003 | PROCESS SERVE ISSUED: 10/06/2025 TO D003  (AV02) | AJA |
| 10/6/2025 | 5:22 PM | D003 | D003 E-ORDER FLAG SET TO "Y"   (AV02) | AJA |
| 10/6/2025 | 5:22 PM | D004 | D004 PARTY ADDED: MERCEDES-BENZ USA, LLC   (AV02) | AJA |
| 10/6/2025 | 5:22 PM | D004 | INDIGENT FLAG SET TO: N   (AV02) | AJA |
| 10/6/2025 | 5:22 PM | D004 | LISTED AS ATTORNEY FOR D004: PRO SE   (AV02) | AJA |
| 10/6/2025 | 5:22 PM | D004 | CERT MAIL-FIL ISSUED: 10/06/2025 TO D004   (AV02) | AJA |
| 10/6/2025 | 5:22 PM | D004 | D004 E-ORDER FLAG SET TO "Y"   (AV02) | AJA |
| 10/6/2025 | 5:22 PM | D005 | D005 PARTY ADDED: DAIMLER TRUCK NORTH AMERICA, LLC | AJA |
| 10/6/2025 | 5:22 PM | D005 | INDIGENT FLAG SET TO: N   (AV02) | AJA |
| 10/6/2025 | 5:22 PM | D005 | LISTED AS ATTORNEY FOR D005: PRO SE   (AV02) | AJA |
| 10/6/2025 | 5:23 PM | D005 | CERT MAIL-FIL ISSUED: 10/06/2025 TO D005   (AV02) | AJA |
| 10/6/2025 | 5:23 PM | D005 | D005 E-ORDER FLAG SET TO "Y"   (AV02) | AJA |
| 10/6/2025 | 5:23 PM | D006 | D006 PARTY ADDED: DAIMLER TRUCK HOLDING AG  (AV02) | AJA |
| 10/6/2025 | 5:23 PM | D006 | INDIGENT FLAG SET TO: N   (AV02) | AJA |
| 10/6/2025 | 5:23 PM | D006 | LISTED AS ATTORNEY FOR D006: PRO SE   (AV02) | AJA |
| 10/6/2025 | 5:23 PM | D006 | PROCESS SERVE ISSUED: 10/06/2025 TO D006   (AV02) | AJA |
| 10/6/2025 | 5:23 PM | D006 | D006 E-ORDER FLAG SET TO "Y"   (AV02) | AJA |
| 10/6/2025 | 5:23 PM | D007 | D007 PARTY ADDED: ALFA MUTUAL INSURANCE COMPANY | AJA |
| 10/6/2025 | 5:23 PM | D007 | INDIGENT FLAG SET TO: N   (AV02) | AJA |
| 10/6/2025 | 5:23 PM | D007 | LISTED AS ATTORNEY FOR D007: PRO SE   (AV02) | AJA |
| 10/6/2025 | 5:23 PM | D007 | CERT MAIL-FIL ISSUED: 10/06/2025 TO D007   (AV02) | AJA |
| 10/6/2025 | 5:23 PM | D007 | D007 E-ORDER FLAG SET TO "Y"   (AV02) | AJA |
| 10/6/2025 | 5:23 PM | EAMEN | AMENDED COMPLAINT E-FILED. | CAI012 |
| 10/14/2025 | 9:25 AM | EMISC | RETURN ON SERVICE - SERVED E-FILED | CAI012 |
| 10/14/2025 | 9:27 AM | EMISC | RETURN ON SERVICE - SERVED E-FILED | CAI012 |
| 10/16/2025 | 9:48 AM | D005 | SERVICE OF CERTIFIED MAI ON 10/10/2025 FOR D005 | JEJ |
| 10/16/2025 | 9:49 AM | D004 | SERVICE OF CERTIFIED MAI ON 10/10/2025 FOR D004 | JEJ |
| 10/20/2025 | 10:29 AM | D001 | ANSWER OF COMP DENIED ON 10/20/2025 FOR D001(AV02) | AJA |
| 10/20/2025 | 10:29 AM | EANSW | D001 - COMPLAINT DENIED E-FILED. | POT007 |
| 10/28/2025 | 9:36 AM | D007 | REISSUE OF PROCESS SERV ON 10/28/2025 FOR D007 | AJA |
| 10/28/2025 | 9:36 AM | D002 | D002 ADDR2 CHANGED FROM: 21 BAILAY LANE   (AV02) | AJA |
| 10/28/2025 | 9:36 AM | D002 | D002 ADDR CITY CHANGED FROM: LAKE ZURICH   (AV02) | AJA |
| 10/28/2025 | 9:36 AM | D002 | REISSUE OF PROCESS SERV ON 10/28/2025 FOR D002 | AJA |
| 10/28/2025 | 9:36 AM | EALIA | ALIAS SUMMONS E-FILED | CAI012 |
| 10/28/2025 | 9:36 AM | ETRAN | ALIAS SUMMONS - SUMMONS | |
| 10/28/2025 | 9:37 AM | ---- | SCANNED - ALIAS SUMMONS - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 10/28/2025 | 9:37 AM | ---- | SCANNED - ALIAS SUMMONS - SUMMONS - E-NOTICE TRANSMITTALS | |
| 10/29/2025 | 12:39 PM | EMISC | RETURN ON SERVICE - SERVED E-FILED | CAI012 |
| 10/29/2025 | 1:58 PM | D007 | SERVICE OF PROCESS SERVE ON 10/28/2025 FOR D007 | JEJ |
| 11/3/2025 | 8:39 AM | EMISC | RETURN ON SERVICE - SERVED E-FILED | CAI012 |
| 11/3/2025 | 10:06 AM | D002 | SERVICE OF AUTHORIZED ON 10/30/2025 FOR D002(AV02) | JEJ |

