# Exhibit F

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TIFFANY ANDREWS BECK, as** **Administratrix of THE ESTATE** **OF WOODIE EARL BECK, III,** **deceased** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Case No.** |
| **4US CORP; MERCEDES-BENZ** **USA, LLC; MERCEDES-BENZ** **GROUP AG f/k/a DAIMLER AG;** **DAIMLER TRUCK NORTH** **AMERICA, LLC f/k/a DAIMLER** **TRUCKS NORTH AMERICA** **LLC, f/k/a FREIGHTLINER LLC;** **DAIMLER TRUCK HOLDING AG;** **ALFA MUTUAL INSURANCE** **COMPANY; ANDRII DMYTERKO;** **and fictitious parties** | ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

### DEFENDANT MERCEDES-BENZ USA, LLC'S
### CONSENT TO REMOVAL

Defendant Mercedes-Benz USA, LLC, without waiver of any applicable defenses, including personal jurisdiction, hereby consents to the removal of this case to the United States District Court for the Southern District of Alabama, Southern Division.

Respectfully submitted,

Dated: November 10, 2025          /s/ *J. Chandler Bailey*

One of the attorneys for Defendant
Mercedes-Benz USA, LLC

Chandler Bailey
Haley A. Cox
Cassidy R. Keith
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700
*cbailey@lightfootlaw.com*
*hcox@lightfootlaw.com*
*ckeith@lightfootlaw.com*