# Exhibit G

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **TIFFANY ANDREWS BECK, as Administratrix of THE ESTATE OF WOODIE EARL BECK, III, deceased,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**4US CORP; MERCEDES-BENZ USA, LLC; MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG; DAIMLER TRUCK NORTH AMERICA, LLC f/k/a DAIMLER TRUCKS NORTH AMERICA, LLC, f/k/a FREIGHTLINER LLC; DAIMLER TRUCK HOLDING AG; ALFA MUTUAL INSURANCE COMPANY; ANDRII DMYTERKO, and fictitious parties 1-200,**<br><br>     **Defendants.** | **Civil Action No. _____** |

## DEFENDANT ALFA MUTUAL INSURANCE COMPANY'S CONSENT TO REMOVAL

I, Daniel T. Seawell, counsel for Alfa Mutual Insurance Company ("Alfa") consent on behalf of Alfa to the removal of the above-styled action from the Circuit Court of Clarke County, Alabama to the United States District Court for the Southern District of Alabama.

DATED: October 31, 2025.

/s/ Daniel T. Seawell_____
Daniel T. Seawell
ASB No. SEA040
Counsel for Defendant
*Alfa Mutual Insurance Company*

OF COUNSEL:
HILL, HILL, CARTER, FRANCO,
      COLE, & BLACK, P.C.
23210 US Highway 98, Suite D-4
Fairhope, AL 36532
Phone: 251-652-0223
Fax: 251-652-0224
dseawell@hillhillcarter.com