# Exhibit I

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TIFFANY ANDREWS BECK, as** | ) | |
| **Administratrix of THE ESTATE** | ) | |
| **OF WOODIE EARL BECK, III,** | ) | |
| **deceased** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | |
| **4US CORP; MERCEDES-BENZ** | ) | |
| **USA, LLC; MERCEDES-BENZ** | ) | |
| **GROUP AG f/k/a DAIMLER AG;** | ) | |
| **DAIMLER TRUCK NORTH** | ) | |
| **AMERICA, LLC f/k/a DAIMLER** | ) | |
| **TRUCKS NORTH AMERICA** | ) | |
| **LLC, f/k/a FREIGHTLINER LLC;** | ) | |
| **DAIMLER TRUCK HOLDING AG;** | ) | |
| **ALFA MUTUAL INSURANCE** | ) | |
| **COMPANY; ANDRII DMYTERKO;** | ) | |
| **and fictitious parties** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT DAIMLER TRUCK HOLDING AG'S**
**CONSENT TO REMOVAL**

Defendant Daimler Truck Holding AG, without waiver of any applicable defenses including personal jurisdiction or improper service, hereby consents to the removal of this case to the United States District Court for the Southern District of Alabama, Southern Division. Because Daimler Truck Holding AG has not yet been served, its consent is not required for removal, but it consents nonetheless.

Dated: November 10, 2025

Respectfully submitted,

/s/ *J. Chandler Bailey*

One of the attorneys for Defendant
Daimler Truck Holding AG

Chandler Bailey
Haley A. Cox
Cassidy R. Keith
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700
*cbailey@lightfootlaw.co*m
*hcox@lightfootlaw.com*
*ckeith@lightfootlaw.com*