# Exhibit J

ELECTRONICALLY FILED
5/8/2025 4:07 PM
16-DC-2025-900173.00
16-WR-2025-900242.00
DISTRICT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

| | |
|---|---|
| **State of Alabama**<br>**Unified Judicial System**<br><br>**Form CR-6     Rev. 8/98** | **COMPLAINT**<br>(Felonies, Misdemeanors, or Violations -<br>District Court or Municipal Court) |

## IN THE DISTRICT COURT OF CLARKE COUNTY, ALABAMA

## STATE OF ALABAMA v. ANDRII DMYTERKO

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that __ANDRII DMYTERKO__

, defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about

__5/6/2025 11:58 AM__ (date of occurrence) commit the offense of

   1. HOMICIDE BY VEHICLE - 032-05A-190.1

   2. HOMICIDE BY VEHICLE - 032-05A-190.1

within the

☑ County of    CLARKE

☐ City/Town of     or in the police jurisdiction thereof, in that he/she did:

*(State specific facts here. Continue on a separate sheet of paper if needed.)*

HOMICIDE BY VEHICLE: ON OR ABOUT 05/06/2025, ANDRII DMYTERKO CAUSED THE DEATH OF ANOTHER PERSON WHILE KNOWINGLY ENGAGED IN THE VIOLATIONOF TITLE 32, CHAPTER 5A, EXCLUDING DUI (SECTION 32-5A-191, CODE OF ALABAMA 1975) WHILE OPERATING OR USING A VEHICLE OR VESSEL WHEN THE VIOLATION WAS  THE PROXIMATE CAUSE OF THE DEATH, TO-WIT: DRIVER WAS DISTRACTED BY ATTEMPTING TO ANSWER  A CELLULAR PHONE DEVICE WHILE TRAFFIC LIGHT AT U.S. HIGHWAY 43 / SOUTH INDUSTRIAL BLVD WAS RED. DRIVER ANDRII DMYTERKO CAUSED A MUTIPLE VEHICLE COLLISION CAUSING THE DEATH OF WODDIE BECK III, IN VIOLATION OF SECTION 32-5A-190.1 OF THE CODE OF ALABAMA 1975.


HOMICIDE BY VEHICLE: ON OR ABOUT 05/06/2025, ANDRII DMYTERKO CAUSED THE DEATH OF ANOTHER PERSON WHILE KNOWINGLY ENGAGED IN THE VIOLATIONOF TITLE 32, CHAPTER 5A, EXCLUDING DUI (SECTION 32-5A-191, CODE OF ALABAMA 1975) WHILE OPERATING OR USING A VEHICLE OR VESSEL WHEN THE VIOLATION WAS  THE PROXIMATE CAUSE OF THE DEATH, TO-WIT: DRIVER WAS DISTRACTED BY ATTEMPTING TO ANSWER  A CELLULAR PHONE DEVICE WHILE TRAFFIC LIGHT AT U.S. HIGHWAY 43 / SOUTH INDUSTRIAL BLVD WAS RED. DRIVER ANDRII DMYTERKO CAUSED A MUTIPLE VEHICLE COLLISION CAUSING THE DEATH OF ASHLEY MCDONALD, IN VIOLATION OF SECTION 32-5A-190.1 OF THE CODE OF ALABAMA 1975.


in violation of
☑ Section

     032-05A-190.1, 032-05A-190.1, Code ofAlabama 1975.

☐ Municipal Ordinance Number _____, which embraces Section _____,

Code of Alabama 1975, previously adopted, effective and in force at the time the offense was committed.

☐ Other _____

|  |  |
|---|---|
| Sworn to and Subscribed before me this | /s/JAMARCUS ROBINSON |
|  | Complainant Signature |
| 8th    day of    May    , 2025 | JAMARCUS ROBINSON |
|  | 137 ADAMS AVE |
| /s/KAYLAN Paul | THOMASVILLE, AL 36784 |
| Judge/Magistrate/Warrant Clerk | 3343571878 |