# Exhibit K

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **TIFFANY ANDREWS BECK, as Administratrix of THE ESTATE OF WOODIE EARL BECK, III, deceased,**<br><br> **Plaintiff,**<br><br>**v.**<br><br>**4US CORP; MERCEDES-BENZ USA, LLC; MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG; DAIMLER TRUCK NORTH AMERICA, LLC f/k/a DAIMLER TRUCKS NORTH AMERICA, LLC, f/k/a FREIGHTLINER LLC; DAIMLER TRUCK HOLDING AG; ALFA MUTUAL INSURANCE COMPANY; ANDRII DMYTERKO, and fictitious parties 1-200,**<br><br> **Defendants.** | **Civil Action No. _____** |

**DEFENDANT 4US CORP'S CONSENT TO REMOVAL**

I, Michelle L. Hendrix, counsel for 4US Corp, without waiving any arguments as to the sufficiency of service of the summons and complaint in this matter on my client, consent on behalf of 4US Corp to the removal of the above-styled action from the Circuit Court of Clarke County, Alabama to the United States District Court for the Southern District of Alabama.

DATED: November 10, 2025.

> _/s/ Michelle L. Hendrix_
> Michelle L. Hendrix
> MHendrix@Florida-Law.com
> **VERNIS & BOWLING OF SOUTHERN ALABAMA, LLC**
> 118 North Royal Street, Suite 404
> Mobile, AL 36602
> Phone: (251) 432-0337
> Fax: (251) 432-0244
>
> *Attorney for Defendant 4US Corp*