## Images

| Date: | Doc# | Title | Description | Pages |
|-------|------|-------|-------------|-------|
| 8/14/2025 3:07:47 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 8/14/2025 3:07:48 PM | 2 | COMPLAINT | | 4 |
| 8/14/2025 3:11:28 PM | 3 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 8/14/2025 3:11:32 PM | 4 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 8/14/2025 4:19:59 PM | 5 | ANSWER | Answer | 2 |
| 8/14/2025 4:20:19 PM | 6 | ANSWER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 6 |
| 9/2/2025 8:07:02 AM | 7 | SERVICE RETURN | SERVICE RETURN | 1 |
| 9/2/2025 8:07:33 AM | 8 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |
| 9/10/2025 9:45:32 AM | 9 | NOTICE OF DISCOVERY | Notice of Appearance of Charles Potts for Defendant, Andrii Dmyterko | 2 |

| | | | | |
|---|---|---|---|---|
| 9/10/2025 9:45:39 AM | 10 | DISCOVERY - TRANSMITTAL | E-NOTICE TRANSMITTALS | 6 |
| 9/15/2025 1:34:34 PM | 11 | MOTION_COVER_SHEET | Motion Cover Sheet | 1 |
| 9/15/2025 1:34:35 PM | 12 | MOTION | Motion to Stay | 3 |
| 9/15/2025 1:34:46 PM | 13 | MOTION - TRANSMITTAL | E-NOTICE TRANSMITTALS | 6 |
| 9/16/2025 2:24:44 PM | 14 | ORDER | MOTION GRANTED IN PART - Stay | 1 |
| 9/16/2025 2:24:57 PM | 15 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 6 |
| 10/6/2025 5:23:14 PM | 16 | AMENDED COMPLAINT | FIRST AMENDED COMPLAINT | 34 |
| 10/6/2025 5:23:34 PM | 17 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 12 |
| 10/6/2025 5:23:35 PM | 18 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 6 |
| 10/14/2025 9:26:02 AM | 19 | RETURN ON SERVICE - SERVED | Return of Service (proof of service) of Mercedes-Benz USA, LLC | 3 |
| 10/14/2025 9:27:58 AM | 21 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 13 |
| 10/14/2025 9:27:55 AM | 20 | RETURN ON SERVICE - SERVED | Return of Service (proof of service) of Daimler Truck North America, LLC | 3 |
| 10/14/2025 9:28:49 AM | 22 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 13 |
| 10/20/2025 10:30:04 AM | 23 | ANSWER | Dmyterko's Answer to Plaintiff's First Amended Complaint | 7 |
| 10/20/2025 10:30:23 AM | 24 | ANSWER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 12 |
| 10/28/2025 9:36:56 AM | 25 | COPY OF COMPLAINT | First Amended Complaint | 34 |
| 10/28/2025 9:37:17 AM | 26 | ALIAS SUMMONS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 12 |
| 10/28/2025 9:37:18 AM | 27 | ALIAS SUMMONS - SUMMONS | E-NOTICE TRANSMITTALS | 2 |
| 10/29/2025 12:40:02 PM | 28 | RETURN ON SERVICE - SERVED | Proof of Personal Service on Alfa Mutual Insurance Co. | 1 |
| 10/29/2025 12:40:20 PM | 29 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 13 |
| 11/3/2025 8:40:16 AM | 30 | RETURN ON SERVICE - SERVED | Proof of personal service on Defendant, 4US Corp | 1 |
| 11/3/2025 8:40:34 AM | 31 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 13 |

 *END OF THE REPORT*